1 | RICHARD A. JONES (Bar No. 135248)
  | (rjones@cov.com)
2 | COVINGTON & BURLING LLP
  | One Front Street
3 | San Francisco, CA 94111
  | Telephone: (415) 591-6000
4 | Facsimile: (415) 591-6091

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROOTS READY MADE GARMENTS CO. W.L.L.,

    Plaintiff,

v.

THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC,

    Defendants.

Case No. _____

**Certificate of Interested Entities Or Persons**

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or
3  other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  Sheikh Faisal Ahmed al-Thani owns 99% of the shares of Plaintiff Roots Ready Made
7  Garments Co. W.L.L. ("Roots"). Mr. Abdullah al-Mutwa owns 1% of the outstanding shares of
8  Roots.

9  DATED: June 26, 2007                         COVINGTON & BURLING LLP

                                                By: _____
                                                    Richard A. Jones

                                                One Front Street
                                                San Francisco, CA 94111

                                                Attorneys for Plaintiff Roots Ready Made
                                                Garments Co. W.L.L.