Richard A. Jones (Bar No. 135248)
Covington & Burling LLP
One Front Street
San Francisco, CA 94111

Attorneys for Plaintiff
Roots Ready Made Garments Co. W.L.L.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC, <br><br> Defendants. | Civil Case No.: C 07 3363 JCS <br><br> DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Roots Ready Made Garments Co. W.L.L. ("Roots") hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition. For the reasons stated in Roots' Administrative Motion to Consider Whether Cases Should Be Related, filed on June 29, 2007, in an earlier-filed action, *Gabana Gulf Ltd. et al. v. Gap International Sales, Inc. et al.*, C 06-2584 CRB, Roots respectfully requests that this matter be reassigned to Judge Charles R. Breyer.

| | |
|---|---|
| Dated: July 10, 2007 | _____/S/_____ |
| | Richard A. Jones (Bar No. 135248) |
| | COVINGTON & BURLING LLP |
| | One Front Street |
| | San Francisco, CA 94111 |

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST
FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Civil Case No.: C 07 3363 JCS

-2-