# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

GABANA GULF DISTRIBUTION, LTD., and GABANA DISTRIBUTION LTD.,

    Plaintiff,

v.

GAP INTERNATIONAL SALES, INC., THE GAP, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC,

    Defendants.

Civil Case No.: C 06 2584 CRB

[~~PROPOSED~~] ORDER RELATING CASES

An Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed.

I find that *Roots Ready Made Garments v. The Gap, Inc. et al.* (C 07-3363 JCS) is related to a previously-filed case pending before me, *Gabana Gulf Ltd. et al. v. Gap International Sales, Inc., et al.* C 06-2584, and I accordingly order that the case be reassigned to me forthwith.

IT IS SO ORDERED

Dated: July 10, 2007         _____

    United States

*[Signed and sealed: Judge Charles R. Breyer, United States District Court, Northern District of California — IT IS SO ORDERED]*