1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone: (415) 591-6000
4  Facsimile:  (415) 591-6091

5  Attorneys for Plaintiffs
   Roots Ready Made Garments Co. W.L.L.
6

7

8
                UNITED STATES DISTRICT COURT
9
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | ROOTS READY MADE GARMENTS CO.    | Civil Case No.:  C 07-03363 CRB
   | W.L.L.                           |
12 |                                  |
   |         Plaintiffs,              | **PROOF OF SERVICE**
13 |                                  | **BY FEDERAL EXPRESS**
   |   v.                             |
14 |                                  |
   | THE GAP, INC., a/k/a GAP, INC.., GAP |
15 | INTERNATIONAL SALES, INC.,       |
   | BANANA REPUBLIC, LLC, and OLD    |
16 | NAVY, LLC                        |
   |                                  |
17 |         Defendants               |

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                                                SF: 89980-1
Civil Case No.:  C 07-03363 CRB

# PROOF OF SERVICE

I am a citizen of the United States. My business address is One Front Street, 33rd Floor, San Francisco, California 94111. I am employed in the City and County of San Francisco where this service takes place. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for courier service. On the date set forth below, I served the foregoing document(s) described as:

(1) Clerk's Notice;

(2) Order Setting Case Management Conference;

(3) Standing Orders,

on the following entity(s) in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**Agent for Service of Process for Defendant,** Gap International Sales, Inc.,
850 Cherry
San Bruno, CA 94066

CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**Agent for Service of Process for Defendant,** Banana Republic LLC
2 Folsom Street
San Francisco, CA 94105

CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**Agent for Service of Process for Defendant,** Gap, Inc.
2 Folsom Street
San Francisco, CA 94105

CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**Agent for Service of Process for Defendant,** Old Navy, LLC
2 Folsom Street
San Francisco, CA 94105

CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**Manner of Service:**

[X] **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier (*Federal Express*) with delivery fees provided for, addressed to the entity(s) on whom it is to be served.

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 13, 2007, at San Francisco, California.

/s/
_____
**Marissa N. Lara**