# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROOTS READY MADE GARMENTS CO. W.L.L.,

    Plaintiff,

v.

THE GAP, INC., a/k/a GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC,

    Defendants.

Civil Case No.: C 07 3363 CRB

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

    Robert P. Haney and Bradley J. Nash, active members in good standing of the bars of the State of New York and of the United States District Courts for the Southern and Eastern Districts of New York, whose business address and telephone number is

    Covington & Burling LLP, 620 Eighth Avenue, New York, New York 10018; (212) 841-1000,

    having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hace vice* basis, representing Roots Ready Made Garments Co. W.L.L.

1
2         IT IS HEREBY ORDERED THAT the application is granted, subject
3   to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney
4   must indicate appearance *pro hac vice*.  Service of papers upon and
5   communication with co-counsel designated in the application will constitute
6   notice to the party.  All future filings in this action are subject to the requirements
7   contained in General Order No. 45, Electronic Case Filing.
8
9         IT IS SO ORDERED.
10
11  Dated: July 19, 2007
12                          Charles R. Breyer, U.S.D.J.