| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| COVINGTON & BURLING, Bar #135248<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-591-6000    FAX No: 415-591-6091 | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Northern District Of California

*Plaintiff:* ROOTS READY MADE GARMENTS CO. W.L.L.

*Defendant:* THE GAP, INC., et al.

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07 3363 JCS |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT;  CIVIL COVER SHEET;  ECF REGISTRATION INFORMATION HANDOUT;  ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE U.S. DISTRICT COURT;  NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;  DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

*3. a. Party served:*  BANANA REPUBLIC, LLC
*b. Person served:*  MARGARET WILSON, AUTHORIZED AGENT

*4. Address where the party was served:*  818 W. 7TH STREET
LOS ANGELES, CA  90017

*5. I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 10, 2007 (2) at: 12:05PM

*7. Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                               d.  *The Fee for Service was:*
   **b. FIRST LEGAL SUPPORT SERVICES**           e.  I am: (3)  registered California process server
      1511 W. BEVERY BLVD.                              *(i)*   Independent Contractor
      LOS ANGELES, CA  90071                           *(ii)*  *Registration No.:*      5141
   c. 213-250-1111                                      *(iii)* *County:*               Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Wed, Jul. 11, 2007

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS | (DOUG FORREST) | 6361186.ricjo.7523 |
|---|---|---|---|