| *Attorney or Party without Attorney:*<br>COVINGTON & BURLING, Bar #135248<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-591-6000    *FAX No:* 415-591-6091 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California |
|---|
| *Plaintiff:* ROOTS READY MADE GARMENTS CO. W.L.L. |
| *Defendant:* THE GAP, INC., et al. |

| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07 3363 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

3. a. Party served:              GAP INTERNATIONAL SALES, INC.
   b. Person served:            MARGARET WILSON, AUTHORIZED AGENT

4. Address where the party was served:    818 W. 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 10, 2007 (2) at: 12:05PM

7. *Person Who Served Papers:*                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                              d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**          e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                          (i)  Independent Contractor
      LOS ANGELES, CA 90071                         (ii) Registration No.:    5141
   c. 213-250-1111                                  (iii) County:             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Jul. 11, 2007

                                                                              (DOUG FORREST)

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS | (DOUG FORREST)  6361185.ricjo.75235 |
|---|---|---|