| *Attorney or Party without Attorney:*<br>COVINGTON & BURLING, Bar #135248<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-591-6000  *FAX No:* 415-591-6091 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* ROOTS READY MADE GARMENTS CO. W.L.L.
*Defendant:* THE GAP, INC., et al.

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07 3363 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

3. a. *Party served:* OLD NAVY, LLC
   b. *Person served:* MARGARET WILSON, AUTHORIZED AGENT

4. *Address where the party was served:* 818 W. 7TH STREET
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 10, 2007 (2) at: 12:05PM

7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**
   1511 W. BEVERY BLVD.
   LOS ANGELES, CA 90071
   c. 213-250-1111

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 5141
       (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Jul. 11, 2007

| **Judicial Council Form**<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS | (DOUG FORREST)  *6361187.ricjo.75240* |
|---|---|---|