| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendants |
| | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| 7 | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **CIVIL L.R. 6-1(a) STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

1  The parties, by and through their undersigned counsel, hereby stipulate under Local Rule
2  6-1(a) that the date for Defendants The Gap, Inc., a/k/a Gap, Inc., Gap International Sales, Inc.,
3  Banana Republic, LLC, and Old Navy, LLC to respond to the Complaint (by answer, motion, or
4  otherwise) in this action shall be extended to August 13, 2007.

5  Dated: July 24, 2007                                    KEKER & VAN NEST, LLP

6
7                                                         By:   /s/ Christa Anderson
                                                               CHRISTA M. ANDERSON
                                                               Attorneys for Defendants
8                                                              THE GAP, INC., a/k/a, GAP, INC., GAP
                                                               INTERNATIONAL SALES, INC.,
9                                                              BANANA REPUBLIC, LLC, AND OLD
                                                               NAVY, LLC
10

11 Dated: July 24, 2007                                    COVINGTON & BURLING LLP

12
                                                          By: Concurrence obtained General Order 45B.X
13                                                             RICHARD A. JONES
                                                               Attorneys for Plaintiff
14                                                             ROOTS READY MADE GARMENTS
                                                               CO. W.L.L.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

399351.01

1
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. C 07-03363 CRB