# Exhibit 1

From: Ron Young [mailto:Ron_Young@gap.com]
Sent: Monday, November 20, 2006 1:05 PM
To: Malik Dahlan
Cc: Dana Veeder
Subject:


Malik, I hope this email finds you well. As we discussed on the phone, I understand the wishes of Roots to have an ongoing business relationship with GAP Inc. However, our ability to do so is dependent on our ability to ensure what the relationship of Roots is and was to GABANA; this is critical to understanding what implications could arise due to the current legal actions in progress. In addition, because of the shared management roles of executives at GABANA and Roots, I have to have a clear understanding of the relationship between GABANA and Roots (at the contract level) so I can separate the activities of the two organizations and correctly evaluate the merits of pursuing a business relationship with Roots. If after review, I validate that Roots involvement and actions are consistent with what agreements were in place and at an acceptable ethical level, GAP Inc. would pursue a relationship with Roots consistent with our wholesale and Franchisee selection process in markets that Roots has ability to drive a successful business.


I hope that we can resolve the differences between our organizations and look forward to have clarity to the relationship between GABANA and Roots. From this clarity we can define what business relationships are possible in the future.



Thank you for your consideration,




Ron Young

Senior Vice President and Managing Director

Strategic Alliances

GAP Inc.

Direct Phone Number 415 427 5263

# Exhibit 2

**Nash, Bradley**

| | |
|---|---|
| **From:** | Haney, Robert |
| **Sent:** | Monday, June 25, 2007 3:23 PM |
| **To:** | 'canderson@kvn.com' |
| **Cc:** | 'Malik R. Dahlan'; Nash, Bradley |
| **Subject:** | Tolling Agreement |
| **Attachments:** | Tolling Agreement_.doc |

Dear Christa,

In accordance with our discussion I am sending a Tolling Agreement between The Gap and Roots Readymade Garments Co. It is sent for settlement purposes only. Please let me know if The Gap is willing to sign such an agreement or if you have comments. We would like to have this agreement entered into today. Thanks.

Regards,

Bob Haney

Tolling
eement_.doc (41 KE

1