**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, <br><br> Defendants. | Case No: C 07 3363 CRB <br><br> [PROPOSED] ORDER GRANTING EX PARTE ADMINISTRATIVE MOTION OF ROOTS READY MADE GARMENTS CO. W.L.L FOR AN EXPEDITED HEARING ON MOTION TO CONSOLIDATE RELATED ACTIONS |
| GABANA GULF DISTRIBUTION LTD., and GABANA DISTRIBUTION LTD., <br><br> Plaintiffs, <br><br> v. <br><br> GAP INTERNATIONAL SALES, INC., THE GAP, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, <br><br> Defendants. | Case No.: C 06 2584 CRB |

It is hereby ORDERED that the Ex Parte Administrative Motion of Roots Ready Made Garments Co W.L.L. ("Roots") for an expedited hearing on



Roots' Motion to Consolidate Related Actions Pursuant to Fed. R. Civ. P. 42(a) is GRANTED.

The parties are directed to submit any opposition to the Motion to Consolidate on or before _____, and to appear for oral argument on _____ at _____ o'clock a.m./p.m.

Dated: _____

_____
Charles R. Breyer, U.S.D.J.