KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**CIVIL L.R. 6-1(a) STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

1    The parties, by and through their undersigned counsel, hereby stipulate under Local Rule

2    6-1(a) that the date for Defendants The Gap, Inc., a/k/a Gap, Inc., Gap International Sales, Inc.,

3    Banana Republic, LLC, and Old Navy, LLC to respond to the Complaint (by answer, motion, or

4    otherwise) in this action shall be extended to August 13, 2007.

5    Dated:  July 24, 2007                                    KEKER & VAN NEST, LLP

6

7                                                            By: ___/s/ Christa Anderson_____
                                                            CHRISTA M. ANDERSON
                                                            Attorneys for Defendants
8                                                            THE GAP, INC., a/k/a, GAP, INC., GAP
                                                            INTERNATIONAL SALES, INC.,
9                                                            BANANA REPUBLIC, LLC, AND OLD
                                                            NAVY, LLC
10

11   Dated:  July 24, 2007                                   COVINGTON & BURLING LLP

12

13                                                           By: Concurrence obtained General Order 45B.X
                                                            RICHARD A. JONES
                                                            Attorneys for Plaintiff
14                                                           ROOTS READY MADE GARMENTS
                                                            CO. W.L.L.
15

16

17

18

19                  July 25, 2007

20

21

22

23

24

25

26

27

28

1

399351.01