KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF GAP INTERNATIONAL SALES, INC., THE GAP, INC., BANANA REPUBLIC, LLC and OLD NAVY, LLC's OPPOSITION TO ROOTS READY MADE GARMENT CO. W.L.L.'S MOTION TO SHORTEN TIME ON THE HEARING OF ITS MOTION TO CONSOLIDATE ACTIONS** |

1  I, CHRISTA M. ANDERSON, declare and say that:

2  1. I am an attorney licensed to practice law in the State of California and before this

3  Court and am a partner at Keker & Van Nest, LLP, counsel for defendants Gap International

4  Sales, Inc, The Gap, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap").

5  2. I have knowledge of the facts set forth herein, and if called to testify as a witness

6  thereto, could do so competently under oath.

7  3. Earlier this week, I spoke by telephone with Robert Haney, counsel for Roots

8  Ready Made Garments Co. W.L.L. ("Roots"), who informed me that Roots would seek to

9  consolidate its action against Gap with the instant action between Gabana and Gap. Mr. Haney

10 indicated that Roots might seek to have its motion heard on shortened time, but did not seek to

11 meet and confer with me on a briefing schedule or request my stipulation to an amount by which

12 the normal notice period would be shortened. Nor did any other counsel for Roots seek such a

13 stipulation as far as I am aware.

14 4. The deadline for serving written discovery in the *Gabana* case has already passed

15 and the fact discovery cut-off is set for August 15, 2007.

16

17 I declare under penalty of perjury under the laws of the United States that the foregoing is

18 true and correct and that this declaration was executed in San Francisco, California on July 27,

19 2007.

20              /s/ Christa M. Anderson
               CHRISTA M. ANDERSON

21

22

23

24

25

26

27

28

399995.01

1
DECLARATION OF CHRISTA M. ANDERSON
Case No. C 07-03363 CRB