**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **July 30, 2007**

**C06-02584 CRB**
**GABANA GULF DISTRIBUTION v. GAP INTERNATIONAL SALES INC.**
**C-07-3363CRB**
**ROOTS READY v. GAP INC.**

Attorneys:   Martin Glick               Christa Anderson

             Richard Jones

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **N/A**

**PROCEEDINGS:**                                             **RULING:**

1. Telephone Conference - Held

2.

3.

**ORDERED AFTER HEARING:**

Roots to produce witness material by the end of week, the deposition is to proceed and the Court permits Roots to participate. If after reviewing the material Gap feels it is inappropriate for Roots to participate it is Gap's responsibility to get back to the Court.

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For: ____

(X) CASE CONTINUED TO August 24, 2007 @ 10:00 a.m.  for Motion to Consolidate

Discovery Cut-Off ____                    Expert Discovery Cut-Off ____
Plntf to Name Experts by ____             Deft to Name Experts by ____
P/T Conference Date ____        Trial Date ____    Set for ____ days
                                Type of Trial: ( )Jury   ( )Court

Notes: ____