# EXHIBIT A

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

DAN JACKSON
DJACKSON@KVN.COM

July 31, 2007

**VIA EMAIL**

Robert P. Haney
Covington & Burling, LLP
620 Eighth Avenue
New York, NY 10018
Email: rhaney@cov.com

Re: *Roots Ready Made Garments Co. W.L.L. v. The Gap, Inc. et al.*
No. C-07-3363 (N.D. Cal.)

Dear Mr. Haney:

I write to meet and confer about the briefing schedule for Roots' motion to consolidate as well as Roots' plan for completing discovery in time to participate in the trial commencing on December 3, 2007. On the first point, given the August 24, 2007 hearing date, I propose that Gap file its opposition on August 10 and Roots file its reply on August 17. Please let me know if that schedule meets with your approval.

As for the schedule generally, we need to know as soon as possible how you propose to get everything done that must be done in time for a December 3 trial (assuming any of your claims survive motions to dismiss), including but by no means limited to:

- Briefing and hearing on Gap's motion to dismiss;

- Initial disclosures;

- Written discovery;

- Depositions including, without limitation: Sheikh Faisal Al Thani, Ashraf Abu Issa, Naser Beheiry, Maroun Namroud, Alain Moreaux, Kifah Balawi, Ziad Al Turki, Ehab Al Sharif, David Reilly, Francois Larsen, and any other witnesses Roots intends to list on its initial disclosures, depose, and/or call as a witness at trial;

400127.01

Robert P. Haney
July 31, 2007
Page 2

- Expert discovery;

- Any motions to compel; and

- Summary judgment briefing and hearing.

Also, please advise whether Roots will be willing to join the stipulation regarding depositions and trial testimony into which Gap and Gabana have entered, which is attached. I look forward to your reply.

Sincerely,

DAN JACKSON

DEJ/msc

cc: Richard A. Jones
    Marty Glick

400127.01