# EXHIBIT C

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4      GABANA GULF DISTRIBUTION,
        LTD., A COMPANY ORGANIZED
 5      UNDER THE LAWS OF THE UNITED
        KINGDOM, AND GABANA
 6      DISTRIBUTION, LTD., A COMPANY
        ORGANIZED UNDER THE LAWS OF
 7      THE UNITED KINGDOM
 8           Plaintiffs,
                         NO.  C 06 2584 CRB
 9           vs.
10      GAP INTERNATIONAL SALES, INC.,
        A DELAWARE CORPORATION, THE
11      GAP, INC., A DELAWARE
        CORPORATION, BANANA REPUBLIC,
12      LLC, A DELAWARE LIMITED
        LIABILITY COMPANY, AND OLD
13      NAVY, LLC, A DELAWARE LIMITED
        LIABILITY COMPANY.
14
             Defendants.
15      ------------------------------/
16                  DEPOSITION OF
17                  FRANCOIS LARSEN
18      _____
19          Monday, May 14, 2007
20          (Pages 1 - 227)
21      SHEILA CHASE & ASSOCIATES
            REPORTING FOR:
22      LiveNote World Service
        221 Main Street, Suite 1250
23      San Francisco, California  94105
            Phone: (415) 321-2311
24          Fax: (415) 321-2301
        Reported by:  KATHLEEN A. WILKINS, CSR, RPR, CRR
25      CSR No. 10068
```

Larson, Francois Vol 1 30(b)(6)  5/14/2007  9:47:00 AM

1    A.  Okay.

2    Q.  I am trying to find out from you your best

3    recollection of what you actually said during the

4    meeting.

5        Can you be more specific than you already

6    have been to describe actually what you said during

7    the meeting?

8    A.  I don't think I can be more specific, no.

9    Q.  During this meeting, did the subject of

10   the Roots participating in a lawsuit with Gabana

11   against Gap come up?

12   A.  I guess it was one of the alternatives

13   that I was -- was mentioned by Malik and that he

14   would study.

15   Q.  And this conversation was prior to Gabana

16   having actually filed suit against Gap, correct?

17   A.  Yes.

18   Q.  Did there ever come a point in time when

19   Roots told Gabana that it would not participate in a

20   lawsuit against Gap?

21   A.  Can you repeat the question?

22   Q.  Sure.

23       Did there ever come a point in time at

24   which Roots told Gabana that Roots would not

25   participate in a lawsuit against Gap?

1      CERTIFICATE OF DEPOSITION OFFICER

2      I, KATHLEEN A. WILKINS, RPR, CSR NO. 10068,

3      duly authorized to administer oaths pursuant to

4      Section 8211 of the California Code of Civil

5      Procedure, hereby certify that the witness in the

6      foregoing deposition was by me sworn to testify to

7      the truth, the whole truth and nothing but the truth

8      in the within-entitled cause; that said deposition

9      was taken at the time and place therein stated; that

10     the testimony of said witness was reported by me and

11     was thereafter transcribed by me or under my

12     direction by means of computer-aided transcription;

13     that the foregoing is a full, complete and true

14     record of said testimony; and that the witness was

15     given an opportunity to read and correct said

16     deposition and to subscribe same.

17         I further certify that I am not of counsel or

18     attorney for either or any of the parties in the

19     foregoing deposition and caption named, nor in any

20     way interested in the outcome of the cause named in

21     said caption.

22         IN WITNESS WHEREOF, I have hereunto subscribed

23     by my hand this 24th day of May, 2007.

24     _____

25     KATHLEEN A. WILKINS, RPR, CSR NO. 10068