KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>                              Plaintiff,<br><br>        v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>                              Defendants. | Case No. C 07-03363 CRB<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER** |

1    Pursuant to Civil Local Rule 79-5(d), defendants The Gap, Inc., Gap International Sales,

2  Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this

3  Miscellaneous Administrative Request to File Documents Under Seal.

4    Exhibit D to the Request for Judicial Notice filed in connection with Gap's Motion to

5  Dismiss plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots")'s First Amended

6  Complaint is a true and correct copy of a May 12, 2003 Letter of Understanding between Gabana

7  Gulf Distribution Ltd. and Roots Ready Made Garments Co.  Roots has marked the document

8  "CONFIDENTIAL."  Solely for this reason, Gap requests that the sealed version of Gap's

9  Request for Judicial Notice, which contains Exhibit D, be lodged in accordance with Civil Local

10 Rule 79-5(d).

11    For the same reason, Gap requests that the sealed version of its Motion to Dismiss, from

12 which the portions referring to information from Exhibit D have been redacted, also be lodged in

13 accordance with Civil Local Rule 79-5(d).

14                                                      Respectfully submitted,

15 Dated:  August 13, 2007                              KEKER & VAN NEST, LLP

16

17

18                                          By:   /s/ Dan Jackson
                                                 DAN JACKSON
19                                               Attorneys for Defendants
                                                 GAP INTERNATIONAL SALES, INC.,
20                                               THE GAP, INC., BANANA REPUBLIC,
                                                 LLC, and OLD NAVY, LLC
21

22    **IT IS SO ORDERED.**

23 Dated:

24                          By:  _____
                                 CHARLES R. BREYER
25                               United States District Court Judge

26

27

28

400936.01