| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Defendants |
| | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| 7 | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

1   The sealed version of the Request for Judicial Notice in Support of Motion to Dismiss
2 First Amended Complaint, filed by defendants The Gap, Inc., Gap International Sales, Inc.,
3 Banana Republic, LLC and Old Navy, LLC (collectively "Gap"), which contains
4 "CONFIDENTIAL" Exhibit D, was filed in hard copy form only and is being maintained in the
5 case file in the Clerk's office.  The sealed version of Gap's Motion to Dismiss First Amended
6 Complaint, from which information from Exhibit D was redacted, was also filed in hard copy
7 form only and is being maintained in the case file in the Clerk's office.  If you are a participant in
8 this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing
9 directly from the court, please see the court's main web site at http://www.cand.uscourts.gov
10 under Frequently Asked Questions (FAQ).
11   This filing was not efiled for the following reason(s):
12 [_] Voluminous Document (PDF file size larger than the efiling system allows)
13 [_] Unable to Scan Documents
14 [_] Physical Object (description): _____
15 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
16 [X] Item Under Seal
17 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
18 [_] Other (description): _____

Dated:  August 13, 2007                              KEKER & VAN NEST, LLP


                                        By:   /s/ Dan Jackson_____
                                              DAN JACKSON
                                              Attorneys for Defendants
                                              GAP INTERNATIONAL SALES, INC.,
                                              THE GAP, INC., BANANA REPUBLIC,
                                              LLC, and OLD NAVY, LLC