KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

1  On August 13, 2007, Defendants The Gap, Inc., Gap International Sales, Inc., Banana
2 Republic, LLC and Old Navy, LLC (collectively "Gap") filed a motion to dismiss the First
3 Amended Complaint filed by Roots Ready Made Garments Co. W.L.L. ("Roots") in this action.
4 Having considered Roots' First Amended Complaint, the papers filed in support of and in
5 opposition to Gap's motion, and the arguments of counsel, the Court hereby **GRANTS** Gap's
6 Motion to Dismiss with prejudice on the basis that Roots' First Amended Complaint fails to state
7 a claim upon which relief can be granted and fails to state the circumstances allegedly
8 constituting fraud with particularity.  *See* Fed. R. Civ. P. 9(b) & 12(b)(6).

10  **IT IS SO ORDERED.**
11 Dated:

By: _____
  CHARLES R. BREYER
  United States District Court Judge