KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC <br><br> Defendants. | Case No. C 07-03363 CRB <br><br> **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER** |

400936.01

1    Pursuant to Civil Local Rule 79-5(d), defendants The Gap, Inc., Gap International Sales,

2    Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this

3    Miscellaneous Administrative Request to File Documents Under Seal.

4    Exhibit D to the Request for Judicial Notice filed in connection with Gap's Motion to

5    Dismiss plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots")'s First Amended

6    Complaint is a true and correct copy of a May 12, 2003 Letter of Understanding between Gabana

7    Gulf Distribution Ltd. and Roots Ready Made Garments Co.  Roots has marked the document

8    "CONFIDENTIAL."  Solely for this reason, Gap requests that the sealed version of Gap's

9    Request for Judicial Notice, which contains Exhibit D, be lodged in accordance with Civil Local

10   Rule 79-5(d).

11   For the same reason, Gap requests that the sealed version of its Motion to Dismiss, from

12   which the portions referring to information from Exhibit D have been redacted, also be lodged in

13   accordance with Civil Local Rule 79-5(d).

14                                                    Respectfully submitted,

15   Dated:  August 13, 2007                          KEKER & VAN NEST, LLP

16

17

18                                          By:   /s/ Dan Jackson
                                                  DAN JACKSON
19                                                Attorneys for Defendants
                                                  GAP INTERNATIONAL SALES, INC.,
20                                                THE GAP, INC., BANANA REPUBLIC,
                                                  LLC, and OLD NAVY, LLC
21
                **IT IS SO ORDERED.**
22
     Dated:
23
24                                   By:  _____
25                                        CHARLES R. BREYER
                                          United States District Court Judge
26

27

28