1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7  SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
   LLC
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO DIVISION
11

12

13  ROOTS READY MADE GARMENTS CO. W.L.L.,            Case No. C 07-03363 CRB

14                        Plaintiff,                 **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; ORDER**

15       v.

16  THE GAP, INC., a/k/a, GAP, INC., GAP
    INTERNATIONAL SALES, INC., BANANA
17  REPUBLIC, LLC, AND OLD NAVY, LLC

18                        Defendants.

---

1  Pursuant to Civil Local Rule 79-5(d), defendants The Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this Miscellaneous Administrative Request to File Documents Under Seal.

Exhibit D to the Request for Judicial Notice filed in connection with Gap's Motion to Dismiss plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots")'s First Amended Complaint is a true and correct copy of a May 12, 2003 Letter of Understanding between Gabana Gulf Distribution Ltd. and Roots Ready Made Garments Co. Roots has marked the document "CONFIDENTIAL." Solely for this reason, Gap requests that the sealed version of Gap's Request for Judicial Notice, which contains Exhibit D, be lodged in accordance with Civil Local Rule 79-5(d).

For the same reason, Gap requests that the sealed version of its Motion to Dismiss, from which the portions referring to information from Exhibit D have been redacted, also be lodged in accordance with Civil Local Rule 79-5(d).

Respectfully submitted,

Dated:  August 13, 2007                    KEKER & VAN NEST, LLP

By:  /s/ Dan Jackson
DAN JACKSON
Attorneys for Defendants
GAP INTERNATIONAL SALES, INC.,
THE GAP, INC., BANANA REPUBLIC,
LLC, and OLD NAVY, LLC

**IT IS SO ORDERED.**

Dated:     08/16/07

By:  _____
CHARLES R. BREYER
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; signature "Judge Charles R. Breyer"]*