**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 24, 2007**

**C-06-02584CRB**
**GABANA GULF DISTRIBUTION v. GAP INTERNATIONAL SALES INC.**
**Related case:**
**C-07-3363 CRB**
**ROOTS READY MADE GARMENTS v. GAP INTERNATIONAL**

Attorneys:    Martin Glick                    Christa Anderson

              Robert Haney                    Dan Jackson

Deputy Clerk: **BARBARA ESPINOZA**         Reporter: **Sahar McVickar**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Motion to Consolidate | Denied |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____        Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____