1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone: (415) 591-6000
4  Facsimile: (415) 591-6091

5

   *Attorneys for Plaintiff*
6  *Roots Ready Made Garments Co. W.L.L.*

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
   |---|---|
13 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO AND DEFENDANTS REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND TO CONTINUE HEARING DATE** |
14 | v. | |
15 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
16 | | |
17 | Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

1  WHEREAS, on August 13, 2007, Defendants The Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively, "Defendants") filed a motion to dismiss the First Amended Complaint of Plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots"); and

WHEREAS, Plaintiff's opposition to the motion to dismiss is currently due on August 31, 2007, Defendants' reply brief is currently due on September 7, 2007, and the hearing has been noticed for September 21, 2007; and

WHEREAS, Plaintiff's counsel has requested a one-week extension to prepare its opposition to the motion in order to enable counsel to confer with parties located abroad concerning certain issues relating to the motion; and

WHEREAS, Defendants have consented to Plaintiff's request provided that Defendants are likewise granted a one-week extension to file their reply brief;

NOW THEREFORE, THE PARTIES STIPULATE TO AND RESPECTFULLY REQUEST THE COURT TO ORDER the following modifications to the briefing and hearing schedule for Defendants' motion to dismiss:

(a) Plaintiff's opposition to the motion to dismiss will be filed on or before September 7, 2007;

(b) Defendants' reply in support of the motion to dismiss will be filed on or before September 21, 2007; and

(c) The Court will hold a hearing on the motion to dismiss on October 12, 2007, or as soon thereafter as the parties may be heard.

Dated:  August 27, 2007                               COVINGTON & BURLING LLP

By:     /s/ Richard A. Jones
RICHARD A. JONES
Attorneys for Plaintiff
ROOTS READY MADE GARMENTS CO. W.L.L.

Dated: August 27, 2007

KEKER & VAN NEST, LLP

By: _____/s/ Daniel E. Jackson_____
DANIEL E. JACKSON
Attorneys for Defendants
THE GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __August 29, 2007__

_____
The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA