1  BRADLEY J. NASH (*admitted pro hac vice*)
   (bnash@cov.com)
2  COVINGTON & BURLING LLP
   620 Eighth Avenue
3  New York, NY 10018
   Tel.: (212) 841-1000
4  Fax: (212) 841-1000

5

6  **Attorneys for Plaintiff**
   **Roots Ready Made Garments Co. W.L.L.**
7

8            **IN THE UNITED STATES DISTRICT COURT**
9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 _____
   ROOTS READY MADE GARMENTS CO.          )
11 W.L.L.,                                 )
                                           )        Case No: C 07 3363 CRB
12          Plaintiff,                     )
                                           )  **DECLARATION OF BRADLEY J. NASH**
13          v.                             )  **IN SUPPORT OF PLAINTIFF'S**
                                           )  **OPPOSITION TO DEFENDANTS'**
14 THE GAP, INC., a/k/a, GAP, INC., GAP    )  **MOTION TO DISMISS THE FIRST**
   INTERNATIONAL SALES, INC., BANANA       )  **AMENDED COMPLAINT**
15 REPUBLIC, LLC, AND OLD NAVY, LLC,       )
                                           )
16          Defendants.                    )
                                           )
17                                         )
                                           )
18 _____)

19

20          Bradley J. Nash declares the following under penalty of perjury:

21          1.      I am an attorney admitted to appear before this Court *pro hac vice* in this action

22 and am counsel to Roots Ready Made Garments Co. W.L.L. ("Roots").

23          2.      I make this declaration in support of Plaintiff's opposition to Defendants' motion

24 to dismiss, to place before the Court two documents that are referred to in the First Amended

25 Complaint and in Plaintiff's opposition brief.

26          3.      I attach as **Exhibit A** a true and correct copy of a letter dated May 12, 2005 from

27 Ron Young to Francois Larsen.

28

4.     I attach as **Exhibit B** a true and correct copy of a letter dated June 26, 2005 from Francois Larsen to Naser Beheiry.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7 day of September 2007 in New York, New York.

_____/s/ Bradley J. Nash_____

Bradley J. Nash

**ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

_____/S/ Richard A. Jones__

Richard A. Jones

DECL. OF BRADLEY J. NASH
Case Nos.: C 07 3363 CRB; C 06 2584 CRB