# GABANA GULF Distribution Limited

Registered office: 86 Jermyn Street-5th Floor- GB-London SW1Y 6AW

<u>Via Facsimile and Overnight Courier</u>

Mr. Naser BEHEIRY
General Manager

M/S ROOTS READYMADE GARMENTS CO
P.O. Box 6255

DOHA

QATAR

June 26, 2005

<u>Subject</u>: Termination of Exclusive Distribution Agreement

Dear Naser,

Pursuant to Paragraph 16 (3)n of the May 14, 2002 Exclusive Distribution Agreement between M/S Roots Readymade Garments Co. (Roots) and Gabana Gulf Distribution Ltd (Gabana), Gabana hereby provides Roots with 30 days written notice of termination. Thus the Agreement shall terminate on July 27, 2005 (the" Termination Date").

Please note that Roots must continue to comply with the continuing obligations under the Agreement and shall complete all sales of previously ordered, received or shipped Authorized Goods by November 27, 2005.

We remain,

Yours faithfully

François B. LARSEN
Managing Director

Mailing address:
c/o Merchiston Management
P.O. Box 1234 • 1211 Geneva 1 • Switzerland
Phone:+41 22 839 32 32 • Fax:+41 22 839 32 30

CONFIDENTIAL

RRMG00008221