## Dan Jackson

**From:** Martin Glick [mglick@howardrice.com]
**Sent:** Tuesday, September 04, 2007 3:33 PM
**To:** Christa Anderson; Dan Jackson
**Subject:** FW: depositions

My email to Rose--who was dealing with this last week-- was greeted with an out of office response so here it is to the two of you. Thanks Marty

---

**From:** Martin Glick
**Sent:** Tuesday, September 04, 2007 3:19 PM
**To:** Rose Darling
**Cc:** 'Hal K. Litchford'; 'rhaney@cov.com'
**Subject:** FW: depositions

Rose   This is the site for the depositions next week.   The order is still the same so far.  On Monday we will take the deposition of Ashraf Abu Issa (Bob Haney will attend for Roots).   On Tuesday Gap will take the deposition of Isabelle Richard.  On Wednesday Gap will take the deposition of Amin El Sokary (I understand that Bob Haney also plans to attend this deposition for Roots).   We will videotape the Abu Issa deposition.  Does Gap wish to videotape their two depositions?   None of the witnesses intends now to use an interpreter.

I do not believe Mr. Reyess is able to attend next week; if that changes I will let you know.  If he does, we will fit him in as his examination would be very short.  He would need an Arabic interpreter which the court reporters (TSG) will provide if necessary.  Please let me know contact information for Daralyn in Paris so I can communicate any last minute changes directly to her.  She can reach me at cell 415 215 5224 and by email.  Thanks   Marty

---

**From:** ASILVESTRE@lpalaw.com [mailto:ASILVESTRE@lpalaw.com]
**Sent:** Monday, September 03, 2007 7:40 AM
**To:** Martin Glick
**Cc:** vlunel@lpalaw.com
**Subject:** RE: depositions

Dear Sir,

As agreed with Vincent Lunel, we have booked a conference room for you in our offices 136, avenue des Champs Elysées, 75008, Paris for the week of the 10th-14th September.

Kind regards,

Adriana Silvestre
Assistante de Vincent Lunel
**Lefèvre Pelletier & associés**, Avocats
136, avenue des Champs-Elysées - 75008 Paris
Tél  : 33 (0) 1 53 93 3032
Fax  : 33 (0) 1 53 23 12 02
E-mail : *asilvestre@lpalaw.com*

Paris - Hong Kong - Guangzhou

9/7/2007

www.lpalaw.com

This message and any files or text attached to it are intended only for the recipients named above, and contain information that may be confidential or privileged. If you are not an intended recipient, you must not read, copy, use or disclose this communication. Please also notify the sender by replying to this message, and then delete all copies of it from your system. Thank you.