## Dan Jackson

**From:** Dan Jackson
**Sent:** Wednesday, September 05, 2007 10:28 AM
**To:** 'Martin Glick'; 'rhaney@cov.com'
**Cc:** Christa Anderson; Hal K. Litchford; Daralyn Durie
**Subject:** RE: depositions

Bob and Marty:

As you know, Judge Breyer denied Roots' request to participate in the upcoming depositions unless Roots could get both Gap's and Gabana's consent. If Bob is going to be representing Mr. Abu Issa at his deposition, we have no objection. As for Mr. El Sokary (or any other witness), we object to Bob's attendance and participation except in the seemingly unlikely event that he is representing the witness, and in that event, he is appearing for the witness, not "for Roots."

Sincerely,

Dan

---

**From:** Martin Glick [mailto:mglick@howardrice.com]
**Sent:** Tuesday, September 04, 2007 3:33 PM
**To:** Christa Anderson; Dan Jackson
**Subject:** FW: depositions

My email to Rose—who was dealing with this last week— was greeted with an out of office response so here it is to the two of you. Thanks Marty

---

**From:** Martin Glick
**Sent:** Tuesday, September 04, 2007 3:19 PM
**To:** Rose Darling
**Cc:** 'Hal K. Litchford'; 'rhaney@cov.com'
**Subject:** FW: depositions

Rose  This is the site for the depositions next week.   The order is still the same so far.  On Monday we will take the deposition of Ashraf Abu Issa (Bob Haney will attend for Roots).  On Tuesday Gap will take the deposition of Isabelle Richard. On Wednesday Gap will take the deposition of Amin El Sokary (I understand that Bob Haney  also plans to attend this deposition for Roots).  We will videotape the Abu Issa deposition.  Does Gap wish to videotape their two depositions?  None of the witnesses intends now to use an interpreter.

I do not believe Mr. Reyess is able to attend next week; if that changes I will let you know.  If he does, we will fit him in as his examination would be very short. He would need an Arabic interpreter which the court reporters (TSG) will provide if necessary. Please let me know contact information for Daralyn in Paris so I can communicate any last minute changes directly to her.  She can reach me at cell 415 215 5224 and by email.  Thanks  Marty

---

**From:** ASILVESTRE@lpalaw.com [mailto:ASILVESTRE@lpalaw.com]
**Sent:** Monday, September 03, 2007 7:40 AM
**To:** Martin Glick

9/7/2007

**Cc:** vlunel@lpalaw.com
**Subject:** RE: depositions

Dear Sir,

As agreed with Vincent Lunel, we have booked a conference room for you in our offices 136, avenue des Champs Elysées, 75008, Paris for the week of the 10th-14th September.

Kind regards,

Adriana Silvestre
Assistante de Vincent Lunel
**Lefèvre Pelletier & associés** , Avocats
136, avenue des Champs-Elysées - 75008 Paris
Tél : **33 (0) 1 53 93 3032**
Fax : **33 (0) 1 53 23 12 02**
E-mail : *asilvestre@lpalaw.com*

Paris - Hong Kong - Guangzhou
**www.lpalaw.com**

This message and any files or text attached to it are intended only for
the recipients named above, and contain information that may be
confidential or privileged. If you are not an intended recipient, you
must not read, copy, use or disclose this communication. Please also
notify the sender by replying to this message, and then delete all
copies of it from your system. Thank you.