# Dan Jackson

| | |
|---|---|
| **From:** | Nash, Bradley [bnash@cov.com] |
| **Sent:** | Wednesday, September 05, 2007 6:08 PM |
| **To:** | Dan Jackson |
| **Cc:** | mglick@howardrice.com; Haney, Robert |
| **Subject:** | Notice of Amin El Sokary Deposition |
| **Attachments:** | SFX562.pdf |

Dan:

I write in response to your objection to Roots taking the deposition of Amin El Sokary on September 12 in Paris. Judge Breyer's decision to deny consolidation does not preclude Roots from noticing a third party deposition of Mr. El Sokary in the Roots action. Judge Breyer never said that this deposition could only be taken with the agreement of all parties; he made no ruling affecting whether or not Roots was permitted to take depositions in Paris. As you know, discovery has now commenced in the Roots action. Gap has already served document requests, interrogatories and requests for admissions. Fed. R. Civ. P. 30(a)(1) similarly permits Roots to take the deposition "of any person . . . without leave of court." Accordingly, please see the attached notice of deposition.

<<SFX562.pdf>>
Regards,

Brad


Bradley J. Nash
**Covington & Burling LLP**
620 Eighth Avenue
New York, NY 10018
Tel: 212-841-1067
Fax: 646-441-9067

*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.*

1  BRADLEY J. NASH (*admitted pro hac vice*)
   (bnash@cov.com)
2  COVINGTON & BURLING LLP
   620 Eighth Avenue
3  New York, NY 10018
   Tel.: (212) 841-1000
4  Fax: (212) 841-1010

5

   **Attorneys for Plaintiff**
6  **Roots Ready Made Garments Co. W.L.L.**

7

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 ROOTS READY MADE GARMENTS CO.        )
   W.L.L.,                              )
11                                      )
                  Plaintiff,            )
12                                      )   Case No: C 07 3363 CRB
          v.                            )
13                                      )   NOTICE OF DEPOSITION OF AMIN EL
   THE GAP, INC., a/k/a, GAP, INC., GAP )   SOKARY
14 INTERNATIONAL SALES, INC., BANANA    )
   REPUBLIC, LLC, AND OLD NAVY, LLC,    )
15                                      )
                  Defendants.           )
16                                      )
                                        )
17                                      )
                                        )
18

19         PLEASE TAKE NOTICE THAT pursuant to Rules 26 and 30 of the Federal
20
   Rules of Civil Procedure, Plaintiff will take the deposition upon oral examination of Amin El
21
   Sokary before a notary public or other officer authorized by law to administer oaths on
22
   September 12, 2007 at 9:00 o'clock a.m. The deposition shall take place at the offices of
23
   Lefèvre Pelletier & associés, 136, avenue des Champs-Elysées - 75008 Paris, France;
24
   Telephone: 33 (0) 1 53 93 3032.
25

26

27

28

NOTICE OF DEPOSITION OF AMIN EL SOKARY
Case No.: C 07 3363 CRB

1     The examination shall be recorded stenographically and by video, and shall continue
2 from day to day until completed.

3 Dated:   September 5, 2007
4            New York, New York

                                    COVINGTON & BURLING LLP

                                    By: /s/ Bradley J. Nash
                                        Bradley J. Nash

                                    620 Eighth Avenue
                                    New York, New York 10018
                                    (212) 841-1000

                                    *Attorneys for Plaintiff Roots Ready Made*
                                    *Garments Co. W.L.L.*

NOTICE OF DEPOSITION OF AMIN EL SOKARY
Case No.: C 07 3363 CRB