1 | KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
2 | CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
3 | ROSE DARLING - #243893
710 Sansome Street
4 | San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
5 | Facsimile:  (415) 397-7188

6 | Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7 | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**[PROPOSED] ORDER GRANTING GAP'S MOTION FOR PROTECTIVE ORDER** |

402404.01

1   On September 7, 2007, Defendants The Gap, Inc., Gap International Sales, Inc., Banana
2  Republic, LLC and Old Navy, LLC (collectively "Gap") filed a motion for protective order
3  postponing the deposition of Amin El Sokary in this case to an appropriate time that is both
4  convenient to all counsel and that permits some written discovery to proceed in advance of Mr.
5  El Sokary's deposition.  Having considered the papers filed in support of and in opposition to
6  Gap's motion, and the arguments of counsel, the Court hereby **GRANTS** Gap's Motion for
7  Protective Order.

9  **IT IS SO ORDERED.**
10 Dated:

11                              By: _____
12                                   CHARLES R. BREYER
                                     United States District Court Judge