1  ROBERT P. HANEY, Jr. (*admitted pro hac vice*)
   (rhaney@cov.com)
2  BRADLEY J. NASH (*admitted pro hac vice*)
   (bnash@cov.com)
3  COVINGTON & BURLING LLP
   620 Eighth Avenue
4  New York, NY 10018
   Telephone: (212) 841-1000
5  Facsimile: (212) 841-1010

6
   *Attorneys for Plaintiff*
7  *Roots Ready Made Garments Co. W.L.L.*

8            IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | ROOTS READY MADE GARMENTS CO. W.L.L., | Case No: C 07 3363 CRB |
   |---|---|
12 | | **INITIAL DISCLOSURES OF PLAINTIFF ROOTS READY MADE GARMENTS CO. W.L.L.** |
   | Plaintiff, | |
13 | | |
   | v. | |
14 | | |
   | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, | |
15 | | |
16 | | |
17 | Defendants. | |
18

19         Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff Roots Ready
20 Made Garments Co. W.L.L. ("Roots"), based on information currently within its possession,
21 custody, or control, provides the following initial disclosures to defendants. Roots reserves the
22 right to supplement these initial disclosures upon the discovery of new evidence or in light of
23 new issues that may arise.
24

25
26     I.    **List of Knowledgeable Individuals (F.R.C.P. 26(a)(1)(A))**
27         Roots provides the following list of names and, if known, contact information of
28 individuals who are believed likely to have discoverable information that Roots may use to
   support its claims or defenses in this action:

Roots' Initial Disclosures
C 07 3363 CRB

| NAME | CONTACT INFORMATION | SUBJECT MATTER |
|---|---|---|
| **Roots** | | |
| Kifah Balawi | Doha, Qatar<br>Al Sad Street<br>Blue Salon Building, 3rd Floor<br>Tel.:+9744466111 | Information relating to Roots' business, and its business relationships with Gap, Gabana, and local retailers. |
| Naser Beheiry | Doha, Qatar<br>Al Sad Street<br>Blue Salon Building, 3rd Floor<br>Tel.:+9744466111 | Information relating to Roots' business, and its business relationships with Gap, Gabana, and local retailers. |
| Ashraf Abu Issa | Doha, Qatar<br>Al Sad Street<br>Blue Salon Building, 3rd Floor<br>Tel.:+9744466111 | Information relating to Roots' business, and its business relationships with Gap, Gabana, and local retailers. |
| Alain Moreaux | Doha, Qatar<br>Al Sad Street<br>Blue Salon Building, 3rd Floor<br>Tel.:+9744466111 | Information relating to Roots' business, and its business relationships with Gap, Gabana, and local retailers. |
| Maroun Namroud | Doha, Qatar<br>Al Sad Street<br>Blue Salon Building, 3rd Floor<br>Tel.:+9744466111 | Information relating to Roots' business, and its business relationships with Gap, Gabana, and local retailers. |
| Sheikh Faisal Ahmed Al Thani | Doha, Qatar<br>Al Sad Street<br>Blue Salon Building, 3rd Floor<br>Tel.:+9744466111 | Information relating to Roots' business, and its business relationships with Gap, Gabana, and local retailers. |
| **Gabana** | | |
| Jack Caprice | | Information relating to Gabana's business, and its business relationships with Gap and Roots. |
| Francois Larsen | | Information relating to Gabana's business and its business relationships with Gap and Roots. |
| Amin El Sokary | | Information relating to Gabana's business, and its business relationships with |

Roots' Initial Disclosures                                2
C 07 3363 CRB

|  |  | Gap and Roots. |
|---|---|---|
| **Gap** |  |  |
| Jim Bell |  | Information relating to Gap's business, including Excess Inventory, and its business relationships with Gabana and Roots. |
| Jon Ehlen |  | Information relating to Gap's business, including the International Sales Program, and Gap's business relationships with Gabana and Roots. |
| Neal Goldberg |  | Information relating to Gap's business, and its business relationships with Gabana and Roots. |
| Andrew Janowski |  | Information relating to Gap's business, including the International Sales Program, and Gap's business relationships with Gabana and Roots. |
| Julie Kanberg |  | Information relating to Gap's business, including Excess Inventory and the International Sales Program, and Gap's business relationships with Gabana and Roots. |
| Ron Young |  | Information relating to Gap's business, including Excess Inventory and the International Sales Program, and Gap's business relationships with Gabana and Roots. |
| **Third Parties** |  |  |
| Jamil Rayess |  | Information relating to Roots' efforts to establish a retail network in the Middle East. |
| Ehab Al Sharif | P.O. Box 48892 Dubai, United Arab Emirates | Information relating to Roots' efforts to establish a retail network in the Middle East. |
| Ziad Al Turki | P.O. Box 48892 Dubai, United Arab Emirates | Information relating to Roots' efforts to establish a retail network in the Middle East. |

Roots' Initial Disclosures        3
C 07 3363 CRB

Roots is continuing its ongoing investigation of this matter, and it reserves the right to supplement these initial disclosures upon the discovery of new information or upon the introduction of new issues in the case.

**II.    Categories of Relevant Documents (F.R.C.P. 26(a)(1)(B))**

To the best of Roots' knowledge, the following documents on the subjects indicated, which Roots may use to support its defenses, are located at Roots' offices located in the Jebel Ali Free Zone, Dubai, UAE, and in Doha, Qatar:

- Hard copy files and/or electronic document concerning or relating to Roots' business relationship with Gap, Inc. and its affiliates.
- Hard copy files and/or electronic documents concerning or relating to Roots' business relationship with Gabana Gulf International Sales, Inc.
- Hard copy files and/or electronic documents concerning or relating to Roots' business relationships with local retailers.
- Agreements with Gabana Gulf Distribution, Ltd.
- Agreements with local retailers.

Roots reserves the right to object to the relevance or admissibility of any of the documents if offered by defendants or any other party for any purpose.

Roots is continuing its ongoing investigation of this matter, and it reserves the right to supplement these initial disclosures upon the discovery of new information or upon the introduction of new issues in the case.

**III.    Calculation of Damages (F.R.C.P. 26(a)(1)(C))**

Roots seeks as its damages, the amounts it paid to purchase 1.7 million pieces of excess inventory from Gap; interest costs; costs associated with warehousing the excess inventory; costs associated with identifying local retailers, and preparing and submitting business proposals to The Gap, Inc. and its affiliates; as well as damages for reputational harm, and lost business opportunities.

Roots is continuing its ongoing investigation of this matter, and it reserves the right supplement these initial disclosures upon the discovery of new information or upon the introduction of new issues in the case.

**IV.   Insurance (F.R.C.P. 26(a)(1)(D))**

Not applicable.

**V.   No Waiver**

Nothing in this initial disclosure of individuals, documents, or other information shall constitute a waiver of any claim, right, or defense, whether procedural or substantive, including but not limited to: any applicable privilege held by Roots or its affiliates; and the right to object to any discovery request that seeks the production of documents and information that is not reasonably calculated to lead to the discovery of admissible evidence in this case or that are overly broad and unduly burdensome so as to fail to justify the expense of the sought production.

Pursuant to Rule 26(g)(1) of the Federal Rules of Civil Procedure, the undersigned certifies that – to the best of his knowledge, information, and belief, formed after a reasonable inquiry – this disclosure is complete and correct as of the time it is made.

DATED:  August 17, 2007                    COVINGTON & BURLING LLP

By: _____
Robert P. Haney Jr.
Bradley J. Nash
*Attorneys for Plaintiff*
*Roots Ready Made Garments Co. W.L.L.*