## Nash, Bradley

| | |
|---|---|
| **From:** | Nash, Bradley |
| **Sent:** | Wednesday, September 05, 2007 9:08 PM |
| **To:** | 'DJackson@kvn.com' |
| **Cc:** | 'mglick@howardrice.com'; Haney, Robert |
| **Subject:** | Notice of Amin El Sokary Deposition |
| **Attachments:** | SFX562.pdf |

Dan:

I write in response to your objection to Roots taking the deposition of Amin El Sokary on September 12 in Paris. Judge Breyer's decision to deny consolidation does not preclude Roots from noticing a third party deposition of Mr. El Sokary in the Roots action. Judge Breyer never said that this deposition could only be taken with the agreement of all parties; he made no ruling affecting whether or not Roots was permitted to take depositions in Paris. As you know, discovery has now commenced in the Roots action. Gap has already served document requests, interrogatories and requests for admissions. Fed. R. Civ. P. 30(a)(1) similarly permits Roots to take the deposition "of any person . . . without leave of court." Accordingly, please see the attached notice of deposition.



SFX562.pdf (46 KB)

Regards,

Brad

Bradley J. Nash
**Covington & Burling LLP**
620 Eighth Avenue
New York, NY 10018
Tel: 212-841-1067
Fax: 646-441-9067

*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.*