1  BRADLEY J. NASH (*admitted pro hac vice*)
   (bnash@cov.com)
2  COVINGTON & BURLING LLP
   620 Eighth Avenue
3  New York, NY 10018
   Tel.: (212) 841-1000
4  Fax: (212) 841-1010

5

   **Attorneys for Plaintiff**
6  **Roots Ready Made Garments Co. W.L.L.**

7

8              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 ROOTS READY MADE GARMENTS CO.      )
   W.L.L.,                            )
11                                    )
                  Plaintiff,          )
12                                    )   Case No: C 07 3363 CRB
          v.                          )
13                                    )   **NOTICE OF DEPOSITION OF AMIN EL**
   THE GAP, INC., a/k/a, GAP, INC., GAP )  **SOKARY**
14 INTERNATIONAL SALES, INC., BANANA  )
   REPUBLIC, LLC, AND OLD NAVY, LLC,  )
15                                    )
                  Defendants.         )
16                                    )
                                      )
17                                    )
                                      )
18

19         PLEASE TAKE NOTICE THAT pursuant to Rules 26 and 30 of the Federal

20 Rules of Civil Procedure, Plaintiff will take the deposition upon oral examination of Amin El

21 Sokary before a notary public or other officer authorized by law to administer oaths on

22 September 12, 2007 at 9:00 o'clock a.m. The deposition shall take place at the offices of

23 Lefèvre Pelletier & associés, 136, avenue des Champs-Elysées - 75008 Paris, France;

24 Telephone: 33 (0) 1 53 93 3032.

25

26

27

28

NOTICE OF DEPOSITION OF AMIN EL SOKARY
Case No.: C 07 3363 CRB

The examination shall be recorded stenographically and by video, and shall continue from day to day until completed.

Dated: September 5, 2007
New York, New York

COVINGTON & BURLING LLP

By: *[signature]*
Bradley J. Nash

620 Eighth Avenue
New York, New York  10018
(212) 841-1000

*Attorneys for Plaintiff Roots Ready Made Garments Co. W.L.L.*

NOTICE OF DEPOSITION OF AMIN EL SOKARY
Case No.: C 07 3363 CRB