1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone: (415) 591-6000
4  Facsimile: (415) 591-6091

5  ROBERT P. HANEY (*admitted pro hac vice*)
   BRADLEY J. NASH (*admitted pro hac vice*)
6  COVINGTON & BURLING LLP
   620 Eighth Avenue
7  New York, NY 10018
   Telephone: (212) 841-1000
8  Facsimile: (212) 841-1010

9  Attorneys for Plaintiff
   ROOTS READY MADE GARMENTS CO. W.L.L.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, <br><br> Defendants. | Case No: C 07 3363 CRB <br><br> **NOTICE OF ERRATA** <br><br> Date: October 12, 2007 <br> Time: 10 o'clock a.m. <br> Place: Courtroom 8, 19th Floor <br> Judge: Charles R. Breyer |

1   Plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots") submits this notice of errata to correct two misstatements in Roots' opposition to Defendants' Motion to Dismiss The First Amended Complaint.

2   1.   In its opposition brief (at pp. 2-3), Roots stated that the actual termination date for Gap's ISP distribution agreement with Gabana was August 12, 2005.  However, pursuant to the 90-day notice of termination Gap sent Gabana on May 12, 2005, the termination date was August 10, 2005.  (*See* Nash Decl., dated Sept. 7, 2007, Ex. A.).

3   2.   In the opposition brief (at pp. 2-5), Roots stated that Gabana's distribution agreement with Roots was terminated on July 26, 2005.  However, the 30-day notice of termination Gabana sent Roots on June 26, 2005 states that the agreement would terminate on July 27, 2005.  (*See* Nash Decl., dated Sept. 7, 2007, Ex. B.)

    Roots' arguments concerning the timeliness of its claims are unaffected by these inadvertent misstatements.

DATED:   September 18, 2007          COVINGTON & BURLING LLP


                                     By:   /s/ Richard A. Jones
                                           Richard A. Jones

                                     *Attorneys for Plaintiff Roots Ready Made Garments Co. W.L.L.*

NOTICE OF ERRATA                     1
CASE NO.: C 07 3363 CRB