IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS, | No. C 07-03363 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| GAP INC., | |
| Defendant. _____/ | |

YOU ARE NOTIFIED THAT the Court has rescheduled the motion(s) currently on calendar for October 12, 2007 to Friday, October 19, 2007 at 10:00 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 19, 2007                         FOR THE COURT,

                                                  Richard W. Wieking, Clerk

                                                  By: _____
                                                      Barbara Espinoza
                                                      Courtroom Deputy

**United States District Court**
For the Northern District of California