1   ROBERT P. HANEY (*admitted pro hac vice*)
    (rhaney@cov.com)
2   COVINGTON & BURLING LLP
    620 Eighth Avenue
3   New York, NY 10018
    Tel.: (212) 841-1000
4   Fax: (212) 841-1010

5   *Attorneys for Plaintiff*
    *Roots Ready Made Garments Co. W.L.L.*
6
    CHRISTA ANDERSON (Bar No. 184325)
7   (canderson@kvn.com)
    KEKER & VAN NEST LLP
8   710 Sansome Street
    San Francisco, CA 94111
9   Tel.:(415) 391-5400
    Fax: (415) 397-7188
10
    *Attorneys for Defendants*
11  *The Gap, Inc., Gap International Sales, Inc.,*
    *Banana Republic, LLC, and Old Navy, LLC*
12

13

14
                    **IN THE UNITED STATES DISTRICT COURT**
15                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16

| ROOTS READY MADE GARMENTS CO. W.L.L., | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No: C 07 3363 CRB |
| v. | ) ) | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, | ) ) ) ) | |
| Defendants. | ) ) ) ) ) | |

25

26

27

28

1. Counsel report that they have met and conferred regarding ADR and that they:

    __ have not yet reached an agreement to an ADR process

    _x_ request an Early Settlement Conference with a Magistrate Judge

2. The parties request that the settlement conference be held within 90 days after the Court rules on Defendants' Motion to Dismiss the First Amended Complaint.

3. Defendants do not object to Plaintiff's representative appearing at the conference by telephone.

4. Date of Case Management Conference: October 12, 2007

5. The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Robert P. Haney | Plaintiff | (212) 841-1000 | rhaney@cov.com |
| Christa Anderson | Defendants | (415) 391-5400 | canderson@kvn.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

DATED: September 21, 2007                    __/s/ Robert P. Haney_____
                                             Robert P. Haney
                                             COVINGTON & BURLING LLP
                                             620 Eighth Avenue
                                             New York, NY 10018
                                             (212) 841-1000

DATED: September 21, 2007                    __/s/ Christa Anderson_____
                                             Christa Anderson
                                             KEKER & VAN NEST LLP
                                             710 Sansome Street
                                             San Francisco, CA 94111
                                             (415) 391-5400

NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO.: C 07 3363 CRB

-2-