BRADLEY J. NASH (*admitted pro hac vice*)
(bnash@cov.com)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 841-1000
Fax: (212) 841-1010

**Attorneys for Plaintiff**
**Roots Ready Made Garments Co. W.L.L.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, <br><br> Defendants. | Case No: C 07 3363 CRB <br><br> ADR CERTIFICATION |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution procedures.

DATED: _____

Kifah Balawi
ROOTS READY MADE GARMENTS CO. W.L.L.

DATED: 9/21/07

Bradley J. Nash
COVINGTON & BURLING LLP

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution procedures.

DATED: 21-09-07

Kifah Balawi
ROOTS READY MADE GARMENTS CO. W.L.L.

DATED: _____

Bradley J. Nash
COVINGTON & BURLING LLP