UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROOTS READY MADE GARMENTS
CO. W.L.L.
        Plaintiff(s),

v.

THE GAP, INC., a/k/a GAP, INC., GAP
INTERNATIONAL SALES, INC.,
        Defendant(s).
_____/

Case No. C 07-03363 CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/21/07

        [signature]
        [Party] THE GAP, INC.
        Defendants

Dated: 9/21/07

        /s/ Christa M. Anderson
        [Counsel]
        CHRISTA M. ANDERSON
        KEKER & VAN NEST, LLP