KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**DECLARATION OF ROSE DARLING IN SUPPORT OF DEFENDANTS' REPLY RE MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: October 19, 2007<br>Time: 10:00 a.m.<br>Dept: 8<br>Judge: Honorable Charles R. Breyer |

1  I, ROSE DARLING, declare and say that:

2  1. I am an attorney licensed to practice law in the State of California and before this Court and am an associate at Keker & Van Nest, LLP, counsel for defendants The Gap, Inc., a/k/a, Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap").

3  2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4  3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of Ashraf Abbu Issa, taken in the *Gabana v. Gap* matter on September 10, 2007.

5  4. Attached hereto as **Exhibit B** is a true and correct copy of the Renewable Distribution Agreement between Roots Readymade Garments and Al Diwan Trading, dated October 2002, bearing the bates number GAB_011795-804.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Francisco, California on September 21, 2007.

/s/ Rose Darling
ROSE DARLING

1
DECLARATION OF ROSE DARLING
Case No. C 07-03363 CRB

403088.01