# EXHIBIT A

1              UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

2               (SAN FRANCISCO DIVISION)

3

4     GABANA GULF DISTIBUTION, LTD, et al., )

                              )

5              Plaintiffs      )

                              )

6                             )Case No.

                              )C 06 2584

7              v.             )

                              )

8     GAP INTERNATIONAL SALES, INC, et al., )

                              )

9              Defendants )

      -------------------------------------)

10

11

12                  CONFIDENTIAL

13

14              Video Deposition of:

15

16              Ashraf Abu Issa

17

18              Taken at the offices of:

19            Lefevre Pellerier & Associates,

20          136 Avenue des Champs Elysees

21                 Paris, France

22

23          Monday, 10th September 2007

24                 at 9.51 am

25

1    proposed Distributor Licence were?

2         A.  No.

3         Q.  Do you remember Mr Bell expressing any

4    reservations about the terms of the proposed Distributor

5    Licence Agreement?

6         A.  Which agreement, between whom and whom?

7         Q.  Between Roots and Gabana?

8         A.  No.

9         Q.  Do you have any further recollection about

10   why it is that Roots and Gabana did not enter into the

11   Distributor Licence Agreement?

12        MR HANEY:  Objection, asked and answered.

13        MR GLICK:  Same objection.

14        MS DURIE:  Let me have marked as the next Exhibit

15   GAB 0044056 to 57.

16   (Marked for identification Abu Issa Exhibit 11)

17        Have you had a chance to look at Exhibit 11?

18        A.  Yes.

19        Q.  Do you recognise it as an exchange of

20   e-mails between yourself and Mr Ehlen?

21        A.  Yes.

22        Q.  Dated January 23rd and 24th 2003?

23        A.  July.

24        Q.  Sorry, July?

25        A.  Yes.

1          Q.   The e-mail address that you were using is an

2    e-mail address from Blue Salon, correct?

3          MR HANEY:  Objection, lacks foundation.

4          MS DURIE:  Well, your e-mail address is

5    ashrafatbluesalon.com, correct?

6          A.   Yes.

7          Q.   In Mr Ehlen's response to your e-mail he says

8    under the third bullet point:

9          "At this time we will not be approving additional

10    locations, however, we will continue to review your

11    proposals quarterly."

12          When you received this e-mail from Mr Ehlen did

13    you consider this to be a breach of any agreement that you

14    had entered into?

15          MR HANEY:  Objection, asks for a legal conclusion.

16          MR GLICK:  Same objection.

17          A.   Yes.

18          MS DURIE:  What was that?

19          A.   Because when we bought the 1.7 million we

20    were promised ISP for all these countries and when we

21    started to execute the promise or, you know, started to go

22    and say we bought them, now let's start working, we always

23    get answers that we still didn't approve this country and

24    didn't approve that country.  To me it's a breach for

25    whatever we have been promised.

1          Q.   Did you tell Mr Ehlen in response to this

2     message that you considered this to be a breach of an

3     agreement that you had with him?

4          A.   Yes.

5          Q.   When did you tell him that?

6          A.   When I met him next or, you know, we always

7     expressed our dissatisfaction that, and John Ehlen always

8     said that it will happen, it will happen, you know, the

9     promise was, of course, given at the beginning it was given

10    by Jim Bell, okay.  And when John was in the picture he

11    said: I still have to talk to our management to get you all

12    these approvals, please wait it is only a matter of time.

13         Q.   Did Mr Ehlen always tell you that the

14    approval of additional locations would require approval from

15    more senior Gap personnel?

16         A.   Yes.

17         Q.   Did you ever complain to Gap in writing that

18    the failure to approve additional locations was in your view

19    a breach of the Agreement that you had with them?

20         A.   No, not in those terms, no.

21         Q.   Why not?

22         A.   We didn't want to get into, you know, the

23    nitty gritty little legal terms, you know.  As we normally

24    do with all the suppliers around the world we always try to

25    make this as friendly as possible and we are normally very

1           CERTIFICATE  OF  COURT  REPORTER

2

3           I, Kay Hendrick, a qualified court reporter

4    contracted by TSG Reporting Worldwide, hereby certify that

5    the testimony of the witness, Ashraf Abu Issa, in the

6    foregoing transcript, taken on Monday, 10th September 2007,

7    was recorded by me in machine shorthand and was thereafter

8    transcribed by me, and that the foregoing transcript is

9    a true and accurate verbatim record of the said testimony.

10   I further certify that I am not a relative, employee or

11   counsel of any of the parties to the within cause, nor am I

12   an employee or relative of any counsel for the parties, nor

13   am I in any way interested in the outcome of the within

14   cause.

15

16

17   Signed .................................

18

19        Ms Kay Hendrick

20

21   Dated  September 13, 2007

22

23

24

25