1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7  SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
   LLC
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

13  ROOTS READY MADE GARMENTS CO.        Case No. C 07-03363 CRB
    W.L.L.,
14                                        **NOTICE OF ERRATA**
                        Plaintiff,
                                          Date:    October 19, 2007
15        v.                              Time:    10:00 a.m.
                                          Dept:    8
16  THE GAP, INC., a/k/a, GAP, INC., GAP  Judge:   Honorable Charles R. Breyer
    INTERNATIONAL SALES, INC., BANANA
17  REPUBLIC, LLC, AND OLD NAVY, LLC

18                      Defendants.

19

20

21

22

23

24

25

26

27

28

Defendants submit this notice of errata to correct a mistake in Defendants' Reply in Support of Motion to Dismiss First Amended Complaint. The case *Textron Financial Corp. v. National Union Fire Insurance Co.*, 118 Cal. App. 4th 1061 (2004), was mistakenly cited in the section of the brief discussing the unlawful prong of the UCL, rather than the section discussing unfairness claims under that law. The Corrected Defendants' Reply in Support of Motion to Dismiss First Amended Complaint reflects the following changes to the original document:

1. Page 12, line 13: the words "or fraud" have been deleted.

2. Page 12, line 21: the word "*Accord*" has been changed to "*See.*"

3. Page 12, lines 14-21: The following sentences have been deleted, "In *Textron Financial Corp. v. National Union Fire Insurance Co.*, 118 Cal. App. 4th 1061 (2004), the court rejected a UCL claim premised on breach of contract and fraud. Although the case discusses aspects of insurance law not applicable here, the court also generally stated that "given the [California] Supreme Court's disapproval of [*State Farm Fire & Casualty Co. v. Superior Court*, 45 Cal. App. 4th 1093 (1996)]'s 'amorphous' definition of 'unfair' practices and its focus on legislatively declared public policy, reliance on general common law principles to support a cause of action for unfair competition is unavailing." *Id.* at 1072."

4. Page 13, line 14: The deleted section described in paragraph 3, above, has been added as a footnote, preceded by the words "And, tellingly."

5. The Table of Contents and Table of Authorities have been corrected to reflect the resulting pagination changes.

Dated: September 24, 2007               KEKER & VAN NEST, LLP


                                        By:      /s/ Dan Jackson
                                        DAN JACKSON
                                        Attorneys for Defendants
                                        GAP INTERNATIONAL SALES, INC.,
                                        THE GAP, INC., BANANA REPUBLIC,
                                        LLC, and OLD NAVY, LLC