1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone: (415) 591-6000
4  Facsimile: (415) 591-6091

5  ROBERT P. HANEY (*admitted pro hac vice*)
   BRADLEY J. NASH (*admitted pro hac vice*)
6  COVINGTON & BURLING LLP
   620 Eighth Avenue
7  New York, NY 10018
   Telephone: (212) 841-1000
8  Facsimile: (212) 841-1010

9  Attorneys for Plaintiff
   ROOTS READY MADE GARMENTS CO. W.L.L.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | ) ) ) |
| Plaintiff, | ) Case No: C 07 3363 CRB ) |
| v. | ) **NOTICE OF ERRATA** ) |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, | ) Date: October 19, 2007 ) Time: 10 o'clock a.m. ) Place: Courtroom 8, 19th Floor ) Judge: Charles R. Breyer |
| Defendants. | ) ) ) ) ) |

Plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots") submits this notice of errata to correct a typographical error in Roots' opposition to Defendants' Motion to Dismiss The First Amended Complaint.

The first sentence of Section I.A of the Argument (at p. 2) should read:

> "Roots' oral contract claim (Counts One and Seven), and quasi-contract claims (Counts Eight, Nine, and Ten) are timely . . . ."

As filed, the brief incorrectly referenced "Count Two" as part of Roots' oral contract claim.

DATED:  October 1, 2007                COVINGTON & BURLING LLP

By:   /s/ Richard A. Jones
        Richard A. Jones

*Attorneys for Plaintiff Roots Ready Made Garments Co. W.L.L.*

NOTICE OF ERRATA                    1
CASE NO.: C 07 3363 CRB