| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DANIEL JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Defendants |
| | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| 7 | SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | No. C 07-03363 CRB |
| Plaintiff, | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER** |
| v. | Date: October 19, 2007 |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Time: 10:00 a.m. |
| | Dept: 8 |
| | Judge: Honorable Charles R. Breyer |
| Defendants. | |

---

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
CASE NO. C 06-2584 CRB

404079.01

1   Pursuant to Civil Local Rule 79-5(c), The Gap, Inc., a/k/a, Gap, Inc., Gap International
2   Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap") hereby make this
3   Miscellaneous Administrative Request to File a Document Under Seal.
4   The documents that are the subject of this request are [Sealed] **Exhibits B** and **C** to the
5   Declaration of Daralyn J. Durie ("Durie Decl.") and the accompanying unredacted Reply Brief in
6   Support of Gap's Motion for Protective Order.  There is good cause to file these documents
7   under seal.  [Sealed] Exhibit B the Durie Declaration contains excerpts from the confidential
8   transcript of the deposition of Amin El Sokary, dated September 12, 2007, taken in the *Gabana*
9   *v. Gap* matter.  [Sealed] Exhibit C contains excerpts from the confidential transcript of the
10  deposition of Amin El Sokary, dated September 12, 2007, purportedly taken by Roots in the
11  *Roots v. Gabana* matter.  Gap's unredacted Reply Brief makes several references to the contents
12  of the confidential exhibits that are attached to the Durie Declaration.
13  Accordingly, Gap respectfully requests that the Court permit the sealing of the documents
14  set forth above, and order that the Clerk of the Court maintain it in accordance with the
15  provisions of Local Civil Rule 79-5(e).

16  Dated:  October 5, 2007                                KEKER & VAN NEST, LLP

                                                          By:      /s/ Rose Darling
                                                                ROSE DARLING

                                                          Attorneys for Defendants
                                                          GAP INTERNATIONAL SALES, INC.,
                                                          THE GAP, INC., BANANA REPUBLIC,
                                                          LLC, and OLD NAVY, LLC

22  **IT IS SO ORDERED.**

23  Dated: _____              _____
                                   CHARLES R. BREYER
                                   United States District Judge