| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | ROSE DARLING - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
|   | DANIEL JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
|   | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
|   | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendants |
|   | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| 7 | SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | No. C 07-03363 CRB |
| Plaintiff, | **DECLARATION OF ROSE DARLING IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Date:   October 19, 2007<br>Time:   10:00 a.m.<br>Dept:   8<br>Judge: Honorable Charles R. Breyer |
| Defendants. | |

404082.01

DECLARATION OF ROSE DARLING IN SUPPORT MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
CASE NO. C 07-03363 CRB

I, ROSE DARLING, declare and say that:

1. I am an attorney licensed to practice law in the State of California and before this Court and am an associate at Keker & Van Nest, LLP, counsel for defendants The Gap, Inc., a/k/a, Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap").

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. I make this declaration pursuant to Civil Local Rule 79-5(c) with respect to documents that Gap has requested to file under seal in the Miscellaneous Administrative Request, which addresses the unredacted version of the Reply Brief in Support of Gap's Motion for Protective Order ("Gap's Unredacted Reply") and [Sealed] **Exhibits B** and **C** to the accompanying Declaration of Daralyn J. Durie ("Durie Decl.")

4. [Sealed] Exhibit B contains non-public information that has been designated "Confidential" by Gap pursuant to the parties' stipulated Protective Order. [Sealed] Exhibit B consists of excerpts from the confidential transcript of the deposition of Amin El Sokary, dated September 12, 2007, taken in the *Gabana v. Gap* matter. Mr. Sokary's confidential transcript reflects non-public information relating to Gap's business dealings with retailers and distributors in the Middle East.

5. As Ron Young explained in the declaration he filed on May 7, 2007 in support of Gap's motion for an order upholding its confidentiality designations (see docket no. 61), Gap makes reasonable efforts to keep its commercial information confidential and expects its distributors to do so as well. Public dissemination of such information would be harmful to Gap. If competitors are able to access information about how Gap has conducted its business in the past and plans to do so in the future, Gap will be competitively disadvantaged. For example, Gap negotiates its contracts with third parties, including distributors, on a case-by-case basis and the terms of those deals are determined by myriad individual factors. Gap's ability to negotiate these terms are hampered if third parties are provided access to the terms under which Gap has done business with other parties in the past, as they will be able to use

1
DECLARATION OF ROSE DARLING IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
CASE NO. C 07-03363 CRB
404082.01

1  those facts in negotiating with Gap to Gap's disadvantage by arguing that they should receive
2  the same terms or better.  A public record of Gap's communications with its distributors
3  relating to the terms of prior agreements would harm Gap in its ability to negotiate with
4  potential distributors going forward.  See Declaration of Ron Young (docket no. 61) ¶ 4.

5      6.  Gap's Unredacted Reply contains several references that cover information
6  contained in [Sealed] Exhibit B.

7      7.  [Sealed] Exhibit C consists of excerpts from the transcript of the deposition of
8  Amin El Sokary, dated September 12, 2007, purportedly taken by Roots in the *Roots v. Gap*
9  matter.  Roots designated Mr. El Sokary's deposition transcript "Confidential" pursuant to the
10 protective order in this case.

11     8.  For the foregoing reasons, Exhibits B and C to the Durie Declaration and the
12 Unredacted Reply Brief should be filed under seal.

14 I declare under penalty of perjury under the laws of the State of California that the
15 foregoing is true and correct, and that this Declaration was executed on October 3, 2007 at San
16 Francisco, California.

18         /s/ Rose Darling
        ROSE DARLING