1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DANIEL JACKSON - #216091
3  ROSE DARLING - #243893
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7  SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY,
   LLC
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

| 13 | ROOTS READY MADE GARMENTS CO. W.L.L., | No. C 07-03363 CRB |
|---|---|---|
| 14 | | **DECLARATION OF DARALYN J. DURIE IN SUPPORT OF GAP'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER** |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Date: October 19, 2007<br>Time: 10:00 a.m.<br>Dept: 8<br>Judge: Honorable Charles R. Breyer |
| 18 | Defendants. | |

DECLARATION OF DARALYN J. DURIE IN SUPPORT OF GAP'S REPLY TO
PLAINTIFF'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER
CASE NO. C 07-03363 CRB

403604.01

I, DARALYN J. DURIE, declare and say that:

1. I am an attorney licensed to practice law in the State of California and before this Court and am a partner of Keker & Van Nest, LLP, counsel for defendants The Gap, Inc., a/k/a, Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap").

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. On September 12, 2007 I attended the deposition of Amin El Sokary in the *Gabana v. Gap* matter. Roots lawyer, Robert Haney, appeared at the deposition intending to question Mr. El Sokary on Roots' behalf. I made a statement on the record that I objected to the presence of Roots' counsel at the deposition and that it was my understanding that the deposition was being taken only for the purposes of the *Gabana v. Gap* litigation. After the conclusion of Mr. El Sokary's deposition in the *Gabana* case, I left the deposition. Upon information and belief, Roots lawyer Robert Haney then proceeded to question Mr. El Sokary on Roots' behalf.

4. Attached hereto as **Exhibit A** is a true and correct copy of the relevant excerpts of the Reporter's Transcript of Proceedings on August 24, 2007.

5. Attached hereto as **Exhibit B** is a true and correct copy of the relevant excerpts of the transcript of the deposition of Amin El Sokary, dated September 12, 2007, taken in the *Gabana v. Gap* matter.

6. Attached hereto as **Exhibit C** is a true and correct copy of the transcript of the deposition of Amin El Sokary, dated September 12, 2007, taken by Roots in violation of this Court's August 24, 2007 ruling.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 5, 2007 in San Francisco, California.

                /s/ Daralyn J. Durie
                DARALYN J. DURIE

1

DECLARATION OF DARALYN J. DURIE IN SUPPORT OF GAP'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER
CASE NO. C 07-03363 CRB

403604.01