# EXHIBIT A

# Rose Darling

**From:** Nash, Bradley [bnash@cov.com]
**Sent:** Saturday, September 22, 2007 6:59 PM
**To:** Rose Darling
**Subject:** Defendants' Discovery Requests

Dear Rose:

Per our discussion on Thursday evening, I write to confirm that Defendants are treating Defendants' first set of discovery requests (the "Discovery Requests"), originally served on August 23, 2007, as having been served on September 20. Therefore, Defendants do not oppose our request to extend the time to serve Plaintiff's responses and objections to October 8. As explained in our opposition to Defendants' motion for a protective order, we do not agree that the Discovery Requests were originally served prematurely under Fed. R. Civ. P. 26(d). The court will ultimately resolve this issue in ruling on the motion for a protective order.

Regards,

Brad