| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendants |
| | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| 7 | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

400983.01

PROOF OF SERVICE
Case No. C 07-03363 CRB

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On October 5, 2007, I served the following document(s):

**GAP'S REPLY RE MOTION FOR PROTECTIVE ORDER;**

**DECLARATION OF DARALYN J. DURIE IN SUPPORT OF GAP'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER**

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Time Machine, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Richard A. Jones
Covington & Burling LLP
One Front Street
San Francisco, CA 94111

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Robert P. Haney<br>Bradley J. Nash<br>Covington & Burling, LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Email: rhaney@cov.com<br>Email: bnash@cov.com | Martin R. Glick<br>Howard Rice Nemerovski Canady Falk<br>  & Rabkin<br>Three Embarcadero Center, 7th Fl.<br>San Francisco, CA 94111<br>E-mail: mglick@howardrice.com |

Executed on October 5, 2007, at San Francisco, California.

I, Maria S. Canales, declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                      /s/ Maria S. Canales