KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DANIEL JACKSON - #216091
ROSE DARLING - #243893
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC <br><br> Defendants. | Case No. C 07-03363 CRB <br><br> **NOTICE OF ERRATA** <br><br> Date:      October 19, 2007 <br> Time:      10:00 a.m. <br> Dept:      8 <br> Judge:    Honorable Charles R. Breyer |

404168.01

1       Defendants submit this notice of errata to correct an inadvertent clerical error in the

2    Declaration of Rose Darling in Support of Miscellaneous Administrative Request to File

3    Document Under Seal, filed on October 5, 2007 ("Darling Declaration").  The <u>Corrected</u> Darling

4    Declaration reflects the following change to the original document:

5       1.     Page 1:25 "(<u>see</u> docket no. 61)" should read "(<u>see</u> related case no. C 06 2584
               CRB (EDL), docket no. 61)."
6

7       Gap apologizes for any inconvenience this inadvertent clerical error has caused the Court

8    or counsel.

Dated:  October 8, 2007                         KEKER & VAN NEST, LLP
9

10

11                                 By:  _____/s/ Rose Darling_____
                                        ROSE DARLING
12                                      Attorneys for Defendants
                                        GAP INTERNATIONAL SALES, INC.,
13                                      THE GAP, INC., BANANA REPUBLIC,
                                        LLC, and OLD NAVY, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

404168.01