KEKER & VAN NEST, LLP
ROSE DARLING - #169825
CHRISTA M. ANDERSON - #184325
DANIEL JACKSON - #216091
ROSE DARLING - #243893
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | No. C 07-03363 CRB<br><br>**CORRECTED DECLARATION OF ROSE DARLING IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL**<br><br>Date: October 19, 2007<br>Time: 10:00 a.m.<br>Dept: 8<br>Judge: Honorable Charles R. Breyer |

CORRECTED DECLARATION OF ROSE DARLING IN SUPPORT MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
CASE NO. C 07-03363 CRB

404167.01

I, ROSE DARLING, declare and say that:

1. I am an attorney licensed to practice law in the State of California and before this Court and am an associate at Keker & Van Nest, LLP, counsel for defendants The Gap, Inc., a/k/a, Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap").

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. I make this declaration pursuant to Civil Local Rule 79-5(c) with respect to documents that Gap has requested to file under seal in the Miscellaneous Administrative Request, which addresses the unredacted version of the Reply Brief in Support of Gap's Motion for Protective Order ("Gap's Unredacted Reply") and [Sealed] **Exhibits B** and **C** to the accompanying Declaration of Daralyn J. Durie ("Durie Decl.")

4. [Sealed] Exhibit B contains non-public information that has been designated "Confidential" by Gap pursuant to the parties' stipulated Protective Order. [Sealed] Exhibit B consists of excerpts from the confidential transcript of the deposition of Amin El Sokary, dated September 12, 2007, taken in the *Gabana v. Gap* matter. Mr. Sokary's confidential transcript reflects non-public information relating to Gap's business dealings with retailers and distributors in the Middle East.

5. As Ron Young explained in the declaration he filed on May 7, 2007 in support of Gap's motion for an order upholding its confidentiality designations (see related case no. C 06 2584 CRB (EDL), docket no. 61), Gap makes reasonable efforts to keep its commercial information confidential and expects its distributors to do so as well. Public dissemination of such information would be harmful to Gap. If competitors are able to access information about how Gap has conducted its business in the past and plans to do so in the future, Gap will be competitively disadvantaged. For example, Gap negotiates its contracts with third parties, including distributors, on a case-by-case basis and the terms of those deals are determined by myriad individual factors. Gap's ability to negotiate these terms are hampered if third parties are provided access to the terms under which Gap has done business with other parties in the

1  past, as they will be able to use those facts in negotiating with Gap to Gap's disadvantage by
2  arguing that they should receive the same terms or better.  A public record of Gap's
3  communications with its distributors relating to the terms of prior agreements would harm Gap
4  in its ability to negotiate with potential distributors going forward.  <u>See</u> Declaration of Ron
5  Young (docket no. 61) ¶ 4.
6      6.  Gap's Unredacted Reply contains several references that cover information
7  contained in [Sealed] Exhibit B.
8      7.  [Sealed] Exhibit C consists of excerpts from the transcript of the deposition of
9  Amin El Sokary, dated September 12, 2007, purportedly taken by Roots in the *Roots v. Gap*
10  matter.  Roots designated Mr. El Sokary's deposition transcript "Confidential" pursuant to the
11  protective order in this case.
12      8.  For the foregoing reasons, Exhibits B and C to the Durie Declaration and the
13  Unredacted Reply Brief should be filed under seal.
14
15  I declare under penalty of perjury under the laws of the State of California that the
16  foregoing is true and correct, and that this Declaration was executed on October 8, 2007 at San
17  Francisco, California.
18
19                                                           /s/ Rose Darling
                                                         ROSE DARLING
20
21
22
23
24
25
26
27
28

2
<u>CORRECTED </u>DECLARATION OF ROSE DARLING IN SUPPORT OF MISCELLANEOUS
ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
CASE NO. C 07-03363 CRB

404167.01