1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DANIEL JACKSON - #216091
3  ROSE DARLING - #243893
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7  SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY,
   LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

| 13 | ROOTS READY MADE GARMENTS CO. W.L.L., | No. C 07-03363 CRB |
|---|---|---|
| 14 | | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER** |
| 15 | Plaintiff, | |
| 16 | v. | Date: October 19, 2007 |
| 17 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Time: 10:00 a.m. Dept: 8 Judge: Honorable Charles R. Breyer |
| 18 | | |
| 19 | Defendants. | |

20

21

22

23

24

25

26

27

28

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
CASE NO. C 06-2584 CRB

1  Pursuant to Civil Local Rule 79-5(c), The Gap, Inc., a/k/a, Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap") hereby make this Miscellaneous Administrative Request to File a Document Under Seal.

The documents that are the subject of this request are [Sealed] **Exhibits B** and **C** to the Declaration of Daralyn J. Durie ("Durie Decl.") and the accompanying unredacted Reply Brief in Support of Gap's Motion for Protective Order. There is good cause to file these documents under seal. [Sealed] Exhibit B the Durie Declaration contains excerpts from the confidential transcript of the deposition of Amin El Sokary, dated September 12, 2007, taken in the *Gabana v. Gap* matter. [Sealed] Exhibit C contains excerpts from the confidential transcript of the deposition of Amin El Sokary, dated September 12, 2007, purportedly taken by Roots in the *Roots v. Gabana* matter. Gap's unredacted Reply Brief makes several references to the contents of the confidential exhibits that are attached to the Durie Declaration.

Accordingly, Gap respectfully requests that the Court permit the sealing of the documents set forth above, and order that the Clerk of the Court maintain it in accordance with the provisions of Local Civil Rule 79-5(e).

Dated: October 5, 2007         KEKER & VAN NEST, LLP

By: _____/s/ Rose Darling_____
ROSE DARLING

Attorneys for Defendants
GAP INTERNATIONAL SALES, INC.,
THE GAP, INC., BANANA REPUBLIC,
LLC, and OLD NAVY, LLC

**IT IS SO ORDERED.**

Dated: Oct. 10, 2007    _____
CHARLES R. BREYER
United States District Judge

