| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendants |
| | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| 7 | SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | No. C 07-03363 CRB |
| Plaintiff, | **STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXCUSE LEAD COUNSEL FROM ATTENDING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | Date:   October 19, 2007<br>Time:   10:00 a.m.<br>Dept:   8<br>Judge: Honorable Charles R. Breyer |

---

STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXCUSE LEAD COUNSEL FROM
ATTENDING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE No. C 07-03363 CRB

404604.02

## STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST

WHEREAS, the initial case management conference in this case is scheduled to occur at 10:00 am on Friday, October 19, 2007;

WHEREAS, Daralyn J. Durie, lead counsel in this matter for defendants The Gap, Inc., a/k/a, Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap"), will be out of town on business on October 19, 2007;

WHEREAS, Christa M. Anderson, also counsel for Gap in this matter, is currently in trial before Judge Spero in *Pande v. ChevronTexaco Corporation et al.*, and unable to attend the October 19, 2007 case management conference;

WHEREAS, Dan Jackson, also counsel for Gap in this matter, is available to cover the initial case management conference and also will appear on Gap's behalf with respect to Gap's motion to dismiss and motion for protective order (both of which the Court also will hear at 10:00 on October 19, 2007);

THEREFORE, the parties hereby respectfully stipulate and agree that, pursuant to Local Rule 16-10(a), the Court should excuse Ms. Durie and Ms. Anderson from attending the October 19, 2007 initial case management conference, and permit Mr. Jackson to attend on Gap's behalf.

Dated: October 16, 2007                         KEKER & VAN NEST, LLP

By: ___/s/ Dan Jackson_____
    DAN JACKSON
    Attorneys for Defendants
    THE GAP, INC., a/k/a, GAP, INC., GAP
    INTERNATIONAL SALES, INC.,
    BANANA REPUBLIC, LLC, AND OLD
    NAVY, LLC

Dated: October 16, 2007                         COVINGTON & BURLING LLP

By: _/s/ Bradley J. Nash_____
    BRADLEY J. NASH
    Attorneys for Plaintiff
    ROOTS READY MADE GARMENTS
    CO. W.L.L.

1

STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXCUSE LEAD COUNSEL FROM ATTENDING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE No. C 07-03363 CRB

404604.02

1  PURSUANT TO STIPULATION, IT IS SO ORDERED
2
3  Dated: _____           _____
                                 CHARLES R. BREYER
4                                United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

404604.02

2
STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXCUSE LEAD COUNSEL FROM
ATTENDING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE No. C 07-03363 CRB