KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | No. C 07-03363 CRB<br><br>**STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXCUSE LEAD COUNSEL FROM ATTENDING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:   October 19, 2007<br>Time:   10:00 a.m.<br>Dept:   8<br>Judge: Honorable Charles R. Breyer |

STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXCUSE LEAD COUNSEL FROM ATTENDING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE No. C 07-03363 CRB

404604.02

**STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST**

WHEREAS, the initial case management conference in this case is scheduled to occur at 10:00 am on Friday, October 19, 2007;

WHEREAS, Daralyn J. Durie, lead counsel in this matter for defendants The Gap, Inc., a/k/a, Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap"), will be out of town on business on October 19, 2007;

WHEREAS, Christa M. Anderson, also counsel for Gap in this matter, is currently in trial before Judge Spero in *Pande v. ChevronTexaco Corporation et al.*, and unable to attend the October 19, 2007 case management conference;

WHEREAS, Dan Jackson, also counsel for Gap in this matter, is available to cover the initial case management conference and also will appear on Gap's behalf with respect to Gap's motion to dismiss and motion for protective order (both of which the Court also will hear at 10:00 on October 19, 2007);

THEREFORE, the parties hereby respectfully stipulate and agree that, pursuant to Local Rule 16-10(a), the Court should excuse Ms. Durie and Ms. Anderson from attending the October 19, 2007 initial case management conference, and permit Mr. Jackson to attend on Gap's behalf.

Dated: October 16, 2007                KEKER & VAN NEST, LLP

By:  /s/ Dan Jackson
DAN JACKSON
Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

Dated:  October 16, 2007                COVINGTON & BURLING LLP

By:  /s/ Bradley J. Nash
BRADLEY J. NASH
Attorneys for Plaintiff
ROOTS READY MADE GARMENTS CO. W.L.L.
1

STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXCUSE LEAD COUNSEL FROM ATTENDING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE No. C 07-03363 CRB

404604.02

1   PURSUANT TO STIPULATION, IT IS SO ORDERED

3   Dated: Oct. 17, 2007

_____
CHARLES R. BREYER
United States District Judge



2

STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXCUSE LEAD COUNSEL FROM
ATTENDING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE No. C 07-03363 CRB

404604.02