**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 19, 2007**

**C-07-03363** CRB

**ROOTS READY MADE GARMENTS  v.  GAP INC.**

| Attorneys: | Bradley Nash | Dan Jackson |
|---|---|---|
| | Robert Haney, Jr. | |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                              **RULING:**

1. Initial Case Management Conference   -   Held

2. _____

3. _____

**ORDERED AFTER HEARING:**

  Court grants leave to file amended complaint by 11/16/2007

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO December 7, 2007 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____          Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                      Type of Trial:  ( )Jury    ( )Court

Notes: _____