1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7  SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR RESPONSIVE MOTION; [PROPOSED] ORDER** |
|---|---|

407306.01

STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND SETTING
BRIEFING SCHEDULE FOR RESPONSIVE MOTION; [PROPOSED] ORDER
Case No. C 07-03363 CRB

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate under Local Rule 6-1(a) that the date for Defendants The Gap, Inc., a/k/a Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap") to respond to Roots Ready Made Garments' ("Roots") Second Amended Complaint (by answer, motion or otherwise) in this action shall be extended to December 14, 2007.

The parties further agree on the following briefing schedule for Gap's responsive motion:

1. Gap's motion will be due on December 14, 2007;
2. Roots' opposition will be due on January 4, 2008;
3. Gap's reply will be due on January 11, 2008;
4. The hearing on the motion will occur on January 25, 2008, if the Court is available.

Dated: December 3, 2007                                    KEKER & VAN NEST, LLP

By:   /s/  Dan Jackson
      DAN JACKSON
      Attorneys for Defendants
      THE GAP, INC., a/k/a, GAP, INC., GAP
      INTERNATIONAL SALES, INC.,
      BANANA REPUBLIC, LLC, AND OLD
      NAVY, LLC

Dated: December 3, 2007                                    COVINGTON & BURLING LLP

By: Concurrence obtained General Order 45B.X
    BRADLEY NASH (*Pro Hac Vice*)
    Attorneys for Plaintiff
    ROOTS READY MADE GARMENTS
    CO. W.L.L.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

1

STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND SETTING
BRIEFING SCHEDULE FOR RESPONSIVE MOTION; [PROPOSED] ORDER
Case No. C 07-03363 CRB

407306.01