1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone: (415) 591-6000
4  Facsimile: (415) 591-6091

5  **Attorneys for Plaintiff**
   **ROOTS READY MADE GARMENTS CO. W.L.L.**
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | ROOTS READY MADE GARMENTS CO. W.L.L., | No. C 07-03363 CRB |
12 | | **STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO PERMIT COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER** |
   | Plaintiff, | |
13 | v. | |
14 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Date: December 7, 2007
Time: 8:30 a.m.
Dept: 8
Judge: Honorable Charles R. Breyer |
15 | | |
16 | | |
17 | Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

404604.02

STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO PERMIT COUNSEL TO APPEAR AT
CASE MANAGEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER
CASE No. C 07-03363 CRB

**STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST**

WHEREAS, the Court has scheduled a case management conference in this action for December 7, 2007 at 8:30 a.m.; and

WHEREAS, lead counsel for the Plaintiff, Robert P. Haney, is unable to travel to California because of a trial in Delaware during the week of December 3; and

WHEREAS, Defendants consent to Plaintiff's counsel appearing at the conference by telephone, although Defendants still plan to appear at the conference in person;

NOW THEREFORE, the parties stipulate, and respectfully request that the Court order, that Plaintiff's counsel may appear at the case management conference by telephone.

Dated: November 30, 2007

COVINGTON & BURLING LLP

By: /s/ Richard A. Jones
RICHARD A. JONES
Attorneys for Plaintiff
ROOTS READY MADE GARMENTS CO. W.L.L.

Dated: November 30, 2007

KEKER & VAN NEST, LLP

/s/ Rose Darling
ROSE DARLING
Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatory.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: Dec. 03, 2007

CHARLES R. BREYER
United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*