1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7  SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
   LLC
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12

13 ROOTS READY MADE GARMENTS CO. W.L.L.,        Case No. C 07-03363 CRB

14                              Plaintiff,      **STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR RESPONSIVE MOTION; [PROPOSED] ORDER**

15              v.

16 THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA
17 REPUBLIC, LLC, AND OLD NAVY, LLC

18                              Defendants.

19

20

21

22

23

24

25

26

27

28

---

407306.01

STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND SETTING
BRIEFING SCHEDULE FOR RESPONSIVE MOTION; [PROPOSED] ORDER
Case No. C 07-03363 CRB

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate under Local Rule 6-1(a) that the date for Defendants The Gap, Inc., a/k/a Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap") to respond to Roots Ready Made Garments' ("Roots") Second Amended Complaint (by answer, motion or otherwise) in this action shall be extended to December 14, 2007.

The parties further agree on the following briefing schedule for Gap's responsive motion:

1. Gap's motion will be due on December 14, 2007;
2. Roots' opposition will be due on January 4, 2008;
3. Gap's reply will be due on January 11, 2008;
4. The hearing on the motion will occur on January 25, 2008, if the Court is available.

Dated: December 3, 2007         KEKER & VAN NEST, LLP

By:  /s/ Dan Jackson
   DAN JACKSON
   Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

Dated: December 3, 2007         COVINGTON & BURLING LLP

By: Concurrence obtained General Order 45B.X
   BRADLEY NASH (*Pro Hac Vice*)
   Attorneys for Plaintiff
   ROOTS READY MADE GARMENTS CO. W.L.L.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 4, 2007
                                    _____
                                    HONORABLE [Judge Charles R. Breyer]
                                    UNITED STATES DISTRICT JUDGE