**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 7, 2007**

**C-07-03363** **CRB**

   **ROOTS READY MADE GARMENTS**  v.  **GAP INC.**

Attorneys:    Robert Haney, Jr.                    Christa Anderson


Deputy Clerk: **BARBARA ESPINOZA**         Reporter: **Not Reported**
**PROCEEDINGS:**                                    **RULING:**

1. Further Case Management Conference    -    Held                    _____

2. _____    _____

3. _____    _____

**ORDERED AFTER HEARING:**

_____

_____

(  ) ORDER TO BE PREPARED BY:    Plntf _____ Deft _____ Court _____

(  ) Referred to Magistrate Judge For: _____
            (  )By Court        (  )Parties to approach Chief Magistrate in future

(X) CASE CONTINUED TO  June 06, 2008 @ 8:30 a.m.  for Further Case Management Conference

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date Sept. 30, 2008 @ 2:30 p.m. Trial Date Oct. 06, 2008 @ 8:30 a.m. Set for ___ days
                Type of Trial:   (X)Jury    (  )Court

Notes: Counsel to work out all other dates _____

_____

_____