1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7  SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
   LLC

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  ROOTS READY MADE GARMENTS CO.          Case No. C 07-03363 CRB
    W.L.L.,

14                                         **MISCELLANEOUS ADMINISTRATIVE**
                               Plaintiff,  **REQUEST TO FILE DOCUMENT**
15                                         **UNDER SEAL; [PROPOSED] ORDER**
         v.

16  THE GAP, INC., a/k/a, GAP, INC., GAP
    INTERNATIONAL SALES, INC., BANANA
17  REPUBLIC, LLC, AND OLD NAVY, LLC

18                              Defendants.

19

20

21

22

23

24

25

26

27

28

                MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL;
                                      [PROPOSED] ORDER
                                   Case No. C 07-03363 CRB

1       Pursuant to Civil Local Rule 79-5(d), defendants The Gap, Inc., Gap International Sales,

2  Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this

3  Miscellaneous Administrative Request to File Document Under Seal.

4       Gap's Motion to Dismiss plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots")'s

5  Second Amended Complaint refers to Confidential Exhibit D to Gap's Request for Judicial

6  Notice (filed under seal on August 13, 2007).  Confidential Exhibit D is a true and correct copy

7  of a May 12, 2003 Letter of Understanding between Gabana Gulf Distribution Ltd. and Roots

8  Ready Made Garments Co., which Roots marked "CONFIDENTIAL" under the parties'

9  Protective Order.  Solely for this reason, Gap requests that the sealed version of Gap's Motion to

10  Dismiss Second Amended Complaint, which refers to the contents of Exhibit D, be lodged in

11  accordance with Civil Local Rule 79-5(d).

12                                 Respectfully submitted,

13  Dated:  December 14, 2007             KEKER & VAN NEST, LLP

14

15

16                              By:   /s/ Dan Jackson

                                   DAN JACKSON

17                               Attorneys for Defendants

                                   GAP INTERNATIONAL SALES, INC.,

18                               THE GAP, INC., BANANA REPUBLIC,

                                   LLC, and OLD NAVY, LLC

19

20     **IT IS SO ORDERED.**

21  Dated:

22                        By:

                               CHARLES R. BREYER

23                           United States District Court Judge

24

25

26

27

28

408077.01