```
 1  KEKER & VAN NEST, LLP
    DARALYN J. DURIE - #169825
 2  CHRISTA M. ANDERSON - #184325
    DAN JACKSON - #216091
 3  ROSE DARLING - #243893
    710 Sansome Street
 4  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 5  Facsimile:  (415) 397-7188

 6  Attorneys for Defendants
    THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
 7  SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
    LLC
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
```

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

1 On December 14, 2007, Defendants The Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") filed a motion to dismiss the Second Amended Complaint filed by Roots Ready Made Garments Co. W.L.L. ("Roots") in this action. Having considered Roots' Second Amended Complaint, the papers filed in support of and in opposition to Gap's motion, and the arguments of counsel, the Court hereby **GRANTS** Gap's Motion to Dismiss with prejudice on the basis that Roots' Second Amended Complaint fails to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 9(b).

**IT IS SO ORDERED.**

Dated:

By: _____
CHARLES R. BREYER
United States District Court Judge

408059.01

1
[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT
Case No. C 07-03363 CRB