1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7  SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
|---|---|
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

1  The sealed version of the Motion to Dismiss Second Amended Complaint, filed by
2  defendants The Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC and Old Navy,
3  LLC (collectively "Gap"), which refers to CONFIDENTIAL Exhibit D to Gap's Request for
4  Judicial Notice (filed under seal on August 13, 2007), was filed in hard copy form only and is
5  being maintained in the case file in the Clerk's office. If you are a participant in this case, this
6  filing will be served in hard copy shortly. For information on retrieving this filing directly from
7  the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently
8  Asked Questions (FAQ).

9  This filing was not e-filed for the following reason(s):

10 [_] Voluminous Document (PDF file size larger than the e-filing system allows)
11 [_] Unable to Scan Documents
12 [_] Physical Object (description): _____
13 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
14 [X] Item Under Seal
15 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
16 [_] Other (description): _____

Dated: December 14, 2007                           KEKER & VAN NEST, LLP


                                                   By:  /s/ Dan Jackson
                                                   DAN JACKSON
                                                   Attorneys for Defendants
                                                   GAP INTERNATIONAL SALES, INC.,
                                                   THE GAP, INC., BANANA REPUBLIC,
                                                   LLC, and OLD NAVY, LLC