1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7  SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13 | ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB
14 |                                        Plaintiff, | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER**
15 | v. |
16 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC |
17 |  |
18 |                                        Defendants. |

1  Pursuant to Civil Local Rule 79-5(d), defendants The Gap, Inc., Gap International Sales,
2  Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this
3  Miscellaneous Administrative Request to File Document Under Seal.
4  Gap's Motion to Dismiss plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots")'s
5  Second Amended Complaint refers to Confidential Exhibit D to Gap's Request for Judicial
6  Notice (filed under seal on August 13, 2007).  Confidential Exhibit D is a true and correct copy
7  of a May 12, 2003 Letter of Understanding between Gabana Gulf Distribution Ltd. and Roots
8  Ready Made Garments Co., which Roots marked "CONFIDENTIAL" under the parties'
9  Protective Order.  Solely for this reason, Gap requests that the sealed version of Gap's Motion to
10 Dismiss Second Amended Complaint, which refers to the contents of Exhibit D, be lodged in
11 accordance with Civil Local Rule 79-5(d).

Respectfully submitted,

Dated: December 14, 2007      KEKER & VAN NEST, LLP

By: /s/ Dan Jackson
DAN JACKSON
Attorneys for Defendants
GAP INTERNATIONAL SALES, INC.,
THE GAP, INC., BANANA REPUBLIC,
LLC, and OLD NAVY, LLC

**IT IS SO ORDERED.**

Dated: December 19, 2007

By: _____
CHARLES R. BREYER
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL;
[PROPOSED] ORDER
Case No. C 07-03363 CRB

408077.01