1   BRADLEY J. NASH (*admitted pro hac vice*)
    (bnash@cov.com)
2   COVINGTON & BURLING LLP
    620 Eighth Avenue
3   New York, NY 10018
    Tel.: (212) 841-1000
4   Fax: (212) 841-1000

5

6   **Attorneys for Plaintiff**
    **Roots Ready Made Garments Co. W.L.L.**
7

8
            **IN THE UNITED STATES DISTRICT COURT**
9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10   _____   )
                                               )
11   ROOTS READY MADE GARMENTS CO.             )
     W.L.L.,                                   )        Case No: C 07 3363 CRB
12                                             )
                    Plaintiff,                 )   **DECLARATION OF BRADLEY J. NASH**
13                                             )   **IN SUPPORT OF PLAINTIFF'S**
            v.                                 )   **OPPOSITION TO DEFENDANTS'**
14                                             )   **MOTION TO DISMISS THE SECOND**
     THE GAP, INC., a/k/a, GAP, INC., GAP      )   **AMENDED COMPLAINT**
15   INTERNATIONAL SALES, INC., BANANA         )
     REPUBLIC, LLC, AND OLD NAVY, LLC,         )
16                                             )
                    Defendants.                )
17                                             )
                                               )
18   _____   )

19

20          Bradley J. Nash declares the following under penalty of perjury:

21          1.      I am an attorney admitted to appear before this Court *pro hac vice* in this action

22   and am counsel to Roots Ready Made Garments Co. W.L.L. ("Roots").

23          2.      I make this declaration in support of Plaintiff's Opposition to Defendants'

24   Motion to Dismiss the Second Amended Complaint, to place before the Court two documents

25   that are referred to in the Second Amended Complaint and in Plaintiff's Opposition Brief.

26          3.      I attach as **Exhibit 1** a true and correct copy of a letter of credit issued in favor of

27   Gabana Gulf Distribution Ltd. on June 18, 2003.

28

4.      I attach as **Exhibit 2** a true and correct copy of a letter of credit issued in favor of Gap Inc. on June 19, 2003.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4 day of January 2008 in New York, New York.

_____/s/ Bradley J. Nash_____

Bradley J. Nash