Trade Finance Service Center
Dunessel Ernest

Gabana Gulf Distribution Ltd.

DEBIT ADVICE

+41 22 393 2082                                    26 August 2003

Our reference:                 BAHA 44-023857

In favour of:                  GAP INC
L/C amount:                    USD        5'000'000.00
Amount availed                 USD        5'000'000.00        Maturity: 29 Oct 2003

Ladies and Gentlemen,

| | | | | |
|---|---|---|---|---|
| Document value | | | USD | 5'000'000.00 |
| Commitment commission (in pct.) | | | | |
| 0.1 on USD 5'000'000.00 | USD | 5'000.00 | | |
| Amendment commission | USD | 70.00 | | |
| Payment commission (in pct.) | | | | |
| 0.1 on USD 5'000'000.00 | USD | 5'000.00 | | |
| Sundry charges | USD | 60.00 | USD | 10'130.00 |

Total amount - Account              Value: 29 Oct 2003    USD        5'010'130.00
0251-808300-22-1
IBAN CH03 0425 1080 8300 2200 1

Credit Suisse First Boston

**CREDIT SUISSE | FIRST BOSTON**

CREDIT SUISSE FIRST BOSTON
Trade Finance Service Center

rue de Lausanne 17-19          Telefon    022/393 21 11
CH-1211 Geneva 70              Telefax    022/393 23 34
                              Telex      412705 CS CH
                              SWIFT      CRESCHZZ12A

Trade Finance Service Center          Lettre Signature
Durussel Ernest

                                      Gabana Gulf Distribution Limited
                                      c/o Merchiston Management
                                      Case postale 1108
                                      1211 Genève 1

Original

+41 22 393 2082                       15 August 2003

Our reference:        BAHA 44-028857

In favour of:         GAP INC
L/C amount:           USD          5'000'000.00
Amount availed        USD          5'000'000.00    Maturity:  29 Oct 2003

Ladies and Gentlemen,

Enclosed we send to you the documents received from our correspondent which he has taken up under this documentary credit.
Payment is due on the date indicated above.

Remaining documents have been applied on BAHA 44-028354.

Yours sincerely,

Credit Suisse First Boston
one signature up to CHF/50,000.

**CREDIT** | **FIRST**
**SUISSE** | **BOSTON**

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 17-19          Téléphone   022 393 21 11
CH-1211 Geneva 70             Téléfax     022 393 23 94
                              Télex       412706 CS CH
                              SWIFT       CRESCHZZ12A

Trade Finance Service Center
Francoise Lutel

Gabana Gulf Distribution Ltd.

+41 22 393 2786                11 July 2003

Our reference:    BAHA 44-023857

Amendment No:     02

Ladies and Gentlemen,

In accordance with your instructions, we have amended the above mentioned
documentary credit.

Please find hereunder the text of the amendment sent:

QUOTE
FIELD 47A ADDITION CONDITIONS ITEM (A) TO READ : ALL DOCUMENTS TO BE ISSUED IN
ENGLISH AND MUST INDICATE REF: QIB/0903/2003 I/O PREVIOUS
UNQUOTE

All other terms and conditions remain unchanged.

Credit Suisse First Boston

**CREDIT** | **FIRST**
**SUISSE** | **BOSTON**

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 77-19          Téléphone    022 393 21 11
CH-1211 Genève 70             Téléfax      022 393 23 34
                             Télex        427C6 CS CH
                             SWFT         CRESCHZZ12A

Trade Finance Service Center
Durussal Ernest
                                    Gabana Gulf Distribution Ltd.


+41 22 393 2082                      23 June 2003

Our reference:      BAHA 44-023857

Amendment No:       01


Ladies and Gentlemen,

In accordance with your instructions, we have amended the above mentioned
documentary credit.

Please find hereunder the text of the amendment sent:

QUOTE
New available-by detail    90 DAYS FROM DELIVERY NOTE DATE
FIELD 46A-DOCUMENTS REQUIRED - DOCUMENT (2) IS COMPLETELY DELETED AND REPLACED
BY:- DELIVERY NOTE SIGNED BY PANALPINA GULF LLC, DUBAI OR THEIR WAREHOUSE
PROVIDER RHD RAIS HASSAN SAADI LOGISTICS, P.O.BOX 7, DUBAI CONFIRMING THAT THE
GOODS HAVE BEEN DELIVERED TO M/S ROOTS READYMADE GARMENTS CO. IN GOOD
CONDITIONS.

