1  BRADLEY J. NASH (*admitted pro hac vice*)
   (bnash@cov.com)
2  COVINGTON & BURLING LLP
   620 Eighth Avenue
3  New York, NY 10018
   Tel.: (212) 841-1000
4  Fax: (212) 841-1010

5  (*Additional Counsel on Signature Page*)

6  Attorneys for Plaintiff
   Roots Ready Made Garments Co. W.L.L.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No: C 07 3363 CRB |
| Plaintiff, | MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER |
| v. | Date: January 25, 2008<br>Time: 10:00 a.m. |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, | Place: Courtroom 8, 19th Floor<br>Judge: Charles R. Breyer |
| Defendants. | |

Pursuant to Local Rule 79-5(c), Roots Ready Made Garments Co., W.L.L. ("Roots") hereby makes this Miscellaneous Administrative Request to File two documents Under Seal.

Roots' Motion For An Order Upholding Confidentiality Designations Complaint ("Confidentiality Motion") refers to two confidential documents that Roots has designated confidential under the terms of the Protective Order entered by the Court on August 7, 2007: (i) a May 12, 2002 agreement between Roots and Gabana Gulf Distribution Ltd.; and (ii) a May 12,

- iii -

**IT IS SO ORDERED.**

Dated: _____

BY: _____
CHARLES R. BREYER
United States District Judge