1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Tel.: (415) 591-6000
4  Fax: (415) 591-6091

5

   Attorneys for Plaintiff
6  Roots Ready Made Garments Co. W.L.L.

7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12                                              )
                                                )
13 ROOTS READY MADE GARMENTS CO.                )   Case No: C 07 3363 CRB
   W.L.L.,                                      )
14                                              )   RE: PLAINTIFF ROOTS READY MADE
                  Plaintiff,                    )   GARMENT CO. W.L.L.'S OPPOSITION
15                                              )   DEFENDANTS' MOTION TO DISMISS
          v.                                    )   THE SECOND AMENDED COMPLAINT
16                                              )
   THE GAP, INC., a/k/a, GAP, INC., GAP         )   Date:   January 25, 2008
17 INTERNATIONAL SALES, INC., BANANA            )   Time:   10 o'clock a.m.
   REPUBLIC, LLC, AND OLD NAVY, LLC,            )   Place:  Courtroom 8, 19th Floor
18                                              )   Judge:  Charles R. Breyer
                  Defendants.                   )
19                                              )
                                                )
20                          **MANUAL FILING NOTIFICATION**

21 <u>Regarding:</u>   PLAINTIFF ROOTS READY MADE GARMENT CO. W.L.L.'S OPPOSITION
   TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT
22 [SEALED VERSION].

23 This filing is in paper or physical form only, and is being maintained in the case file in the
24 Clerk's office.

25 If you are a participant in this case, this filing will be served in hard-copy shortly.

26 For information on retrieving this filing directly from the court, please see the court's main web
27 site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

28 This filing was not efiled for the following reasons:

- 1 -
PLAINTIFF'S OPPOSITION TO MOT. TO DISMISS SECOND AM. COMPL.
Case No.: C 07 3363 CRB

- 2 -

1  [_]  Voluminous Document (PDF file size larger than the efiling system allows)
2  [_]  Unable to Scan Documents
3  [_]  Physical Object (description): _____
4  _____
5  [_]  Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
6  [X]  Item Under Seal
7  [_]  Conformance with the Judicial Conference Privacy Policy (General Order 53).
8  [_]  Other (description): _____

Dated: January 7, 2008              Respectfully Submitted,

                                    COVINGTON & BURLING LLP
                                    /s/ Richard A. Jones
                                    RICHARD A. JONES

- 2 -
MANUAL FILING NOTIFICATION REGARDING PLAINTIFF'S OPPOSITION TO MOT. TO DISMISS SECOND AM. COMPL.
Case No.: C 07 3363 CRB