1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Tel.: (415) 591-6000
4  Fax: (415) 591-6091

5  (*Additional Counsel on Signature Page*)

6  Attorneys for Plaintiff
   Roots Ready Made Garments Co. W.L.L.
7

8

9

10         **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12                                        )
                                          )
   ROOTS READY MADE GARMENTS CO.          )      Case No: C 07 3363 CRB
13 W.L.L.,                                )
                                          )   **RE: PLAINTIFF'S NOTICE OF MOTION**
14            Plaintiff,                  )   **AND MOTION FOR AN ORDER**
                                          )   **UPHOLDING CONFIDENTIALITY**
15         v.                             )   **DESIGNATIONS UNDER THE**
                                          )   **PROTECTIVE ORDER**
16 THE GAP, INC., a/k/a, GAP, INC., GAP   )
   INTERNATIONAL SALES, INC., BANANA      )   Date:   February 15, 2008
17 REPUBLIC, LLC, AND OLD NAVY, LLC,      )   Time:   10:00 a.m.
                                          )   Place:  Courtroom 8, 19th Floor
18            Defendants.                 )   Judge:  Charles R. Breyer
                                          )
19                                        )

20         _____

           **MANUAL FILING NOTIFICATION**
21 Regarding:    PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER
   UPHOLDING   CONFIDENTIALITY   DESIGNATIONS   UNDER   THE   PROTECTIVE
22 ORDER.

23
   This filing is in paper or physical form only, and is being maintained in the case file in the
24 Clerk's office.

25 If you are a participant in this case, this filing will be served in hard-copy shortly.

26
   For information on retrieving this filing directly from the court, please see the court's main web
27 site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

28                                   - i -
   PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER UPHOLDING CONFIDENTIALITY DESIGNATIONS UNDER
                                   THE PROTECTIVE ORDER
                                   Case No.: C 07 3363 CRB

This filing was not efiled for the following reasons:

[_]   Voluminous Document (PDF file size larger than the efiling system allows).

[_]   Unable to Scan Documents.

[_]   Physical Object (description0: _____

_____

[_]   Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media.

**[X]   Items Under Seal.**

[_]   Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_]   Other (description): 


Dated:  January 7, 2008                          Respectfully submitted,

                                                 COVINGTON & BURLING LLP
                                                   /s/   Richard A. Jones
                                                 RICHARD A. JONES