1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Tel.: (415) 591-6000
4  Fax: (415) 591-6091

5  (*Additional Counsel on Signature Page*)

6  Attorneys for Plaintiff
   Roots Ready Made Garments Co. W.L.L.

7

8

9

10  **IN THE UNITED STATES DISTRICT COURT**
    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  
13  ROOTS READY MADE GARMENTS CO.                )  Case No: C 07 3363 CRB
    W.L.L.,                                      )
14                                               )  **RE:  DECLARATION OF KIFAH BALAWI**
                   Plaintiff,                    )  **IN SUPPORT OF PLAINTIFF'S MOTION**
15                                               )  **FOR AN ORDER UPHOLDING**
                   v.                            )  **CONFIDENTIALITY DESIGNATIONS**
16                                               )
    THE GAP, INC., a/k/a, GAP, INC., GAP         )  Date:    February 15, 2008
17  INTERNATIONAL SALES, INC., BANANA            )  Time:    10:00 a.m.
    REPUBLIC, LLC, AND OLD NAVY, LLC,            )  Place:   Courtroom 8, 19th Floor
18                                               )  Judge:   Charles R. Breyer
                   Defendants.                   )
19                                               )
                                                 )

20

21  **MANUAL FILING NOTIFICATION**

    Regarding:    DECLARATION OF KIFAH BALAWI IN SUPPORT OF PLAINTIFF'S
22  MOTION FOR AN ORDER UPHOLDING CONFIDENTIALITY DESIGNATIONS.

23  This filing is in paper or physical form only, and is being maintained in the case file in the
    Clerk's office.
24

25  If you are a participant in this case, this filing will be served in hard-copy shortly.

26  For information on retrieving this filing directly from the court, please see the court's main web
    site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
27

28  This filing was not efiled for the following reasons:

                                                 - i -
    DECLARATION OF KIFAH BALAWI IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER UPHOLDING CONFIDENTIALITY
                                          DESIGNATIONS
                                     Case No.: C 07 3363 CRB

[_]    Voluminous Document (PDF file size larger than the efiling system allows).

[_]    Unable to Scan Documents.

[_]    Physical Object (description0: _____
_____

[_]    Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media.

**[X]    Items Under Seal.**

[_]    Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_]    Other (description): _____

Dated:  January 7, 2008                          Respectfully submitted,

                                                 COVINGTON & BURLING LLP
                                                   /s/   Richard A. Jones
                                                 RICHARD A. JONES