RICHARD A. JONES (Bar No. 135248)
(rjones@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*(Additional Counsel on Signature Page)*

Attorneys for Plaintiff
Roots Ready Made Garments Co. W.L.L.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No: C 07 3363 CRB |
| Plaintiff, | MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER |
| v. | Date:     February 15, 2008 |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, | Time:     10:00 a.m. Place:     Courtroom 8, 19th Floor Judge:    Charles R. Breyer |
| Defendants. |  |

Pursuant to Local Rule 79-5(c), Roots Ready Made Garments Co., W.L.L.

("Roots") hereby makes this Miscellaneous Administrative Request to File two documents

Under Seal.

Roots' Motion For An Order Upholding Confidentiality Designations

("Confidentiality Motion") refers to two confidential documents that Roots has designated

confidential under the terms of the Protective Order entered by the Court on August 7, 2007: (i)

a May 12, 2002 agreement between Roots and Gabana Gulf Distribution Ltd.; and (ii) a May 12,

1   2003 Letter of Understanding between those parties (the "Documents").  The Documents

2   contain confidential business information, and Roots' business interests would be adversely

3   affected if the contents of the Documents were revealed to third parties outside this litigation.

4   Defendants previously submitted copies of the Documents under seal, as Ex. D to Gap's

5   Request for Judicial Admission, dated August 13, 2007.

6              The Declaration of Kifah Balawi In Support of Plaintiff's Confidentiality Motion

7   ("Balawi Declaration") also refers to and describes the content of the Documents.  In addition,

8   the Balawi Declaration describes negotiations Roots is currently conducting with third parties

9   concerning a potential agreements authorizing Roots to distribute certain brands of apparel in

10  the Middle East.  Mr. Balawi explains that the negotiations are strictly confidential and that

11  disclosure to third parties would seriously undermine Roots' prospect of consummating the

12  agreements.

13             Accordingly, Roots respectfully requests

14             (i) that the sealed version of the Confidentiality Motion, which refers to the

15  contents of the Documents, be lodged in accordance with Civil Local Rule 79-5(c).  Roots has

16  also prepared a public version of the Confidentiality Motion, which will be filed electronically.

17  In the public version, Roots redacted only those portions of the Confidentiality Motion that refer

18  to the contents of the Documents.

19             (ii) that the Balawi Declaration be lodged under seal in accordance with Civil

20  Local Rule 79-5(b).

21

22                                                    Respectfully submitted,

23

24  Dated:  January 7, 2008                           COVINGTON & BURLING LLP

25

26                                          _____/s/_____
                                            RICHARD A. JONES

27

28

1    **IT IS SO ORDERED.**

2    Dated: _____

3

4                                                    BY: _____
                                                          CHARLES R. BREYER
5                                                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28