RICHARD A. JONES (Bar No. 135248)
(rjones@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Tel.: (415) 591-6000
Fax: (415) 591-6091

Attorneys for Plaintiff
Roots Ready Made Garments Co. W.L.L.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, <br><br> Defendants. | Case No: C 07 3363 CRB <br><br> **PROOF OF SERVICE** |

SF: 93425-2

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am a citizen of the United States. My business address is One Front Street, 35th Floor, San Francisco, California 94111. I am employed in the City and County of San Francisco where this service takes place. I am over the age of 18 years, and not a party to the within cause. On the date set forth below, I served the foregoing document(s) described as:

PLAINTIFF ROOTS READY MADE GARMENT CO. W.L.L.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT *[DOCUMENT SUBMITTED UNDER SEAL]*

on the following person(s) in this action:

Keker & Van Nest, LLP                         *Attorneys for Defendants*
710 Sansome Street
San Francisco, CA  94111-1704
Daralyn J. Durie
Christa M. Anderson
Dan Jackson
Rose Darling

[ ]   **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[X]   **(BY WESTERN MESSENGER SERVICE)** I caused such envelope(s) to be delivered by hand on **January 7, 2008** to the offices of the addressee(s).

[ ]   **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier (*Federal Express*) with delivery fees provided for, addressed to the person(s) on whom it is to be served.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 8, 2008**, at San Francisco, California.

_____
Nicole Gostnell