| | |
|---|---|
| 1 | RICHARD A. JONES (Bar No. 135248) |
| | (rjones@cov.com) |
| 2 | COVINGTON & BURLING LLP |
| | One Front Street, 35th Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 591-6000 |
| 4 | Facsimile: (415) 591-6091 |
| 5 | Attorneys for Plaintiff |
| | Roots Ready Made Garments Co. W.L.L. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No: C 07 3363 CRB |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, | |
| Defendants. | |

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

      I am a citizen of the United States. My business address is One Front Street, 35th Floor, San Francisco, California 94111. I am employed in the City and County of San Francisco where this service takes place. I am over the age of 18 years, and not a party to the within cause. On the date set forth below, I served the foregoing document(s) described as:

1. PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER UPHOLDING CONFIDENTIALITY DESIGNATIONS UNDER THE PROTECTIVE ORDER **[DOCUMENT SUBMITTED UNDER SEAL]**; and

2. DECLARATION OF KIFAH BALAWI IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER UPHOLDING CONFIDENTIALITY DESIGNATIONS **[DOCUMENT SUBMITTED UNDER SEAL]**.

on the following person(s) in this action:

Keker & Van Nest, LLP                 *Attorneys for Defendants*
710 Sansome Street
San Francisco, CA 94111-1704
Daralyn J. Durie
Christa M. Anderson
Dan Jackson
Rose Darling

[ ]    (**BY MAIL**) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[X]    (**BY WESTERN MESSENGER SERVICE**) I caused such envelope(s) to be delivered by hand on January 7, 2007, to the offices of the addressee(s).

[ ]    (**BY OVERNIGHT DELIVERY**) I caused such envelope(s) to be delivered to an overnight delivery carrier (*Federal Express*) with delivery fees provided for, addressed to the person(s) on whom it is to be served.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on January 8, 2008, at San Francisco, California.

                                                    Michael Alcantara