```
 1  Richard A. Jones (SBN: 0135248)
    (rjones@cov.com)
 2  COVINGTON & BURLING LLP
    One Front Street
 3  35th Floor
    San Francisco, CA  94111
 4  Tel.: (415) 591-6000
    Fax: (415) 955-6565
 5

 6  Attorneys for Plaintiff
    Roots Ready Made Garments Co. W.L.L.
 7

 8
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, <br><br> Defendants. | Case No: C 07 3363 CRB <br><br> MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER <br><br> [Underlying Motion: <br><br> Date: January 25, 2008 <br> Time: 10:00 a.m. <br> Place: Courtroom 8, 19th Floor <br> Judge: Charles R. Breyer] |

Pursuant to Local Rule 79-5(c), Roots Ready Made Garments Co., W.L.L. ("Roots") hereby makes this Miscellaneous Administrative Request to File a Document Under Seal.

Roots' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint ("Opposition Brief") refers to two confidential documents that Roots has designated confidential under the terms of the Protective Order entered by the Court on August 7, 2007: (i) a May 12, 2002 agreement between Roots and Gabana Gulf Distribution Ltd.; and (ii) a May 12,

SF: 93395-1
- 1 -
MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER
Case No.: C 07 3363 CRB

-2-

1. 2003 Letter of Understanding between those parties (the "Documents"). The Documents contain confidential business information, and Roots' business interests would be adversely affected if the contents of the Documents were revealed to third parties outside this litigation. Defendants previously submitted copies of the same Documents under seal, as Ex. D to Gap's Request for Judicial Admission, dated August 13, 2007.

   On December 13, 2007, Defendants informed Roots that they were challenging the confidentiality designation of the Documents. On January 7, 2008, Roots will file a motion under Paragraph 13 of the Protective Order seeking an Order designating the Documents confidential.

   Roots has prepared a public version of the Opposition Brief, which it filed electronically on January 4, 2008. In the public version, Roots redacted only those portions of the Opposition Brief that refer to the contents of the Documents. Accordingly, Roots respectfully requests that the unredacted, sealed version of the Opposition Brief, which refers to the contents of the Documents, be lodged under seal in accordance with Civil Local Rule 79-5.

Respectfully submitted,

Dated: January 7, 2008                COVINGTON & BURLING LLP

                                      __/s/ _Richard A. Jones_____
                                      RICHARD A. JONES

**IT IS SO ORDERED.**

Dated: _____

                                      BY: _____
                                      CHARLES R. BREYER
                                      United States District Judge

-2-
MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER
Case No.: C 07 3363 CRB