1   RICHARD A. JONES (Bar No. 135248)
    (rjones@cov.com)
2   COVINGTON & BURLING LLP
    One Front Street
3   San Francisco, CA 94111
    Telephone: (415) 591-6000
4   Facsimile: (415) 591-6091

5   (*Additional Counsel on Signature Page*)

6   Attorneys for Plaintiff
    Roots Ready Made Garments Co. W.L.L.
7

8

9

10                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  ROOTS READY MADE GARMENTS CO.            )   Case No: C 07 3363 CRB
13  W.L.L.,                                  )
                                             )   MISCELLANEOUS ADMINISTRATIVE
14              Plaintiff,                   )   REQUEST TO FILE DOCUMENTS
                                             )   UNDER SEAL; [PROPOSED] ORDER
15         v.                                )
                                             )   Date:  February 15, 2008
16  THE GAP, INC., a/k/a, GAP, INC., GAP     )   Time:  10:00 a.m.
    INTERNATIONAL SALES, INC., BANANA        )   Place: Courtroom 8, 19th Floor
17  REPUBLIC, LLC, AND OLD NAVY, LLC,        )   Judge: Charles R. Breyer
                                             )
18              Defendants.                  )
                                             )
19                                           )

20

21
            Pursuant to Local Rule 79-5(c), Roots Ready Made Garments Co., W.L.L.
22
    ("Roots") hereby makes this Miscellaneous Administrative Request to File two documents
23
    Under Seal.
24
            Roots' Motion For An Order Upholding Confidentiality Designations
25
    ("Confidentiality Motion") refers to two confidential documents that Roots has designated
26
    confidential under the terms of the Protective Order entered by the Court on August 7, 2007: (i)
27
    a May 12, 2002 agreement between Roots and Gabana Gulf Distribution Ltd.; and (ii) a May 12,
28

1  2003 Letter of Understanding between those parties (the "Documents"). The Documents
2  contain confidential business information, and Roots' business interests would be adversely
3  affected if the contents of the Documents were revealed to third parties outside this litigation.
4  Defendants previously submitted copies of the Documents under seal, as Ex. D to Gap's
5  Request for Judicial Admission, dated August 13, 2007.

6  The Declaration of Kifah Balawi In Support of Plaintiff's Confidentiality Motion
7  ("Balawi Declaration") also refers to and describes the content of the Documents. In addition,
8  the Balawi Declaration describes negotiations Roots is currently conducting with third parties
9  concerning a potential agreements authorizing Roots to distribute certain brands of apparel in
10 the Middle East. Mr. Balawi explains that the negotiations are strictly confidential and that
11 disclosure to third parties would seriously undermine Roots' prospect of consummating the
12 agreements.

13 Accordingly, Roots respectfully requests

14 (i) that the sealed version of the Confidentiality Motion, which refers to the
15 contents of the Documents, be lodged in accordance with Civil Local Rule 79-5(c). Roots has
16 also prepared a public version of the Confidentiality Motion, which will be filed electronically.
17 In the public version, Roots redacted only those portions of the Confidentiality Motion that refer
18 to the contents of the Documents.

19 (ii) that the Balawi Declaration be lodged under seal in accordance with Civil
20 Local Rule 79-5(b).

Respectfully submitted,

Dated: January 7, 2008                         COVINGTON & BURLING LLP

                                               _____/s/_____
                                               RICHARD A. JONES

1  **IT IS SO ORDERED.**

2  Dated: Jan 8, 2008

4  BY: _____
5  CHARLES R. BREYER
   United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*