| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
|   | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
|   | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
|   | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Defendants |
|   | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| 7 | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
|  | **NOTICE OF MANUAL FILING** |
| Plaintiff, | |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

1  The sealed version of the Reply in Support Motion to Dismiss Second Amended Complaint, filed by defendants The Gap, Inc., a/k/a, GAP, Inc., Gap International Sales, Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap"), which refers to CONFIDENTIAL Exhibit D to Gap's Request for Judicial Notice (filed under seal on August 13, 2007), was filed in hard copy form only and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: January 11, 2008                    KEKER & VAN NEST, LLP


By:  /s/ Dan Jackson
     DAN JACKSON
     Attorneys for Defendants
     GAP INTERNATIONAL SALES, INC.,
     THE GAP, INC., BANANA REPUBLIC,
     LLC, and OLD NAVY, LLC