| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendants |
| | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| 7 | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

1  Pursuant to Civil Local Rule 79-5(d), defendants The Gap, Inc., a/k/a, GAP, Inc., Gap
2 International Sales, Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby
3 make this Miscellaneous Administrative Request to File Document Under Seal.
4  Gap's [Sealed] Reply in Support of its Motion to Dismiss plaintiff Roots Ready Made
5 Garments Co. W.L.L. ("Roots")'s Second Amended Complaint refers to Confidential Exhibit D
6 to Gap's Request for Judicial Notice (filed under seal on August 13, 2007). Confidential Exhibit
7 D is a true and correct copy of a May 12, 2003 Letter of Understanding between Gabana Gulf
8 Distribution Ltd. and Roots Ready Made Garments Co., which Roots marked
9 "CONFIDENTIAL" under the parties' Protective Order. Solely for this reason, Gap requests
10 that the sealed version of Gap's Reply brief, which refers to the contents of Exhibit D, be lodged
11 in accordance with Civil Local Rule 79-5(d).

12                                         Respectfully submitted,

13 Dated: January 11, 2008                  KEKER & VAN NEST, LLP

16                                         By:   /s/ Dan Jackson
                                            DAN JACKSON
17                                          Attorneys for Defendants
                                            GAP INTERNATIONAL SALES, INC.,
                                            THE GAP, INC., BANANA REPUBLIC,
18                                          LLC, and OLD NAVY, LLC

20 **IT IS SO ORDERED.**

Dated: January 14, 2008

22                              By: _____
                                    CHARLES R. BREYER
23                                  United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

---
1
MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL;
[PROPOSED] ORDER
Case No. C 07-03363 CRB

409219.01