**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 25, 2008**

**C-07-03363** **CRB**

**ROOTS READY MADE GARMENTS  v.  GAP INC.**

Attorneys:     Robert Haney, Jr.                          Dan Jackson

                                                                    Daralyn Durie

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Debra Pas**

**PROCEEDINGS:**                                                        **RULING:**

1.  D's Motion to Dismiss 2nd Amended Complaint                     Dismissed with
                                                                                       leave to amend

2.

3.

**ORDERED AFTER HEARING:**

  Counsel to file his amended complaint with specifications which the Court stated in open court.


(X) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _X_

(X) Referred to Magistrate Judge Joseph C. Spero for:  _Settlement_

( ) CASE CONTINUED TO _____        for _____

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____        Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                              Type of Trial:  ( )Jury    ( )Court

Notes: _____