KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**DECLARATION OF ROSE DARLING IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER UPHOLDING CONFIDENTIALITY DESIGNATIONS UNDER THE PROTECTIVE ORDER**<br><br>Date: February 15, 2008<br>Time: 10:00 a.m.<br>Dept: Courtroom 8, 19th Floor<br>Judge: Honorable Charles R. Breyer |

---

DECLARATION OF ROSE DARLING
Case No. C 07-03363 CRB

409788.01

1. I am an attorney licensed to practice law in the State of California and before this Court and am an associate at Keker & Van Nest, LLP, counsel for defendants The Gap, Inc., a/k/a, Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap").

2. Attached hereto as **Exhibit A** is a true and correct copy of Magistrate Judge Laporte's Order re Gap's Motion for an Order Upholding Their Confidentiality Designations Under the Protective Order in the related case *Gabana v. Gap*, Case No. C 06 2584 CRB (EDL), dated July 5, 2007.

3. Attached hereto as **Exhibit B** is a true and correct copy of the unsigned transcript of the June 26, 2007 proceedings before Magistrate Judge Laporte in the *Gabana v. Gap* case.

4. Attached hereto as **Exhibit C** is a true and correct copy of Gap's Motion for an Order Upholding Their Confidentiality Designations Under the Protective Order, filed on May 5, 2007 in the *Gabana v. Gap* case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on January 25, 2007 at San Francisco, California.

/s/ Rose Darling
ROSE DARLING