# EXHIBIT A

```
 1  KEKER & VAN NEST, LLP
    DARALYN J. DURIE - #169825
 2  CHRISTA M. ANDERSON - #184325
    DAN JACKSON - #216091
 3  ROSE DARLING - #243893
    710 Sansome Street
 4  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 5  Facsimile:  (415) 397-7188

 6  Attorneys for Defendants
    GAP INTERNATIONAL SALES, INC., THE GAP, INC.,
 7  BANANA REPUBLIC, LLC, and OLD NAVY, LLC

 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
```

| | |
|---|---|
| 12  GABANA GULF DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom, and GABANA DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom,<br><br>Plaintiffs,<br><br>v.<br><br>GAP INTERNATIONAL SALES, INC., a Delaware corporation, THE GAP, INC., a Delaware corporation, BANANA REPUBLIC, LLC, a Delaware limited liability company, and OLD NAVY, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. C 06 2584 CRB (EDL)<br><br>[JOINT PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR AN ORDER UPHOLDING THEIR CONFIDENTIALITY DESIGNATIONS UNDER THE PROTECTIVE ORDER<br><br>Date:   June 26, 2007<br>Time:   9:00 a.m.<br>Place:  Courtroom E, 15th Floor<br>Judge:  Hon. Elizabeth D. Laporte<br><br>Date Comp. Filed:   April 14, 2006<br><br>Trial Date: December 3, 2007 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR AN ORDER UPHOLDING THEIR CONFIDENTIALITY DESIGNATIONS UNDER THE PROTECTIVE ORDER
CASE NO. C 06-2584 CRB (EDL)

398282.01

1    Defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC, and Old
2 Navy, LLC (collectively "Gap") brought a motion for an order upholding their confidentiality
3 designations under the parties' stipulated protective order, which came on for hearing on June
4 26, 2007. The motion is GRANTED IN PART and DENIED IN PART, subject to the following
5 provisions and the Court's statements on the record during the hearing. In particular, at the
6 hearing, the Court ordered the parties to meet and confer and develop a protocol for resolving
7 their dispute relating to whether Gap's confidentiality designations are proper, subject to certain
8 guidelines set by the Court during the hearing.

9    The guiding principles ordered by the Court in relation to confidentiality designations are
10 as follows:

11    1. Stale information shall not be designated confidential;

12    2. Photographs of public places are not confidential unless they reflect non-stale
13 proprietary or trade secret information;

14    3. Compilations of purely public information are not confidential; and

15    4. Gap may apply confidentiality designations at the document level, unless Gabana
16 identifies a particular need to have a portion(s) of a document de-designated.

17    The parties have agreed that the protocol for conducting the meeting and conferring
18 relating to those documents designated by Gap as highly confidential or confidential and which
19 were the subject of this motion is as follows:

20    1. Gabana will first identify to Gap by letter the highly confidential documents as to
21 which Gabana challenges the highly confidential designation. Within ten days of receipt of the
22 letter, the parties will schedule an in-person meeting to attempt to resolve informally the dispute
23 with respect to these documents. If there are any remaining disagreements following said
24 meeting, the parties will agree on a briefing schedule to raise these remaining issues with the
25 Court.

26    2. Following completion of the above process with respect to highly confidential
27 documents, the parties will meet and confer regarding Gap's confidentiality designations, but

28

1
[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR AN ORDER UPHOLDING THEIR
CONFIDENTIALITY DESIGNATIONS UNDER THE PROTECTIVE ORDER
CASE NO. C 06-2584 CRB (EDL)

398282.01

1  only with respect to documents predating 2005 and constituting or mentioning communications
2  with Gabana, Roots, Al Turki, RSH or Solka. The parties will schedule an in-person meeting to
3  seek to resolve informally any disputes concerning these identified documents. If there are any
4  remaining disagreements following said meeting, the parties will agree on a briefing schedule to
5  raise these remaining issues with the Court.
6          3. The parties will not bring any matter to the Court pursuant to the above paragraphs
7  without having a final telephone call where the party wishing to submit the matter to the Court
8  attempts one last meet and confer and then informs the other party that the meeting and
9  conferring is complete.
10         4. Pending resolution of the above meet-and-confer efforts, and any subsequent motion
11 practice, the documents Gap designated as "Confidential" and "Highly Confidential" shall be
12 treated as such under the parties' stipulated protective order of November 28, 2006.
13         5. Gap shall have seven (7) days from the entry of this order to identify those documents
14 that are the subject of Gabana's Miscellaneous Administrative Request to File Documents Under
15 Seal (docket no. 94), concerning exhibits V, W, X, BB, DD, EE, II, and KK—NN to the
16 Declaration of G. Steven Fender, for which Gap wishes to withdraw its confidentiality
17 designation.

19   **IT IS SO ORDERED.**

21   Date: _July 5, 2007_____                    _____
22                                                   HONORABLE ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Elizabeth D. Laporte