| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
|   | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
|   | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
|   | San Francisco, CA  94111-1704 |
| 5 | Telephone:  (415) 391-5400 |
|   | Facsimile:  (415) 397-7188 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
|   | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, |
| 8 | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING GAP'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON MOTION FOR PROTECTIVE ORDER** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | **Date:** |
| | **Time:** 10:00 a.m. |
| | **Dept:** 8 |
| Defendants. | **Judge:** **Honorable Charles R. Breyer** |

---

411983.01

[PROPOSED] ORDER GRANTING GAP'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR
BRIEFING AND HEARING ON MOTION FOR PROTECTIVE ORDER
Case No. C 07-03363 CRB

1  On February 26, 2008, Defendants The Gap, Inc., a/k/a Gap, Inc., Gap International
2  Sales, Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") filed a motion to
3  shorten time for briefing and hearing on Gap's Motion for Protective Order in this action.
4  Having considered the moving papers and good cause appearing therefore,
5  IT IS HEREBY ORDERED that Defendant's Motion for a Protective Order be heard at
6  10:00 a.m. on February 29, 2008. Roots will file its opposition by February 28, 2008. Gap will
7  file its reply by February 29, 2008.

11  **IT IS SO ORDERED.**
12  Dated:

By: _____
    CHARLES R. BREYER
    United States District Court Judge

411983.01

1
[PROPOSED] ORDER GRANTING GAP'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR
HEARING ON MOTION FOR PROTECTIVE ORDER
Case No. C 07-03363 CRB