| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
|   | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
|   | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
|   | San Francisco, CA 94111-1704 |
| 5 | Telephone: (415) 391-5400 |
|   | Facsimile: (415) 397-7188 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
|   | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, |
| 8 | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **DECLARATION OF REBEKAH PUNAK IN SUPPORT OF GAP'S MOTION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON MOTION FOR PROTECTIVE ORDER** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Date:    **February 29, 2008**<br>Time:    **10:00 a.m.**<br>Dept:    **8**<br>Judge:   **Honorable Charles R. Breyer** |
| Defendants. | |

DECLARATION OF REBEKAH PUNAK IN SUPPORT OF GAP'S MOTION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON MOTION FOR PROTECTIVE ORDER
Case No. C 07-03363 CRB

411979.01

I, REBEKAH PUNAK, declare and say that:

1. I am an attorney licensed to practice law in the State of California and before this Court and am an associate at Keker & Van Nest, LLP, counsel for defendants The Gap, Inc., a/k/a Gap, Inc., Gap International Sales, Inc, Banana Republic, LLC, and Old Navy, LLC (collectively "Gap").

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. Gap's Motion for a Protective Order filed herewith seeks to postpone the deposition of Jacques Fabre until such time as Roots has filed an amended complaint that can survive a motion to dismiss. The facts underlying Gap's motion for a protective order are set forth in detail in that motion, filed concurrently with the present motion to shorten time, at p. 2.

4. Gap will suffer substantial prejudice should the Court not grant the present motion to shorten time. Adhering to the regular 35-day schedule for briefing Gap's motion for a protective order will postpone hearing of the motion until April 4, 2008, a full month after Mr. Fabre's deposition is noticed to go forward. Gap will suffer the same harm if the Court does not alter the briefing schedule as it would had it not filed its motion for a protective order: it will be forced to incur the undue prejudice and expense of preparing for and attending Mr. Fabre's deposition.

5. On Thursday, February 21, 2008, Roots served Gap with notice that it intended to depose Mr. Fabre on March 4, 2008 in New York. A true and correct copy of the Notice of Deposition of Jacques Fabre is attached hereto as Exhibit A.

6. The following Tuesday, February 25, 2008, I attempted to contact Roots' counsel by telephone to discuss the notice of Mr. Fabre's deposition and to obtain Roots' consent to a shortened schedule for the briefing and hearing of Gap's motion for a protective order. I was told that Bradley Nash, counsel for Roots, was unavailable to speak on the telephone at that time. I thereafter sent Mr. Nash an email explaining that the noticed deposition of Mr. Fabre is inappropriate and unduly burdensome at this stage in the litigation and requesting a shortened briefing schedule. A true and correct copy of my email to Mr. Nash is attached hereto as Exhibit B.

1

DECLARATION OF REBEKAH PUNAK IN SUPPORT OF GAP'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR PROTECTIVE ORDER
Case No. C 07-03363 CRB

411979.01

7. Mr. Nash responded by email on February 26, 2008, stating that he would not be available to meet and confer until 4:00 pm that afternoon. A true and correct copy of Mr. Nash's email is attached hereto as Exhibit C.

8. On the afternoon of February 26, 2008, I spoke with Mr. Nash on the telephone and requested a shortened briefing schedule for the motion for a protective order. Mr. Nash responded that he would oppose this motion.

9. Prior time modifications in this case include Roots' request to participate in depositions in the Gabana case, which this Court heard by teleconference on shortened time; the parties' stipulated extension of time for defendants to respond to the Complaint until August 13, 2007; the parties' stipulated extended briefing schedule for Gap's Motion to Dismiss Roots' First Amended Complaint; and the parties stipulated extension of time for defendants to respond to the Second Amended Complaint.

10. Gap's request for shortened time will not disrupt the overall schedule for the case

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 26, 2008, in San Francisco, California.

/s/ Rebekah L. Punak
REBEKAH L. PUNAK