# EXHIBIT A

BRADLEY J. NASH (*admitted pro hac vice*)
(bnash@cov.com)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 841-1000
Fax: (212) 841-1010

*Attorneys for Plaintiff*
*Roots Ready Made Garments Co. W.L.L.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC,<br><br>Defendants. | Case No: C 07 3363 CRB<br><br>NOTICE OF DEPOSITION OF JACQUES FABRE |

PLEASE TAKE NOTICE THAT pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition upon oral examination of Jacques Fabre before a notary public or other officer authorized by law to administer oaths on March 4, 2008 at 9:00 o'clock a.m. The deposition will be recorded both stenographically and by video, and will take place at the offices of Covington & Burling LLP, 620 Eighth Avenue, New York, New York 10018; tel. (212) 841-1000.

```
 1  Dated:  February 21, 2008
            New York, New York
 2
 3                                    COVINGTON & BURLING LLP
 4                                    By: /s/ Bradley J. Nash
 5                                        Bradley J. Nash
 6                                    620 Eighth Avenue
                                      New York, New York 10018
 7                                    (212) 841-1000
 8                                    Attorneys for Plaintiff Roots Ready Made
                                      Garments Co. W.L.L.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
              NOTICE OF DEPOSITION OF JACQUES FABRE
                    Case No.: C 07 3363 CRB
```

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Covington & Burling LLP, One Front Street, San Francisco, CA 94111

On February 21, 2008, I served the following documents(s):

**NOTICE OF DEPOSITION OF JACQUES FABRE**

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from *Western Messenger Service*, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Daniel Jackson, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Executed on February 21, 2008 at San Francisco, California

I, Nicole Gostnell, declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*[signature]*
NICOLE GOSTNELL