# EXHIBIT B

### Lauren Hartz-Lewis

**From:** Rebekah L. Punak
**Sent:** Tuesday, February 26, 2008 5:20 PM
**To:** Lauren Hartz-Lewis
**Subject:** FW: Deposition of Jacques Fabre

---

**From:** Rebekah L. Punak
**Sent:** Monday, February 25, 2008 3:53 PM
**To:** 'bnash@cov.com'
**Cc:** 'rhaney@cov.com'
**Subject:** Deposition of Jacques Fabre

Dear Brad:

I attempted to reach you by telephone today to meet and confer regarding Roots' notice of deposition of Jacques Fabre for March 4, 2008. That date is inappropriate for several reasons, including the fact that Roots does not have a complaint on file, the fact that Gap will be prejudiced in its preparations even if Roots files its amended complaint immediately, and the inefficiencies for all involved in conducting a deposition in New York when Roots has not asserted claims that can survive a motion to dismiss. Given the shortness of time, I would like to meet and confer as soon as possible on a briefing schedule with the goal of scheduling a hearing before Judge Breyer on Friday. Please contact me as soon as possible.

Regards,

Rebekah

Rebekah Punak
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

rpunak@kvn.com

This message is intended only for the use of the individual or entity to whom it is addressed. The message is confidential and may contain attorney-client information, attorney work product or other privileged information. If you are not the intended recipient, you are hereby notified that any use or dissemination of this message is strictly prohibited. If you received this message in error, please notify the sender by replying to the message. When complete, please delete the original message. Thank you.