# EXHIBIT C

-----Original Message-----
From: Nash, Bradley [mailto:bnash@cov.com]
Sent: Tuesday, February 26, 2008 8:05 AM
To: Rebekah L. Punak
Cc: Haney, Robert
Subject: Re: Deposition of Jacques Fabre

Rebekah:

I'm sorry I missed your call yesterday afternoon.  I am busy with depositions this week in
another matter.  I should  free up at 7 this evening NY time (4 p.m. in San Francisco).
Can we talk then?

Brad


----- Original Message -----
From: Rebekah L. Punak <RPunak@kvn.com>
To: Nash, Bradley
Cc: Haney, Robert
Sent: Mon Feb 25 18:52:36 2008
Subject: Deposition of Jacques Fabre

Dear Brad:

I attempted to reach you by telephone today to meet and confer regarding Roots' notice of
deposition of Jacques Fabre for March 4, 2008. That date is inappropriate for several
reasons, including the fact that Roots does not have a complaint on file, the fact that
Gap will be prejudiced in its preparations even if Roots files its amended complaint
immediately, and the inefficiencies for all involved in conducting a deposition in New
York when Roots has not asserted claims that can survive a motion to dismiss. Given the
shortness of time, I would like to meet and confer as soon as possible on a briefing
schedule with the goal of scheduling a hearing before Judge Breyer on Friday. Please
contact me as soon as possible.

Regards,

Rebekah


Rebekah Punak

Keker & Van Nest LLP

710 Sansome Street

San Francisco, CA 94111

(415) 391-5400

rpunak@kvn.com

This message is intended only for the use of the individual or entity to whom it is

addressed. The message is confidential and may contain attorney-client information, attorney work product or other privileged information. If you are not the intended recipient, you are hereby notified that any use or dissemination of this message is strictly prohibited. If you received this message in error, please notify the sender by replying to the message. When complete, please delete the original message. Thank you.