1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   REBEKAH PUNAK - #248588
4  710 Sansome Street
   San Francisco, CA  94111-1704
5  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
6
   Attorneys for Defendants
7  THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
   SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
8  LLC

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

| 13 | ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
|---|---|---|
| 14 | | **[PROPOSED] ORDER GRANTING GAP'S MOTION FOR PROTECTIVE ORDER** |
| 15 | Plaintiff, | |
| 16 | v. | **Date:** February 29, 2008 |
| 17 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | **Time:** 10:00 a.m.<br>**Dept:** 8<br>**Judge:** Honorable Charles R. Breyer |
| 18 | | |
| 19 | Defendants. | |

20

21

22

23

24

25

26

27

28

1    On February 26, 2008, Defendants The Gap, Inc., Gap International Sales, Inc., Banana
2 Republic, LLC and Old Navy, LLC (collectively "Gap") filed a Motion for a Protective Order
3 postponing the deposition of Jacques Fabre in this case until such time as Roots Ready Made
4 Garmets Co., WLL ("Roots) has filed an amended complaint that can survive a motion to
5 dismiss.  Having considered the papers filed in support of and in opposition to Gap's motion, and
6 the arguments of counsel, the Court hereby **GRANTS** Gap's Motion for Protective Order.

8    **IT IS SO ORDERED.**
9 Dated:

By: _____
      CHARLES R. BREYER
      United States District Court Judge

1

[PROPOSED] ORDER GRANTING GAP'S MOTION FOR PROTECTIVE ORDER
Case No. C 07-03363 CRB

411867.01