KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
REBEKAH PUNAK - #248588
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**GAP'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER**<br><br>**Date:**    February 29, 2008<br>**Time:**    10:00 a.m.<br>**Dept:**    8<br>**Judge:**   Honorable Charles R. Breyer |

1  TO THE COURT, ALL PARTIES, AND THE PARTIES' ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-7(e), Defendants Gap
3  International Sales, Inc., The Gap, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively
4  "Gap"), respectfully file this notice of withdrawal of Gap's Motion for a Protective Order, filed
5  on February 26, 2008. Plaintiff Roots Ready Made Garments Co., WLL ("Roots") has
6  withdrawn its February 21, 2008 Notice of Deposition of Jacques Fabre, thereby rendering the
7  Motion for a Protective Order moot.

8  Roots has indicated that it may attempt to re-notice Mr. Fabre's deposition for mid-April,
9  but has not done so at this time. Gap maintains its objections to any attempt by Roots to
10 schedule such a deposition before Roots has stated a claim for relief that can withstand a motion
11 to dismiss, and reserves the right to move again for a protective order on that basis if necessary.

Respectfully submitted,

Dated: February 28, 2008            KEKER & VAN NEST, LLP


By: /s/ Rebekah Punak
    REBEKAH PUNAK
    Attorneys for Defendants
    GAP INTERNATIONAL SALES, INC.,
    THE GAP, INC., BANANA REPUBLIC,
    LLC, and OLD NAVY, LLC

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 28, 2008, I served the following document(s):

**GAP'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER**

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Nationwide Legal, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Richard A. Jones, Esq.
Covington & Burling LLP
One Front Street
San Francisco, CA 94111

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

Robert P. Haney, Esq.
Bradley J. Nash, Esq.
Covington & Burling, LLP
620 Eighth Avenue
New York, NY 10018
Email: rhaney@cov.com
Email: bnash@cov.com

Martin R. Glick, Esq.
Howard Rice Nemerovski Canady Falk
  & Rabkin
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
E-mail: mglick@howardrice.com

Executed on February 28, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Lauren Hartz-Lewis*
Lauren Hartz-Lewis

412265.01

PROOF OF SERVICE
Case No. C 07-03363 CRB