| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT AND RE DISCOVERY SCHEDULE; [PROPOSED] ORDER** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

412836.01

STIPULATION EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT
AND RE DISCOVERY SCHEDULE; [PROPOSED] ORDER
Case No. C 07-03363 CRB

**STIPULATION**

Plaintiffs Roots Ready Made Garments Co. W.L.L. ("Roots") and Defendants The Gap, Inc., a/k/a Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap"), by and through their counsel of record, hereby stipulate as follows:

Pursuant to Local Rule 6-1(a), the date for Defendants The Gap, Inc., a/k/a Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC to respond to the Third Amended Complaint (by answer, motion, or otherwise) in this action shall be extended to April 4, 2008.

In addition, the parties agree on the following schedule for discovery:

- Written discovery on the Third Amended Complaint may commence immediately.
- Gap will not object to Roots taking the deposition of third-party witness Jacques Fabre in San Francisco, California, on a day during the week of April 14, 2008, to be mutually agreed upon by the parties, or on another mutually convenient day thereafter.
- The parties may notice any other fact depositions beginning on May 1, 2008. The parties agree that foreign depositions will not be conducted before the Court issues an order on Gap's motion to dismiss.
- Fact discovery will close on June 30, 2008.
- Expert disclosures will be due on or before July 14, 2008.
- Rebuttal expert disclosures will be due on or before July 28, 2008.
- Expert discovery will close on August 11, 2008.

| | | |
|---|---|---|
| 1 | Dated: March 13, 2008 | KEKER & VAN NEST, LLP |
| 2 | | |
| 3 | | By: /s/ Rose Darling<br>ROSE DARLING<br>Attorneys for Defendants |
| 4 | | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., |
| 5 | | BANANA REPUBLIC, LLC, AND OLD NAVY, LLC |
| 6 | | |
| 7 | Dated: March 13, 2008 | COVINGTON & BURLING LLP |
| 8 | | |
| 9 | | By: Concurrence obtained General Order 45B.X<br>BRADLEY NASH (*Pro Hac Vice*)<br>Attorneys for Plaintiff |
| 10 | | ROOTS READY MADE GARMENTS CO. W.L.L. |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2
STIPULATION EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT
AND RE DISCOVERY SCHEDULE; [PROPOSED] ORDER
Case No. C 07-03363 CRB

412836.01