Pages 1 - 31

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CHARLES R. BREYER

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> THE GAP, INC., a/k/a GAP, INC., ) <br> GAP INTERNATIONAL SALES, INC., ) <br> BANANA REPUBLIC, LLC and OLD NAVY, ) <br> LLC, ) <br> ) <br> Defendants ) <br> ) <br> ) | NO. C 07-3363 CRB <br><br><br> San Francisco, California <br> Friday <br> January 25, 2008 <br> 10:00 a.m. |

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:   COVINGTON & BURLING
                 One Front Street
                 35th Floor
                 San Francisco, California 94111
           BY:   ROBERT P. HANEY, ESQ.

For Defendants:  Keker & Van Nest
                 710 Sansome Street
                 San Francisco, California  94111-1704
           BY:   DANIEL E. JACKSON, ESQ.
                 DARALYN J. DURIE, ESQ.

Reported By:   Debra L. Pas, CSR 11916, CRR, RMR, RPR
               Official Reporter - US District Court
               Computerized Transcription By Eclipse

1  the negotiations continued until May 14th, when the payment was
2  made.
3          THE COURT:  Okay.  So I will ask it again:  Are you
4  going to tell me that between May 13th and May 14th there were
5  negotiations?
6          MR. HANEY:  There were continued assurances that led
7  to the payment of the million dollars, and those were a part of
8  the negotiations, yes.
9          THE COURT:  During that time period?
10         MR. HANEY:  Yes, your Honor.
11         THE COURT:  By the way, what, like 6:00 o'clock in
12 the morning or 10:00 o'clock in the evening, or what?
13         I'm going to allow you -- I'm going to give you leave
14 to amend, but I'm going to require you to be absolutely
15 specific as to exactly what happened, exactly what happened.  I
16 want conversations.  I want who was present.  I want time
17 periods, when it took place.  I want you to be absolutely
18 specific.
19         So it's your view that the oral contract actually
20 occurred after --
21         MR. HANEY:  Yes, your Honor.
22         THE COURT:   -- may 13th?
23         MR. HANEY:  Yes, your Honor.
24         THE COURT:  It wasn't just that there were further
25 assurances?

1          **MR. HANEY:**  Your Honor, the contract was formed or
2  May 13th.
3          **THE COURT:**  So I'm going to dismiss it with leave to
4  amend, and I want you to be absolutely specific putting forward
5  all the facts that you are relying on to demonstrate that the
6  contract was formed after May 13th, okay?
7          **MR. JACKSON:**  Your Honor, may I make one point?
8          **THE COURT:**  Sure.
9          **MR. JACKSON:**  The argument that the agreement was --
10 the oral agreement didn't come into being until after the
11 written agreement on May 13th is inconsistent with Roots' own
12 allegations.
13         In the opposition itself Roots said and I quote:
14         "The written agreements implemented the terms of
15     the oral agreement."
16         I don't understand how that could possibly be, unless
17 the oral agreement existed before the written agreement came
18 into being.
19         **THE COURT:**  Well, we will see.
20         **MR. JACKSON:**  Thank you, your Honor.
21         **THE COURT:**  Fasten your seat belt.  We are going to
22 see exactly how it worked.  We are going to have all the facts
23 and we will take a look at them.
24         Count Two.
25         **MR. HANEY:**  Shall I take the lead, your Honor, again?

### CERTIFICATE OF REPORTER

     I, DEBRA L. PAS, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in C 07-3363 CRB, ROOTS READY MADE GARMENTS CO. versus THE GAP, INC. were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing.

     The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

_____

Debra L. Pas, CSR 11916, CRR, RMR, RPR

Wednesday, February 20, 2008