1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7  SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
   LLC

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12

13  ROOTS READY MADE GARMENTS CO. W.L.L.,                Case No. C 07-03363 CRB

14                          Plaintiff,                  **[PROPOSED] ORDER GRANTING MOTION TO DISMISS THIRD AMENDED COMPLAINT**

15       v.

16  THE GAP, INC., a/k/a, GAP, INC., GAP
    INTERNATIONAL SALES, INC., BANANA
17  REPUBLIC, LLC, AND OLD NAVY, LLC

18                          Defendants.

19

20

21

22

23

24

25

26

27

28

1  On May 9, 2008, Defendants The Gap, Inc., a/k/a Gap, Inc., Gap International Sales, Inc.,
2  Banana Republic, LLC and Old Navy, LLC (collectively "Gap") filed a motion to dismiss the
3  Third Amended Complaint filed by Roots Ready Made Garments Co. W.L.L. ("Roots") in this
4  action.  Having considered Roots' Third Amended Complaint, Roots' prior two complaints, the
5  papers filed in support of and in opposition to Gap's motion, the arguments of counsel, and the
6  pleadings in this action, the Court hereby **GRANTS** Gap's Motion to Dismiss with prejudice on
7  the basis that Roots' Third Amended Complaint fails to state a claim upon which relief can be
8  granted.  *See* Fed. R. Civ. P. 12(b)(6).

**IT IS SO ORDERED.**

Dated:_____          _____
                                           HONORABLE CHARLES R. BREYER
                                           United States District Court Judge