United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

ROOTS READY MADE GARMENTS,

No. C 07-03363 CRB

12

Plaintiff,

**ORDER DENYING MOTION TO DISMISS**

13

v.

14

GAP INC.,

15

Defendant.
_____/

16
17

    Defendant's motion to dismiss the third amended complaint is DENIED.  In light of

18

the allegations set forth in Plaintiff's amended complaint, the Court finds that summary

19

judgment would provide a more appropriate vehicle for addressing the issues raised in

20

Defendant's motion.  The hearing scheduled for May 9, 2008 is VACATED.

21

    **IT IS SO ORDERED.**

22
23
24

Dated:  April 28, 2008

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

25
26
27
28

G:\CRBALL\2007\3363\Order re Motion to Dismiss TAC.wpd