1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone: (415) 591-6000
4  Facsimile: (415) 591-6091

5

   *Attorneys for Plaintiff*
6  *Roots Ready Made Garments Co. W.L.L.*

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIM; [PROPOSED] ORDER** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

**STIPULATION**

WHEREAS, Defendants and Counterclaim Plaintiffs The Gap, Inc., a/k/a Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap") filed a Counterclaim for Declaratory Relief ("Counterclaim") in this action on May 12, 2008; and

WHEREAS, Plaintiff and Counterclaim Defendant Roots Ready Made Garments Co. W.L.L.'s ("Roots") response to the Counterclaim is presently due on June 5, 2008; and

WHEREAS, Roots has not sought any prior extension of time to respond to the Counterclaim; and

WHEREAS, an extension of Roots' time to respond the Counterclaim will not have any effect on other deadlines in the case;

NOW THEREFORE, Roots and Gap, by and through their counsel of record, hereby stipulate pursuant to Local Rule 6-1(a) that the time for Roots to respond (by answer, motion, or otherwise) to Gap's Counterclaim is extended through and including June 16, 2008.

Dated: June 2, 2008                          KEKER & VAN NEST, LLP

By: (Concurrence obtained General Order 45 X.B)
    ROSE DARLING
    Attorneys for Defendants and Counterclaim Plaintiffs

Dated: June 2, 2008                          COVINGTON & BURLING LLP

By: /s/ Richard A. Jones
    RICHARD A. JONES
    Attorneys for Plaintiff and Counterclaim Defendant

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE