1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone: (415) 591-6000
4  Facsimile: (415) 591-6091

5

   *Attorneys for Plaintiff*
6  *Roots Ready Made Garments Co. W.L.L.*

7                     UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                           SAN FRANCISCO DIVISION

10

11 | ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
   |---|---|
12 | Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIM; [PROPOSED] ORDER** |
13 | v. | |
14 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
15 | Defendants. | |

**STIPULATION**

WHEREAS, Defendants and Counterclaim Plaintiffs The Gap, Inc., a/k/a Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap") filed a Counterclaim for Declaratory Relief ("Counterclaim") in this action on May 12, 2008; and

WHEREAS, Plaintiff and Counterclaim Defendant Roots Ready Made Garments Co. W.L.L.'s ("Roots") response to the Counterclaim is presently due on June 5, 2008; and

WHEREAS, Roots has not sought any prior extension of time to respond to the Counterclaim; and

WHEREAS, an extension of Roots' time to respond the Counterclaim will not have any effect on other deadlines in the case;

NOW THEREFORE, Roots and Gap, by and through their counsel of record, hereby stipulate pursuant to Local Rule 6-1(a) that the time for Roots to respond (by answer, motion, or otherwise) to Gap's Counterclaim is extended through and including June 16, 2008.

Dated:  June 2, 2008                     KEKER & VAN NEST, LLP

                                         By: (Concurrence obtained General Order 45 X.B)
                                             ROSE DARLING
                                             Attorneys for Defendants and Counterclaim
                                             Plaintiffs


Dated:  June 2, 2008                     COVINGTON & BURLING LLP

                                         By:  /s/ Richard A. Jones
                                             RICHARD A. JONES
                                             Attorneys for Plaintiff and Counterclaim
                                             Defendant


**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Signed:  June 3, 2008                    _____
                                         HONORABLE C[...]
                                         UNITED STAT[...]

*IT IS SO ORDERED — Judge Charles R. Breyer*

1
STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIM; [PROPOSED] ORDER
Case No. C 07-03363 CRB