# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

CASE NO.:  <u>C-07-03363 CRB (JCS)</u>　　　　　　　　　TIME:  <u>4 hrs.</u>

CASE NAME: *Roots Ready Made Garments Company v. The Gap, Inc., et al.*

MAGISTRATE JUDGE JOSEPH C. SPERO　　CLERK: Monica Narcisse

DATE:  <u>June 3, 2008</u>　　　　　　　　　　　　COURT REPORTER: <u>not reported</u>

<u>COUNSEL FOR PLAINTIFF(S):</u>　　　　　　<u>COUNSEL FOR DEFENDANT(S):</u>

Robert P. Haney, Jr.　　　　　　　　　　　Daralyn J. Durie
Malik R. Dahlan

---

### **<u>PROCEEDINGS</u>**

X　　SETTLEMENT CONFERENCE　　☐　FURTHER SETTLEMENT CONFERENCE

☐　　DISCOVERY CONFERENCE

☐　　STATUS CONFERENCE RE:

☐　　TELEPHONIC CONFERENCE RE:

☐　　OTHER:

CASE CONTINUED TO:　　　　　　　FOR

<u>NOTES</u>:

A Settlement Conference was held; the case did not settle.  Parties are to contact the Court regarding scheduling a further settlement conference.