**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 6, 2008**

**C-07-03363** CRB

**ROOTS READY MADE GARMENTS  v.  GAP INC.**

Attorneys:    Robert Haney, Jr.                        Daralyn Durie

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                              **RULING:**

1.  Further Case Management Conference  -  Held

2.

3.

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:    Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For:

(X) CASE CONTINUED TO August 29, 2008 @ 10:00 a.m.  for Motion for Summary Judgment

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____          Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                        Type of Trial:  ( )Jury     ( )Court

Notes:  Counsel advises the Court that the scheduling issues have been resolved