```
 1  KEKER & VAN NEST, LLP
    DARALYN J. DURIE - #169825
 2  CHRISTA M. ANDERSON - #184325
    DAN JACKSON - #216091
 3  ROSE DARLING - #243893
    710 Sansome Street
 4  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 5  Facsimile:  (415) 397-7188

 6  Attorneys for Defendants
    THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
 7  SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
    LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>                        Plaintiff,<br><br>     v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>                        Defendants. | Case No. C 07-03363 CRB<br><br>**DECLARATION OF ROSE DARLING IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Date:    July 11, 2008<br>Time:    10:00 a.m.<br>Dept:    Courtroom 8, 19th Floor<br>Judge:   Honorable Charles R. Breyer |

419092.02

DECLARATION OF ROSE DARLING
Case No. C 07-03363 CRB

1.    I am an attorney licensed to practice law in the State of California and before this Court and am an associate at Keker & Van Nest, LLP, counsel for defendants The Gap, Inc., a/k/a, Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap").

2.    On May 21, 2008, Roots served Gap with a notice of deposition for Donald Fisher, Gap's founder and former CEO and Chairman. Attached hereto as **Exhibit A** is Mr. Fisher's deposition notice.

3.    Donald Fisher, age 79, is the founder of Gap Inc. He is Chairman Emeritus and a director of Gap Inc. He served as Gap's Chief Executive Officer from 1969 to 1995, and Chairman of the Board from 1969 to 2004. Attached hereto as **Exhibit B** is a true and correct copy of a printout from http://www.forbes.com/finance/mktguideapps/personinfo/FromMktGuideIdPersonTearsheet.jhtml?passedMktGuideId=21360 , which identifies Mr. Fisher's roles at Gap.

4.    On May 23, 2008, I sent a letter to Roots' counsel requesting that Roots withdraw its notice to Mr. Fisher. A true and correct copy of my letter is attached hereto as **Exhibit C**. In that letter, I told Roots that Mr. Fisher has no relevant knowledge of Gap's business with Roots.

5.    On June 12, 2008, I received a letter from Roots' counsel, Brad Nash. In that letter, Mr. Nash incorrectly claimed that Mr. Fisher was "personally involved in Gap's relationship with Roots." In particular, he stated that Roots wished to depose Mr. Fisher based on a brief conversation that took place when Roots' CEO Ashraf Abu Issa was introduced to Mr. Fisher. Based on that inconsequential meeting, Mr. Nash claimed that Mr. Fisher had knowledge of "the success of Roots' ISP operations in Qatar and the UAE, and the future business relationship between Roots and Gap." A true and correct copy of Mr. Nash's June 12 letter is attached hereto as **Exhibit D**.

6.    Despite the fact that Mr. Fisher has no relevant personal knowledge about Roots' business with Gap or the facts at issue in this case, Roots refused to withdraw Mr. Fisher's deposition notice. Gap was thus forced to bring a motion for protective order. The parties agreed on a shortened briefing schedule for this motion.

1    7.    Attached hereto as **Exhibit E** are true and correct copies of excerpts from the
2 transcript of the deposition of Ashraf Abu Issa, dated June 6, 2008.

4    I declare under penalty of perjury under the laws of the State of California that the
5 foregoing is true and correct, and that this Declaration was executed on June 30, 2008 at San
6 Francisco, California.

          /s/ Rose Darling
          ROSE DARLING

419092.02

2
DECLARATION OF ROSE DARLING
Case No. C 07-03363 CRB