# EXHIBIT A

BRADLEY J. NASH (*admitted pro hac vice*)
(bnash@cov.com)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 841-1000
Fax: (212) 841-1010

**Attorneys for Plaintiff**
**Roots Ready Made Garments Co. W.L.L.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, <br><br> Defendants. | Case No: C 07 3363 CRB <br><br> **NOTICE OF DEPOSITION OF DON FISHER** |

PLEASE TAKE NOTICE THAT pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition upon oral examination of Don Fisher commencing at the offices of Covington & Burling LLP, One Front Street, San Francisco, CA 94111-5356, commencing on June 18, 2008 at 9:00 o'clock a.m. and continuing until concluded, or at another date, time and location mutually agreed upon by the parties and the witness.

1   The examination will take place before a notary public or other officer authorized by law
2   to administer oaths, and shall be recorded stenographically and by video. Roots reserves the
3   right to use the videotape of the deposition at trial.

Dated:   May 21, 2008
         New York, New York

COVINGTON & BURLING LLP

By: *[signature]*
    Bradley J. Nash

620 Eighth Avenue
New York, New York  10018
(212) 841-1000

*Attorneys for Plaintiff Roots Ready Made Garments Co. W.L.L.*

NOTICE OF DEPOSITION OF DON FISHER
Case No.: C 07 3363 CRB

-2-