# EXHIBIT B

Open the most rewarding checking account in America. Get rewarded for virtually everything you do. $150+ in Gift Cards TRIPLE ThankYou® Points for a Year



Search  Forbes.com  Quotes  Video  Web  Blogs  Advanced

INSIDE F
- Most Pop
- Top 10 D
- Top 5 Co

U.S.  EUROPE  ASIA  HOME PAGE FOR THE WORLD'S BUSINESS LEADERS  Free Trial Issue

HOME  BUSINESS  TECH  MARKETS  ENTREPRENEURS  LEADERSHIP  PERSONAL FINANCE  FORBESLIFE

Autos  Billionaires  Energy  Logistics  Media & Hollywood  Pharma & Health Care  Retail  SportsMoney  Wall Stre

# Donald G Fisher

Data Provided By 

**Director** at
**The Charles Schwab Corporation**
San Francisco, California
FINANCIAL / INVESTMENT BROKERAGE - NATIONAL
Director since 1988

Track This Person

79 years old

Mr. Fisher, age 79, is the founder of Gap Inc., an international specialty retail clothing chain. He is Chairman Emeritus and a director of Gap Inc. He also was Chief Executive Officer of Gap Inc. from 1969 to 1995. Mr. Fisher is a member of the California State Board of Education. His term expires in 2010.

**RSS News Feed on Donald Fisher**

**People Search**
1. Enter last name:

2. And/or stock symbol:

Go

**E-Mail Alerts**
Get new stories by email as they are published  FREE

### Cash Compensation (FY December 2007)

| | |
|---|---|
| Salary | n/a |
| Bonus | n/a |
| O T H E R  Latest FY other short-term comp. | n/a |
|  Latest FY other long-term comp. | n/a |
|  Latest FY long-term incentive payout | n/a |
| **Total** | **n/a** |

**Company**
- The Charles Schwab Corporation
- The Gap, Incorporated

**Enter E-Mail Address:**

FAQ  Privacy Policy

### Stock Options (FY December 2007)

| | Number of options | Market value |
|---|---|---|
| exercised | n/a | n/a |
| unexercised | n/a | n/a |
| unexercisable | n/a | n/a |
| **Total** | **n/a** | **n/a** |

Get quotes

**Involvement In Other Companies**

| | Ex. options[1] | Unex. options[2] | Tot. cash comp. |
|---|---|---|---|

**Related Links**
More top executives at SCHW

| | | | |
|---|---|---|---|
| **Founder/Director/Other Corporate Officer** for **The Gap, Incorporated** (GPS) | n/a | n/a | n/a |
| **Total** | **n/a** | **n/a** | **n/a** |

### News                                                    RSS

06.30.08 Radioactive Forbes.com

06.30.08 The Law Goes Open Source Forbes.com

06.25.08 Text of today's FOMC policy statement AFX

06.23.08 Fisher Communications rejects unsolicited acquisition proposal of $43-$45/share AFX

06.20.08 The Hard Truths About Global Supply Chains Forbes.com

More News >

### Press Releases

06.30.08 Cyberlux Corporation Announces Completion of CEO Transition PR NewsWire

06.30.08 Titan Worldwide's President and CEO, Donald Allman, Named Ernst & Young Metro New York Entrepreneur Of The Year 2008 Award Winner PR NewsWire

06.30.08 FISHER/UNITECH Introduces Direct Recruiting and Placement Services for the Technology Business Sector Business Wire

06.27.08 Thermo Fisher Scientific Elects New Director Business Wire

06.26.08 MatrikonOPC offers a new level of OPC connectivity and support for Fisher PROVOX Controllers PR NewsWire

More News >

---

William Aldinger
Jay Allen
Nancy Bechtle
Mr Walter Bettinger II
Benjamin Brigeman
C Preston Butcher
Mr John Clendening
Carrie Dwyer
Charles Goldman
Frank Herringer

complete list

More top executives...

in Investment Brokerage - National in US

in Investment Brokerage - National 79 years of age

at GPS

[1] - total exercised options

[2] - total unexercised options





---

SITEMAP   HELP   CONTACT US   INVESTMENT NEWSLETTERS   FORBES CONFERENCES   FORBES MAGAZINES   FO
Ad Information   Forbes.com Mobile   RSS   Reprints/Permissions   Subscriber Services
Privacy Statement   Terms, Conditions and Notices   About Our Ads
© 2008 Forbes.com LLC™   All Rights Reserved

Tested By   Market Data By   Market Data By   Market Data By   Investopedia   Polska   Luxury Cars   Lux

http://www.forbes.com/finance/mktguideapps/personinfo/FromPersonIdPersonTearsheet.j...   6/30/2008

      

Stock quotes are delayed at least 15 minutes for Nasdaq, at least 20 minutes for NYSE/AMEX.U.S. indexes are delayed at least 15 minutes with the exception of Nasdaq, Dow Jones Industrial Average and S&P 500 which are 2 minutes delayed.

Powered By　　Oracle DBA by

