# EXHIBIT E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


ROOTS READY MADE GARMENTS CO.
W.L.L.,

        Plaintiff,

vs.                                        No. C 07-03363 CRB

THE GAP, INC., a/k/a, GAP, INC.,
GAP INTERNATIONAL SALES, INC.,
BANANA REPUBLIC, LLC, AND OLD
NAVY, LLC,

        Defendants.

CERTIFIED COPY


DEPOSITION OF ROOTS READY MADE GARMENTS CO.

DEPONENT:  ASHRAF ABU ISSA

Friday, June 6, 2008


SHEILA CHASE & ASSOCIATES
REPORTING FOR:
West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, California  94105
Phone:  (415) 321-2300
Fax:  (415) 618-0743


Reported by:
JANIS JENNINGS, CSR, CRP, CLR

1    store."

2              And they said, "No, you cannot cancel

3    also, so you have to still take these quantities."

4              It's too much for one country or, you

5    know, two countries.  It's really a lot of quantity.

6    I ordered for four countries.  Now you want me to

7    take the quantity.

8              They said, "Ashraf, don't make it an

9    obstacle from the beginning.  Okay.  Let this go.

10   Let this pass because the future is very bright.

11   The future is very big between us.  Okay.  And

12   please accept these quantities this time because

13   logistically, it's very hard for us to cancel them.

14   Okay.  And we will compensate you by opening these

15   countries quickly.  But don't make it an issue today

16   because the future is -- you know, think long term.

17   Don't think short term."

18             They were always promising me that they

19   would open all the rest of the Arabic-speaking

20   countries.

21        Q.   Any other promises?

22        A.   I'm sure there is, but I can't remember

23   now.  But if I get time, maybe I'll remember some

24   more.

25             In my meeting with Don Fisher, the founder

1    and president of the company, I have explained to

2    him exactly what's happening in our area and how

3    things are moving.

4            And he thought it was very interesting,

5    and he was very impressed with the results of the

6    outcome, the results of the ISP program that we have

7    already started.

8            And he said that, "I'm very happy to meet

9    a true retailer, and I'm certain that we will have a

10   bright future together, a good future together."

11           And he asked me -- he was so excited that

12   he wanted the international sales manager at that

13   time -- I forgot his name -- to see me immediately.

14   So he called him, and he was traveling.  And he made

15   sure, okay, that I see him even when he was

16   traveling.  He said, "Okay.  Can you meet somewhere,

17   like in Paris or" -- and I -- and sure enough, I met

18   him in Paris because Don Fisher saw that there is so

19   much that we can do together, and he wanted to make

20   sure that I see this person.  And he called him

21   while I was in the meeting, and he almost insisted

22   that we should meet each other very soon.

23           And that gave me a lot of hope and a lot

24   of push to work more and to work harder, okay, to

25   make sure that all ends meet and also to make sure

CERTIFICATE OF REPORTER

I, JANIS L. JENNINGS, a Certified Shorthand
Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken
before me at the time and place herein set forth; that
any witnesses in the foregoing proceedings, prior to
testifying, were placed under oath; that a verbatim
record of the proceedings was made by me using machine
shorthand which was thereafter transcribed under my
direction; further, that the foregoing is an accurate
transcription thereof.

I further certify that I am neither
financially interested in the action nor a relative or
employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have this date
subscribed my name.

Dated: June 18th, 2008

JANIS JENNINGS
CSR NO. 3942