1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7  SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
   LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>                              Plaintiff,<br><br>     v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>                              Defendants. | Case No. C 07-03363 CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER**<br><br>Date:     July 18, 2008<br>Time:     10:00 a.m.<br>Dept.:    Courtroom 8, 19th Floor<br>Judge:    Hon. Charles R. Breyer |

1  The motion of Defendants THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
2  SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC (collectively "Gap") for a
3  protective order came on for hearing before the Court on July 18, 2008.

Having considered the papers filed in support of and in opposition to Gap's motion, the arguments of counsel, and the pleadings in this action, the Court hereby **GRANTS** Gap's motion barring Roots from taking the deposition of Gap's former CEO and Chairman, Donald Fisher.

**IT IS SO ORDERED.**

Dated:_____          _____
          HONORABLE CHARLES R. BREYER
          United States District Court Judge