IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS, | No. C 07-03363 CRB |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| GAP INC., | |
| Defendant. | |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his/her calendar.

Dated: July 2, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE