UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., et al. <br><br> Defendants. <br> _____/ | No. C 07-3363 CRB (WDB) <br><br> CLERK'S NOTICE OF DISCOVERY REFERRAL AND TO SET TIME FOR HEARING ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Wayne D. Brazil for all discovery matters, including resolution of Defendants' pending Motion for Protective Order filed on June 30, 2008. The Court will hear Defendants' Motion on **Wednesday, August 6, 2008, at 1:30 p.m.** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612.

Please refer to Judge Brazil's Standing Order, a copy of which is located at www.cand.uscourts.gov, for further information and requirements.

Dated: July 7, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
    Law Clerk