ROBERT P. HANEY (*admitted pro hac vice*)
(rhaney@cov.com)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 841-1000
Fax: (212) 841-1010

(*Additional Counsel on Signature Page*)

Attorneys for Plaintiff
Roots Ready Made Garments Co. W.L.L.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, <br><br> Defendants. | Case No: C 07 3363 (CRB) (WDB) <br><br> MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL <br><br> Date: August 6, 2008 <br> Time: 1:30 p.m. <br> Place: Courtroom 4, 3rd Floor <br> Judge: Wayne D. Brazil |

Pursuant to Local Rule 79-5(c), Roots Ready Made Garments Co., W.L.L. ("Roots") hereby makes this Miscellaneous Administrative Request to File a Document Under Seal.

The documents that are subject to this request are: (i) Exhibits 2 and 3 to the Declaration of Bradley J. Nash in support of Plaintiff's Opposition to Defendants' Motion for a Protective Order (the "Exhibits"), which are transcripts of depositions that Gap designated

confidential pursuant to the protective order entered in this action on August 7, 2007, and (ii) Plaintiff's Opposition, which references the Exhibits.

Accordingly, Roots respectfully requests that this Court permit the sealing of the Exhibits and those portions of Plaintiff's Opposition that reference the Exhibits, and order that the Clerk of the Court maintain them in accordance with the provisions of the local rule 79-5(e). Roots is filing a public version of both documents in which the confidential materials are redacted.

Respectfully submitted,

Dated:  July 16, 2008                                   COVINGTON & BURLING LLP

                                          /s/  Bradley J. Nash
                                        BRADLEY J. NASH