1  ROBERT P. HANEY (*admitted pro hac vice*)
   (rhaney@cov.com)
2  COVINGTON & BURLING LLP
   620 Eighth Avenue
3  New York, NY 10018
   Tel.: (212) 841-1000
4  Fax: (212) 841-1010

5  (*Additional Counsel on Signature Page*)

6  Attorneys for Plaintiff
   Roots Ready Made Garments Co. W.L.L.

7

8

9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No: C 07 3363 (CRB) (WDB) |
| Plaintiff, | [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, | Date: August 6, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 4, 3rd Floor<br>Judge: Wayne D. Brazil |
| Defendants. | |

- i -
ORDER GRANTING MAR TO FILE DOCUMENT UNDER SEAL
Case No.: C 07 3363 CRB

1       After considering the papers submitted, and the papers on file in this case, and good cause appearing,

      IT IS HEREBY ORDERED that the Clerk of the Court shall file under seal:

      (1) Plaintiff's Opposition to Defendants' Motion for Protective Order;

      (3) Exhibits 2 and 3 to the Declaration of Bradley J. Nash in Opposition to Defendants' Motion for a Protective Order.

      IT IS SO ORDERED.

DATED: _____, 2008

                      By: _____