RICHARD A. JONES (Bar No. 135248)
(rjones@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

**Attorneys for Plaintiff
Roots Ready Made Garments Co. W.L.L.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC,<br><br>Defendants. | Case No: C 07 3363 (CRB) (WDB)<br><br>**DECLARATION OF BRADLEY J. NASH IN OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**<br><br>Date: August 6, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 4, 3rd Floor<br>Judge: Wayne D. Brazil |

**PUBLIC VERSION**

Bradley J. Nash declares the following under penalty of perjury:

1.  I am an attorney admitted to appear before this Court *pro hac vice* in this action and am counsel to plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots").

2.  I make this declaration in opposition to the motion for a protective order filed by defendants The Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively, "Gap") in order to place before the Court certain documents relevant to Roots' opposition.

-2-

3. Attached hereto as **Exhibit 1** is a true and correct copy of Roots' Third Amended Complaint.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the June 5, 2008 deposition of Ron Young, Gap's 30(b)(6) witness.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the June 10, 2008 deposition of Jim Bell.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July 2008 in New York, New York

_____
Bradley J. Nash