| | |
|---|---|
| 1 | ROBERT P. HANEY (*admitted pro hac vice*) |
|   | (rhaney@cov.com) |
| 2 | COVINGTON & BURLING LLP |
|   | 620 Eighth Avenue |
| 3 | New York, NY 10018 |
|   | Tel.: (212) 841-1000 |
| 4 | Fax: (212) 841-1010 |
| 5 | (*Additional Counsel on Signature Page*) |
| 6 | Attorneys for Plaintiff |
|   | Roots Ready Made Garments Co. W.L.L. |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No: C 07 3363 (CRB) (WDB) |
| Plaintiff, | [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, | Date: August 6, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 4, 3rd Floor<br>Judge: Wayne D. Brazil |
| Defendants. | |

1  After considering the papers submitted, and the papers on file in this case, and
2  good cause appearing,
3  IT IS HEREBY ORDERED that the Clerk of the Court shall file under seal:
4  (1) Plaintiff's Opposition to Defendants' Motion for Protective Order;
5  (3) Exhibits 2 and 3 to the Declaration of Bradley J. Nash in Opposition to
6  Defendants' Motion for a Protective Order.

8  IT IS SO ORDERED.
9  DATED: _____July 21___, 2008
10  By: _____

