1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Tel.: (415) 591-6000
4  Fax: (415) 591-6091

5

   Attorneys for Plaintiff
6  Roots Ready Made Garments Co. W.L.L.

7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  ROOTS READY MADE GARMENTS CO.         )    Case No: C 07 3363 (CRB)
13  W.L.L.,                               )
                                          )    **PROOF OF SERVICE**
14              Plaintiff,                )
                                          )
15       v.                               )
                                          )
16  THE GAP, INC., a/k/a, GAP, INC., GAP  )
    INTERNATIONAL SALES, INC., BANANA     )
17  REPUBLIC, LLC, AND OLD NAVY, LLC,     )
                                          )
18              Defendants.               )
                                          )
19                                        )

20

21

22

23

24

25

26

27                                                              SF: 98173-1

28
                                                             Proof Of Service
                                                        Case No. C 07 3363 CRB

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

      I am a citizen of the United States. My business address is One Front Street, 35th Floor, San Francisco, California 94111. I am employed in the City and County of San Francisco where this service takes place. I am over the age of 18 years, and not a party to the within cause. On the date set forth below, I served the foregoing document(s) described as:

1.    PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER; and

2.    DECLARATION OF BRADLEY J. NASH IN OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

*[DOCUMENTS SUBMITTED UNDER SEAL]*

on the following person(s) in this action:

Keker & Van Nest, LLP                         *Attorneys for Defendants*
710 Sansome Street
San Francisco, CA 94111-1704
Daralyn J. Durie
Christa M. Anderson
Dan Jackson
Rose Darling

[ ]    **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[X]    **(BY WESTERN MESSENGER SERVICE)** I caused such envelope(s) to be delivered by hand on **July 17, 2008** to the offices of the addressee(s).

[ ]    **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier (*Federal Express*) with delivery fees provided for, addressed to the person(s) on whom it is to be served.

      I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

      Executed on **July 17, 2008**, at San Francisco, California.

                                              */s/ Nicole Gostnell*
                                              Nicole Gostnell