KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
REBEKAH PUNAK - #248588
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL**<br><br>Date:       August 6, 2008<br>Time:       1:30 p.m.<br>Courtroom:  4, 3rd Floor<br>Judge:      Honorable Wayne D. Brazil |

1 | Pursuant to Local Rule 79-5(c), defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this Miscellaneous Administrative Request to File a Document Under Seal.

The documents that are the subject of this request are Gap's Reply Motion for Protective Order ("Reply") and the accompanying Declaration of Donald Fisher ("Fisher Declaration"). There is good cause to file these documents under seal.

Certain portions of Gap's Reply and the accompanying Fisher Declaration discuss Mr. Fisher's confidential medical information. Gap has prepared redacted versions of the Reply and the Fisher Declaration to be publicly filed that excise only the details of Mr. Fisher's health. Accordingly, Gap respectfully requests that the Court order that the un-redacted version of the Reply and Fisher Declaration, be filed under seal.

Dated: July 23, 2008                              KEKER & VAN NEST, LLP


By: /s/ Rebekah Punak
     REBEKAH PUNAK

Attorneys for Defendants
GAP INTERNATIONAL SALES, INC.,
THE GAP, INC., BANANA REPUBLIC,
LLC, and OLD NAVY, LLC