1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   REBEKAH PUNAK - #248588
4  710 Sansome Street
   San Francisco, CA  94111-1704
5  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
6
   Attorneys for Defendants
7  THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
   SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
8  LLC

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| --- | --- |
|  | **[PROPOSED] ORDER GRANTING GAP'S ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL** |
| Plaintiff, |  |
| v. |  |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC |  |
| Defendants. |  |

1  Pursuant to Northern District Civil Local Rule 79-5, defendants Gap International Sales, Inc, The Gap, Inc., Banana Republic, LLC, and Old Navy, LLC filed a miscellaneous request to file documents under seal and a declaration in support of that request on July 23, 2008. The documents at issue are Gap's Reply Re Motion for Protective Order and Declaration of Donald Fisher in Support of Reply Re Motion for Protective Order.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that Gap's Reply Re Motion for Protective Order and Declaration of Donald Fisher in Support of Reply Motion for Protective Order shall be filed under seal.

**IT IS SO ORDERED.**

Date: _____

HONORABLE WAYNE D. BRAZIL
United States District Court Magistrate Judge