1 | KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
2 | CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
3 | ROSE DARLING - #243893
REBEKAH PUNAK - #248588
4 | 710 Sansome Street
San Francisco, CA 94111-1704
5 | Telephone: (415) 391-5400
Facsimile: (415) 397-7188
6
Attorneys for Defendants
7 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
8 | LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
|---|---|
| Plaintiff, | **DECLARATION OF REBEKAH PUNAK IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Date: August 6, 2008<br>Time: 1:30 p.m.<br>Courtroom: 4, 3rd Floor |
| Defendants. | Judge: Honorable Wayne D. Brazil |

421778.01

DECLARATION OF REBEKAH PUNAK IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE
REQUEST TO FILE DOCUMENT UNDER SEAL
Case No. C 07-03363 CRB

I, REBEKAH PUNAK, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court and am an associate at Keker & Van Nest, LLP, counsel for defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap").

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. I make this declaration pursuant to Civil Local Rule 79-5(c) with respect to documents that Gap has requested to file under seal in the Miscellaneous Administrative Request, which addresses, (1) the un-redacted version of Gap's Reply Motion for Protective Order ("Gap's Reply") and (2) the un-redacted version of the Declaration of Donald Fisher ("Fisher Declaration") in Support of Gap's Reply.

4. Portions of Gap's Reply and the Fisher Declaration contain Mr. Fisher's confidential medical information, in which the public has no legitimate interest

5. For the foregoing reasons, Gap's Reply and the Fisher Declaration should be filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on July 23, 2008 at San Francisco, California.

/s/ Rebekah Punak
REBEKAH PUNAK

421778.01

1

DECLARATION OF REBEKAH PUNAK IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
Case No. C 07-03363 CRB