```
1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DANIEL JACKSON - #216091
3  ROSE DARLING - #243893
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendants
   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7  SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY,
   LLC
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC <br><br> Defendants. | No. C 07-03363 CRB <br><br> **DECLARATION OF DONALD FISHER IN SUPPORT OF GAP'S REPLY RE MOTION FOR PROTECTIVE ORDER** <br><br> Date: August 6, 2008 <br> Time: 1:30 p.m. <br> Dept: 4, 3rd Floor <br> Judge: Honorable Wayne D. Brazil |

**PUBLIC REDACTED VERSION**

1    I, DONALD G. FISHER, declare as follows:

2    1.    I am Gap Inc.'s founder and former Chairman and CEO, and am currently Chairman Emeritus of Gap, Inc. In addition to serving as Gap's Chairman Emeritus, I am also a member of the board the Charles Schwab Corporation and the California State Official State Board of Education. I know the following of my own personal accord and if called as a witness would testify as follows.

2.    I am 79 years old ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

3.    I vaguely recall meeting a gentleman of Middle Eastern descent sometime in 2004 who was affiliated in some way with a retail operation somewhere in the Middle East. I believe the man I met was named was Mr. Abu Issa.

4.    I recall that during this brief meeting with Mr. Abu Issa, which occurred at Gap's headquarters in San Francisco, California, we exchanged pleasantries and talked about the retail business in very general terms.

5.    I have no further or more specific recollection of the conversation. I do not recall discussing anything of substance with Mr. Abu Issa, including anything about his alleged retail business or Gap's purported business with his company.

6.    I have no knowledge of the central facts or allegations in this lawsuit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 21, 2008, at San Francisco, California.

_____
DONALD G. FISHER