| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 5 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **DECLARATION OF REBEKAH PUNAK IN SUPPORT OF GAP'S REPLY RE MOTION FOR PROTECTIVE ORDER** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Date: August 6, 2008<br>Time: 1:30 p.m.<br>Courtroom: 4, 3rd Floor<br>Judge: Honorable Wayne D. Brazil |
| Defendants. | |

1  I, REBEKAH PUNAK, declare as follows:

2  1. I am an attorney licensed to practice law in the State of California and before this

3 Court and am an associate at Keker & Van Nest, LLP, counsel for defendants Gap International

4 Sales, Inc., The Gap, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap").

5  2. I have knowledge of the facts set forth herein, and if called to testify as a witness

6 thereto, could do so competently under oath.

7  3. Attached hereto as Exhibit 1 is a true and correct copy of the Initial Disclosures of

8 Plaintiff Roots Ready Made Garments Co. W.L.L. dated August 17, 2007.

9  I declare under penalty of perjury under the laws of the United States that the foregoing is

10 true and correct and that this Declaration was executed on July 23, 2008 at San Francisco,

11 California.

                                   /s/ Rebekah Punak
                                   REBEKAH PUNAK

421816.01

1
DECLARATION OF REBEKAH PUNAK IN SUPPORT OF
GAP'S REPLY RE MOTION FOR PROTECTIVE ORDER
Case No. C 07-03363 CRB