KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
REBEKAH PUNAK - #248588
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**PROOF OF SERVICE**<br><br><br>Date:      August 6, 2008<br>Time:      1:30 p.m.<br>Courtroom: 4, 3rd Floor<br>Judge:     Honorable Wayne D. Brazil |

400983.01

PROOF OF SERVICE
Case No. C 07-03363 CRB

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On July 23, 2008, I served the following document(s):

**GAP'S REPLY RE MOTION FOR PROTECTIVE ORDER [FILED UNDER SEAL]**

**DECLARATION OF DONALD FISHER IN SUPPORT OF GAP'S REPLY RE MOTION FOR PROTECTIVE ORDER [FILED UNDER SEAL]**

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Time Machine, whose address is 965 Mission St. #450, San Francisco, CA 94103, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Richard A. Jones, Esq.
Covington & Burling LLP
One Front Street
San Francisco, CA 94111

Email: rjones@cov.com

by **ELECTRONIC MAIL (PDF)**, by causing a true and correct copy of such document(s) to be sent via electronic mail transmission to the office(s) of the party(s) stated below, and was transmitted without error.

Robert P. Haney, Esq.
Bradley J. Nash, Esq.
Covington & Burling, LLP
620 Eighth Avenue
New York, NY 10018
Email: rhaney@cov.com
Email: bnash@cov.com

Executed on July 23, 2008, at San Francisco, California.

　　　　I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Lauren Hartz-Lewis*
Lauren Hartz-Lewis

---

400983.01

PROOF OF SERVICE
Case No. C 07-03363 CRB