```
 1  KEKER & VAN NEST, LLP
    DARALYN J. DURIE - #169825
 2  CHRISTA M. ANDERSON - #184325
    DAN JACKSON - #216091
 3  ROSE DARLING - #243893
    REBEKAH PUNAK - #248588
 4  710 Sansome Street
    San Francisco, CA  94111-1704
 5  Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
 6
    Attorneys for Defendants
 7  THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
    SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
 8  LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**[CORRECTED] NOTICE OF MANUAL FILING**<br><br>Date:         August 6, 2008<br>Time:         1:30 p.m.<br>Courtroom:  4, 3rd Floor<br>Judge:        Honorable Wayne D. Brazil |

421850.01

1  Defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC and Old
2  Navy, LLC's Reply Motion for Protective Order and the accompanying Declaration of Donald
3  Fisher were filed in hard copy form only and are being maintained in the case file in the Clerk's
4  office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For
5  information on retrieving this filing directly from the court, please see the court's main web site
6  at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7  This filing was not efiled for the following reason(s):
8  [_] Voluminous Document (PDF file size larger than the efiling system allows)
9  [_] Unable to Scan Documents
10 [_] Physical Object (description): _____
11 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
12 [X] Item Under Seal
13 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
14 [_] Other (description): _____

17 Dated:  July 23, 2008                                         KEKER & VAN NEST, LLP

20                                                               By: /s/ Rebekah Punak
                                                                 REBEKAH PUNAK

                                                                 Attorneys for Defendants
22                                                               GAP INTERNATIONAL SALES, INC.,
                                                                 THE GAP, INC., BANANA REPUBLIC,
23                                                               LLC, and OLD NAVY, LLC

421850.01

1
[CORRECTED] NOTICE OF MANUAL FILING
Case No. C 07-03363 CRB