| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 5 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Date: August 29, 2008<br>Time: 10:00 a.m.<br>Dept: 8<br>Judge: Honorable Charles R. Breyer |
| Defendants. | **Trial Date: October 6, 2008** |

1  Defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC and Old
2  Navy, LLC's Notice of Motion and Motion for Summary Judgment, or, in the Alternative,
3  Summary Adjudication; Memorandum of Points and Authorities in Support Thereof; and the
4  accompanying Declaration of Rebekah Punak were filed in hard copy form only and are being
5  maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing
6  will be served in hard-copy shortly.  For information on retrieving this filing directly from the
7  court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently
8  Asked Questions (FAQ).

9  This filing was not efiled for the following reason(s):

10 [_] Voluminous Document (PDF file size larger than the efiling system allows)
11 [_] Unable to Scan Documents
12 [_] Physical Object (description): _____
13 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
14 [X] Item Under Seal
15 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
16 [_] Other (description): _____

18 Dated:  July 25, 2008                                   KEKER & VAN NEST, LLP

21                                                By:  _____/s/ Rebekah Punak_____
                                                              REBEKAH PUNAK

22                                                 Attorneys for Defendants
23                                                 GAP INTERNATIONAL SALES, INC.,
                                                   THE GAP, INC., BANANA REPUBLIC,
24                                                 LLC, and OLD NAVY, LLC

421560.01

1
NOTICE OF MANUAL FILING
Case No. C 07-03363 CRB