| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| | CHRISTA M. ANDERSON - #184325 |
| 2 | DAN JACKSON - #216091 |
| | ROSE DARLING - #243893 |
| 3 | REBEKAH PUNAK - #248588 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendants |
| | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| 7 | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **ORDER GRANTING GAP'S ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

1  Pursuant to Northern District Civil Local Rule 79-5, defendants Gap International Sales,
2  Inc, The Gap, Inc., Banana Republic, LLC, and Old Navy, LLC filed a miscellaneous request to
3  file documents under seal and a declaration in support of that request on July 23, 2008.  The
4  documents at issue are Gap's Reply Re Motion for Protective Order and Declaration of Donald
5  Fisher in Support of Reply Re Motion for Protective Order.
6  GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that
7  Gap's Reply Re Motion for Protective Order and Declaration of Donald Fisher in Support of
8  Reply Motion for Protective Order shall be filed under seal**.**
9
10  **IT IS SO ORDERED.**
11  Date:    July 25, 2008                                             _____
                                                                        HONORABLE WAYNE D. BRAZIL
12                                                                     United States District Court Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER GRANTING GAP'S ADMINISTRATIVE REQUEST
TO FILE DOCUMENT UNDER SEAL
Case No. C 07-03363 CRB

421845.01