| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
|   | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
|   | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
|   | San Francisco, CA  94111-1704 |
| 5 | Telephone:  (415) 391-5400 |
|   | Facsimile:  (415) 397-7188 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
|   | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, |
| 8 | LLC |

KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
REBEKAH PUNAK - #248588
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Date:     August 29, 2008<br>Time:     10:00 a.m.<br>Dept:     8<br>Judge:   Honorable Charles R. Breyer |
| Defendants. | **Trial Date: October 6, 2008** |

421562.01

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
Case No. C 07-03363 CRB

1   Pursuant to Civil Local Rule 79-5(c), defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this Miscellaneous Administrative Request to File a Document Under Seal.

The documents that are the subject of this request are Defendants Gap's Notice of Motion and Motion for Summary Judgment, or in the Alternative, Summary Adjudication; Memorandum of Points and Authorities In Support Thereof ("Gap's MSJ") and [Sealed] **Exhibits 1, 3, 8, 12, 13, 19, 22, 23, 25-29, 36-39** to the accompanying Declaration of Rebekah Punak ("Punak Decl."). There is good cause to file these documents under seal. [Sealed] **Exhibits 8 and 36-39** to the Punak Declaration are documents that have been marked "Confidential" or "Highly Confidential" by Gap pursuant to the parties' stipulated protective order. These documents contain sensitive and other confidential business information belonging to Gap, the disclosure of which could harm Gap. [Sealed] **Exhibits 1, 3, 12, 13, 19, 22, and 25-29** were marked "Confidential" by Roots pursuant to the parties' stipulated protective order. [Sealed] **Exhibit 23** was marked "Confidential" by Gabana pursuant to the parties' stipulated protective order in the matter of *Gabana Gulf Distrib., LTD v. Gap, Int'l Sales, Inc.*, Case No. C 06 2584 CRB (EDL). Gap's MSJ makes extensive reference to the contents of the confidential exhibits that are attached to the Punak Declaration.

Accordingly, Gap respectfully requests that the Court permit the sealing of the documents set forth above, and order that the Clerk of the Court maintain it in accordance with the provisions of Local Civil Rule 79-5(e).

Dated: July 25, 2008                                KEKER & VAN NEST, LLP


By:   /s/ Dan Jackson
         DAN JACKSON

Attorneys for Defendants
GAP INTERNATIONAL SALES, INC.,
THE GAP, INC., BANANA REPUBLIC,
LLC, and OLD NAVY, LLC