

**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL**

1
[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENT UNDER SEAL
Case No. C 07-03363 CRB

421574.01