KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
REBEKAH PUNAK - #248588
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**DECLARATION OF DAN JACKSON IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL**<br><br>Date:     August 29, 2008<br>Time:    10:00 a.m.<br>Dept:     8<br>Judge:   Honorable Charles R. Breyer<br><br>**Trial Date: October 6, 2008** |

421571.01

DECLARATION OF DAN JACKSON IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
Case No. C 07-03363 CRB

I, Dan Jackson, declare and state:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for defendants The Gap, Inc., a/k/a Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap") in the above-captioned action. I am duly admitted to practice law before this Court.

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. I make this declaration pursuant to Civil Local Rule 79-5(c) with respect to documents that Gap has requested to file under seal in the Miscellaneous Administrative Request, which addresses, (1) the unredacted version of Defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC and Old Navy, LLC's Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof ("Gap's Unredacted MSJ") and (2) [Sealed] **Exhibits 1, 3, 8, 12, 13, 19, 22, 23, 25-29, 36-39** to the accompanying Declaration of Rebekah Punak ("Punak Decl.").

4. [Sealed] **Exhibits 1, 3, 8, 12, 13, 19, 22, 23, 25-29, 36-39** contain non-public information that has been designated "Confidential" or "Highly Confidential" pursuant to the parties' stipulated Protective Order. [Sealed] **Exhibits 8 and 36-39** consist of several non-public documents produced by Gap in this case, including confidential transcripts of depositions of current and former Gap executives. [Sealed] **Exhibits 1, 3, 12, 13, 19, 22, and 25-29** were marked "Confidential" by Roots pursuant to the parties' stipulated protective order. [Sealed] **Exhibit 23** was marked "Confidential" by Gabana pursuant to the parties' stipulated protective order in the matter of *Gabana Gulf Distrib., LTD v. Gap, Int'l Sales, Inc.*, Case No. C 06 2584 CRB (EDL).

5. [Sealed] **Exhibits 8 and 36-39** contain non-public information that has been designated "Confidential" or "Highly Confidential" by Gap pursuant to the parties' stipulated Protective Order. These exhibits contain excerpts from the confidential transcripts of the depositions of current and former Gap executives. These confidential transcripts reflect non-

1
DECLARATION OF DAN JACKSON IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
Case No. C 07-03363 CRB

421571.01

1   public information relating to Gap's international franchise and distributor businesses.

2       6.    The Unredacted MSJ contains extensive references that cover information

3   contained in **Exhibits 1, 3, 8, 12, 13, 19, 22, 23, 25-29, 36-39** and is confidential for the reasons

4   stated above.

5       7.    For the foregoing reasons, **Exhibits 1, 3, 8, 12, 13, 19, 22, 23, 25-29, 36-39** to the

6   Punak Declaration and the Unredacted MSJ should be filed under seal.

7       I declare under penalty of perjury under the laws of the United States that the foregoing is

8   true and correct, and that this declaration was executed on July 25, 2008, at San Francisco,

9   California.

                                                          /s/ Dan Jackson
                                                          DAN JACKSON

421571.01

2
DECLARATION OF DAN JACKSON IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENT UNDER SEAL
Case No. C 07-03363 CRB