# EXHIBIT 1

Case 3:07-cv-03363-CRB   Document 181-2   Filed 07/25/2008   Page 1 of 2

# EXHIBIT 1
# FILED UNDER SEAL