# EXHIBIT 3

# EXHIBIT 3
# FILED UNDER SEAL