# EXHIBIT 5

## CONVENTION COMMERCIALE

**ENTRE LES SOUSSIGNEES**

- la Société SOLKA, Société par Actions Simplifiée au capital social de 730.132 euros, dont le siège social est 26 rue Marbeuf 75008 PARIS,

Immatriculée au Registre du Commerce et des Sociétés de PARIS sous le numéro 405.325.051,

Représentée par Monsieur Jacques FABRE, en sa qualité de Président.

D'UNE PART,

ET,

- la Société GABANA GULF DISTRIBUTION LIMITED, Société au capital de 50.000,00 livres sterling, dont le siège social est 2 Babmaes Street G.B. LONDON SW1Y 6NT,

Immatriculée dans le *Companies Act 1985* de Londres sous le numéro 4365033

Représentée par Monsieur François R. LARSEN en sa qualité d'administrateur.

D'UNE AUTRE PART,

**IL A ETE EXPOSE QUE :**





EXHIBIT 47

JANIS JENNINGS, CSR 3942

GAB_0051204
RTS00051005



La Société SOLKA est titulaire d'un contrat de distribution non exclusive des surplus des vêtements, sacs et accessoires, fabriqués par la Société GAP Inc, sous les marques GAP, BANANA REPUBLIC et OLD NAVY, dans le territoire suivant :

Ce contrat est d'une durée d'une (1) année, à compter du 1<sup>er</sup> juin 2001, poursuivie par tacite reconduction pour une nouvelle période d'un (1) an, à compter du 1<sup>er</sup> juin 2002.

**PUIS, IL A ETE CONVENU CE QUI SUIT :**

### Article 1

La Société SOLKA confère à la Société GABANA GULF DISTRIBUTION LIMITED, qui accepte, l'exploitation du contrat de distribution des produits de la Société GAP Inc, et ce, pour le territoire et les produits visés audit contrat.

La Société SOLKA déclare avoir reçu l'agrément de la Société GAP Inc, pour la sous-traitance de l'exécution du contrat de distribution à la Société GABANA GULF DISTRIBUTION LIMITED.

La Société GABANA GULF DISTRIBUTION LIMITED exercera sa mission en qualité de sous-traitant de la Société SOLKA, sans aucun droit sur le contrat de distribution, qui demeure la propriété de la Société SOLKA jusqu'à son échéance ou son non-renouvellement par Gap Inc..

### Article 2

La Société GABANA GULF DISTRIBUTION LIMITED devra assurer l'ensemble des opérations entrant dans le cadre dudit contrat, et notamment la gestion commerciale, financière, comptable et administrative.

La Société GABANA GULF DISTRIBUTION LIMITED s'engage à respecter strictement les obligations prévues au contrat de distribution, dont elle déclare avoir reçu une copie.

La Société SOLKA apportera son aide à la Société GABANA GULF DISTRIBUTION LIMITED pour la bonne exécution du contrat. Elle mettra à disposition de la Société GABANA GULF DISTRIBUTION LIMITED une personne, qui sera son interlocuteur. Les frais d'assistance seront refacturés à la Société GABANA GULF DISTRIBUTION LIMITED, sur la base des frais réels.

La société SOLKA pourra contrôler les comptes de la société GANANA GULF DISTRIBUTION LIMITED, qui s'engage à lui donner libre accès à sa comptabilité et à lui remettre tout document justificatif, soit directement soit par son expert comptable. La société SOLKA préviendra la société GABANA GULF DISTRIBUTION LIMITED de sa demande de contrôle, quinze (15) jours à l'avance.



GAB_0051205
RTS00051006

Les parties agiront à tout moment en toute indépendance, sans que le contrat ne puisse être réputé créer une quelconque filiale ou entreprise commune, ni un quelconque lien de subordination.

## Article 3

Le présent contrat est conclu pour une durée d'une (1) année à compter du 1er mai 2002.

Chaque partie pourra y mettre fin à tout moment, par lettre recommandée avec avis de réception, et en respectant un préavis d'un (1) mois.

La fin ou la rupture du contrat ne donnera lieu à aucune indemnité.

## Article 4

La Société GABANA GULF DISTRIBUTION LIMITED s'engage à verser à titre de rémunération, à la Société SOLKA :

un pourcentage de 20 % du chiffre d'affaires net réalisé par la Société GABANA GULF DISTRIBUTION LIMITED, au titre du contrat de distribution, pour la période d'exécution (en principe 1er Mai 2002 / 30 Avril 2003).

A la fin de chaque période annuelle il sera procédé au réajustement des montants, ceci dans un délai de maximum 60 jours après la clôtures des comptes de Gabana.

## Article 5

Le présent contrat est soumis au droit Suisse

Tout différend pouvant s'élever relativement à l'exécution ou à l'interprétation des présentes sera soumis au Tribunal de Commerce de Genève

Les parties déclarent faire élection de domicile ainsi qu'indiqué en tête des présentes.

FAIT A PARIS
En double exemplaire
Le 1er mai 2002

Société SOLKA
Représentée par Monsieur A. FABRE

Société GABANA GOLF DISTRIBUTION LIMITED
Représentée par Monsieur François B. LARSEN

GAB_0051206
RTS00051007