# EXHIBIT 6

## COMMERCIAL AGREEMENT

BETWEEN THE UNDERSIGNED

- The company SOLKA, a Simplified Corporation with capital of 730,132 euro, headquartered at 26 rue Marbeuf, 75008 PARIS,

  Recorded with the Register of Commerce and Companies of PARIS under number 405,325,051,

  Represented by Mr. Jacques FABRE, in his capacity as President.

  PARTY OF THE FIRST PART,

AND,

- The Company GABANA GULF DISTRIBUTION LIMITED, a Company with capital of 50,000.00 pounds sterling, headquartered at 2 Babmaes Street, G.B. LONDON SW1Y GNT,

  Recorded with the Companies Act 1985 of London under number 4365033

  Represented by Mr. François B. LARSEN in his capacity as administrator.

  PARTY OF THE SECOND PART,

RECITALS:

[2 sets of initials]





GAB_0051204

SOLKA owns a non-exclusive distribution contract of the surplus of clothing, bags, and accessories manufactured by the Company GAP Inc., under the brands GAP, BANANA REPUBLIC and OLD NAVY, in the following territory:

This contract has a term of one (1) year from June 1, 2001, continued by tacit extension for a new term of one (1) year starting June 1, 2002.

**THEN, IT HAS BEEN AGREED AS FOLLOWS:**

Article 1

SOLKA grants GABANA GULF DISTRIBUTION LIMITED, which accepts the exploitation of the distribution contract of the products of GAP Inc., for the territory and products referred to in said contract.

SOLKA declares that it received the approval of GAP Inc. to sub-contract the performance of the distribution contract to GABANA GULF DISTRIBUTION LIMITED.

GABANA GULF DISTRIBUTION LIMITED will carry out its mission as sub-contractor of SOLKA, without any right in the distribution contract, which remains property of SOLKA until its expiration or non-renewal by Gap Inc.

Article 2

GABANA GULF DISTRIBUTION LIMITED must carry out all operations included in the framework of said contract and specifically the commercial, financial, accounting, and administrative management.

GABANA GULF DISTRIBUTION LIMITED undertakes to strictly comply with the obligations indicated in the distribution contract, of which it declares having received a copy.

SOLKA will help GABANA GULF DISTRIBUTION LIMITED for the correct performance of the contract. It will make available to GABANA GULF DISTRIBUTION LIMITED one person who will be its contact. Assistance expenses will be re-billed to GABANA GULF DISTRIBUTION LIMITED based on real expenses.

SOLKA may audit the accounts of GANANA [sic] GULF DISTRIBUTION LIMITED, which undertakes to give it free access to its accounting and to deliver to it any back-up document either directly or through its accountant. SOLKA will notify GABANA GULF DISTRIBUTION LIMITED of its audit request fifteen (15) days in advance.

[2 sets of initials]




The parties will act at all times in full independence, whereby the contract may not be reputed to create any affiliate or joint venture or any subordination connection.

### Article 3

This contract is executed for a term of one (1) year from May 1, 2002.

Each party may terminate it at any time by registered letter with acknowledgment of receipt, respecting a notice of one (1) month.

The end or termination of the contract will not give rise to any indemnity.

### Article 4

GABANA GULF DISTRIBUTION LIMITED undertakes to pay to SOLKA, as remuneration:

a percentage of 20% of the net turnover obtained by GABANA GULF DISTRIBUTION LIMITED under the distribution contract for the period of execution (in principle May 1, 2002/April 30, 2003).

At the end of each annual period, the amounts will be settled, within a maximum term of 60 days after the closing of the accounts of Gabana.

### Article 5

This contract is governed by Swiss law.

Any dispute that may arise from the performance or interpretation hereof will be submitted to the Commercial Court of Geneva.

The parties declare that the elected domicile is as first indicated herein.

> MADE IN PARIS
> In two counterparts
> May 1, 2002

[signature]
SOLKA
Represented by Mr. J. FABRE

[signature]
GABANA GOLF [sic] DISTRIBUTION LIMITED
Represented by Mr. François B. LARSEN

GAB_0051206



**GABANA GULF DISTRIBUTION LIMITED**
Registered office: 2 Babmaes Street • GB-London SW1Y 6NT

DELIVERED IN PERSON
WITH ACKNOWLEDGMENT OF RECEIPT
SOLKA SA
26, rue Marbeuf
F-75008 Paris
France

Geneva, October 31, 2002

<u>RE:</u> Commercial Agreement – Amendment No. 1

Gentlemen,

We are referring to the commercial agreement signed on May 1, 2002 and more particularly to Article 4 concerning the remuneration owed to Solka.

Given the reduced development of the distribution of the products of Gap Inc., the expenses related to storage, transport, customs clearance, and documentary credits, it is agreed between the two parties that the percentage of the net turnover paid as remuneration is brought down to 7% instead of 20% initially indicated. This rate will be revised as soon as the business market will allow.

Please return the enclosed acknowledgment of receipt and, thanking you in advance, we remain, sincerely,

[signature]
François B. LARSEN

Mailing address:
c/o Merchiston Management
P.O. Box 1108 – 1211 Geneva 1 – Switzerland
Phone: +41 22 839 32 32 – Fax: +41 22 839 32 30

GAB_0051207

**GABANA GULF DISTRIBUTION LIMITED**
Registered office: 2 Babmaes Street • GB-London SW1Y 6NT

### ACKNOWLEDGMENT OF RECEIPT

DELIVERED IN PERSON
WITH ACKNOWLEDGMENT OF RECEIPT
SOLKA SA
26, rue Marbeuf
F-75008 Paris
France

Geneva, June 30, 2003

RE: Commercial Agreement

Gentlemen,

We hereby ask you to take note of the termination as of August 31, 2003 of the abovementioned Agreement signed on May 1, 2002.

This termination follows the cancellation by Gap Inc. on May 13, 2003 of the non-exclusive distribution license of the surplus manufactured by GAP granted at the time to Solka SA.

Please return the enclosed acknowledgment of receipt and, thanking you in advance, we remain, sincerely,

[signature]
François B. LARSEN

Signature: [signature]

Mailing address.
c/o Merchiston Management
P.O. Box 1108 – 1211 Geneva 1 – Switzerland
Phone: +41 22 839 32 32 – Fax. + 41 22 839 32 30

GAB_0051208



**TRANSPERFECT TRANSLATIONS**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
TOKYO
TORONTO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Pamela Boyle, hereby certify that the attached translation of GAB_0051204 – GAB_0051208, is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Pamela Boyle

Sworn to before me this

13th day of March 2007

Signature, Notary Public

BRENDA GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GO6109515
QUALIFIED IN BRONX COUNTY
MY COMMISSION EXPIRES MAY 10, 20__
Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM