# EXHIBIT 8

# EXHIBIT 8
# FILED UNDER SEAL