FIELD 47A:ADDITIONAL CONDITIONS CLAUSE (C) WORDING '2 DAYS' IS DELETED AND
REPLACED BY 'FOUR DAYS'
UNQUOTE

All other terms and conditions remain unchanged.


Credit Suisse First Boston

**CREDIT | FIRST**
**SUISSE | BOSTON**

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 17-19          Téléphone   022 393 21 11
CH-1211 Geneva 70             Téléfax     022 393 29 94
                             Télex       412706 CS CH
                             SWIFT       CRESCHZZ12A

Trade Finance Service Center
Durussel Ernest

Gabana Gulf Distribution Ltd.

+41 22 393 2082                    19 June 2003

Our reference:        BAHA 44-023857

Beneficiary:          GAP INC
Amount:               Up to USD 5'000'000.00

Ladies and Gentlemen,

In accordance with your instructions, we issued the documentary credit bearing
the above mentioned number. We enclose a copy for your files.

Credit Suisse First Boston

( MT700 - ISSUE OF A DOCUMENTARY CREDIT )
CREDIT SUISSE FIRST BOSTON, GENEVA
700          19 June 2003
ABN AMRO BANK N.V., CHICAGO

:27:Sequence of Total
1/1

:40A:Form of Documentary Credit
IRREVOCABLE

:20:Documentary Credit Number
BAHA 44-023857

:31C:Date of Issue
030619

**CREDIT** | **FIRST**
**SUISSE** | **BOSTON**

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 17-19          Téléphone   022 393 21 11
CH-1211 Geneva 70             Téléfax     022 889 28 94
                             Télex       412706 CS CH
                             SWIFT       CRESCHZZ12A

:31D:Date and Place of Expiry
031115ANY BANK IN USA

:50:Applicant
GABANA GULF DISTRIBUTION LTD.

:59:Beneficiary
GAP INC
345 SPEAR STREET
SAN FRANCISCO, CA 94105
USA

:32B:Currency Code, Amount
USD5000000,

:39B:Maximum Credit Amount
NOT EXCEEDING

:41D:Available with ... By ...
ANY BANK IN USA
BY DEF PAYMENT

:42P:Deferred Payment Details
90 DAYS AFTER DATE OF DELIVERY
RECEIPT.

:43P:Partial Shipments
ALLOWED

:44C:Latest Date of Shipment
031030

:45A:Description of Goods and/or Services
1762227 ARTICLES OF APPAREL MERCHANDISE MANUFACTURED UNDER THE
TRADE-MARKS OF GAP, BANANA REPUBLIC AND OLD NAVY AS DETAILLED IN
THE  PRO-FORMA ...

EXW PANALPINA WAREHOUSE, JEBEL ALI, DUBAI

:46A:Documents Required
(1) SIGNED COMMERCIAL INVOICE IN ONE ORIGINAL AND THREE COPIES
SHOWING BRAND NAMES OR TRADE MARKS AND THE FULL NAME OF
ADDRESS OF THE MANUFACTURER/PRODUCER OF THE GOODS DELIVERED
UNDER THIS CREDIT.
INVOICE MUST LIST FULL DETAILS OF THE CONSIGNMENT INCLUDING
ITEM NUMBER,QUANTITY, DESCRIPTION, UNIT PRICE AND TOTAL
VALUE.
(2) DELIVERY RECEIPT IN ONE ORIGINAL AND ONE COPY ISSUED BY AGENT
OF M/S.ROOTS READYMADE GARMENTS COMPANY MR. ASHRAF ABDUL
RAHIM ABU ISSA AND OR MR. NABIL ABDUL RAHIM ABU ISSA
CONFIRMING THAT GOODS HAS BEEN RECEIVED ACCORDING TO REQUIRED
SPECIFICATIONS.
DELIVERY RECEIPT MUST LIST FULL DETAILS OF THE CONSIGNMENT
INCLUDING ITEM NUMBER,QUANTITY, DESCRIPTION, UNIT PRICE AND
TOTAL VALUE.
SPECIMEN SIGNATURES OF MR. ASHRAF ABDUL RAHIM ABU ISSA AND
OR MR. NABIL ABDUL RAHIM ABU ISSA WILL BE FORWARDED TO YOU BY

**CREDIT** | **FIRST**
**SUISSE** | **BOSTON**

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 17-19                Téléphone  022 368 21 11
CH-1211 Geneva 70                    Téléfax    022 999 23 94
                                     Télex      412705 CS CH
                                     SWIFT      CRESCHZZ12A

AIRMAIL WHICH CONSIST AN INTEGRAL PART OF THIS LETTER OF
CREDIT.

:47A:Additional Conditions
(A) ALL DOCUMENTS TO BE ISSUED IN ENGLISH AND MUST INDICATE THIS
LETTER OF CREDIT NUMBER.
(B) ALL DOCUMENTS MUST BE DATED AFTER LC DATE. ANY DOCUMENT
ISSUED PRIOR TO THE DATE OF THIS CREDIT WILL NOT AND NEVER BE
ACCEPTED.
(C) BENEFICIARY MUST FAX US ALL REQUIRED DOCUMENTS ON OUR FAX
NUMBER + 41 22 908 34 36 WITHIN 2 DAYS FROM DELIVERY DATE A
CERTIFICATE ISSUED BY BENEFICIARY IN ONE ORIGINAL AND ONE
COPY TO THIS EFFECT IS REQUIRED.
(D) ANY DOCUMENT PRESENTED UNDER THIS LETTER OF CREDIT (INCLUDING
THE NEGOTIATING/REMITTING BANK COVERING SCHEDULE) BEARS A
CLAUSE FOR PAYMENT OF INTEREST IS NOT ACCEPTABLE AND IS
COMPLETELY REJECTED.
(E) GOOD'S DESCRIPTION ON DELIVERY RECEIPT TO READ
''ARTICLES OF APPAREL MERCHANDISE MANUFACTURED UNDER THE
TRADE-MARKS OF GAP, BANANA REPUBLIC AND OLD NAVY.''
(F) LAST DATE OF DELIVERY: 30.OCTOBER.2003.
(G) PARTIAL DELIVERY : ALLOWED
(H) NO DOCUMENT, EXCEPT INVOICE AND FAX CERTIFICATE, ALLOWED TO
SHOW  YOUR OUR OUR L/C NUMBER, BANK STAMPS,
NOR INVOICE NUMBER AND DATE.

INSTRUC TO PAY/ACCPT/NEGOT BNK
.---------------------------------

(1) NEGOTIATION UNDER RESERVE OR INDEMNITY IS NOT PERMITTED.
(2) ORIGINAL DOCUMENTS TO BE SENT BY COURIER TO
CREDIT SUISSE FIRST BOSTON
BAHA 44
17, RUE DE LAUSANNE
CH-1201 GENEVA.
(3) DISCREPANY FEE OF USD 50/- WILL BE DEDUCTED FOR EACH
DISCREPANT SET OF DOCUMENT PRESENTED UNDER THIS LETTER OF
CREDIT.
(4) IF DOCUMENTS PRESENTED UNDER THIS LETTER OF CREDIT ARE FOUND
TO BE DISCREPANT, WE SHALL GIVE ITS NOTICE OF REFUSAL AND
SHALL HOLD DOCUMENTS AT PRESENTING BANK'S DISPOSAL SUBJECT TO
THE FOLLOWING CONDITION:-
'IF WE HAVE NOT RECEIVED PRESENTING BANK'S DISPOSAL
INSTRUCTIONS FOR THE DISCREPANT DOCUMENTS PRIRO TO RECEIPT
OF THE APPLICANT WAIVER OF DISCREPANCIES, WE SHALL RELEASE
THE DOCUMENTS TO THE APPLICANT WITHOUT NOTICE TO PRESENTING
BANK'.

:71B:Charges
ALL BANK CHARGES AND COMMISSIONS
OUTSIDE  SWITZERLAND ARE FOR THE
ACCOUNT  OF BENEFICIARY.

:48:Period for Presentation
LATEST 21 DAYS AFTER DATE OF
SHIPMENT  BUT WITHIN THE VALIDITY
OF  THE CREDIT.

**CREDIT** | FIRST
**SUISSE** | BOSTON

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 17-19
CH-1201 Geneva 70

Téléphone  022 959 91 11
Téléfax    022 959 29 84
Télex      412706 CS CH
SWFT       CRESCHZZ12A

:49:Confirmation Instructions
WITHOUT

:78:Instructions to Paying Bank
ON RECEIPT OF DOCUMENTS IN CONFORMITY WITH THE TERMS OF THE
CREDIT WE SHALL REMIT COVER IN ACCORDANCE WITH YOUR
INSTRUCTIONS, VALUE MATURITY DATE.