# EXHIBIT 9



Ehlen, Jon [ROUGH] 7/15/2008 9:00:00 AM

```
 1
 2     UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA
 3     (SAN FRANCISCO DIVISION)
       _____X
 4     ROOTS READY MADE GARMENTS    )
       WLL,                          )
 5                                   )
            Plaintiff,    )
 6                                   )
       -against-                     )
 7                        ) Index No.
                          ) CO 73263
 8     THE GAP INCORPORATED, ET AL, )
                                     )
 9          Defendant.    )
       _____X
10
11
12
13
14
15
16          VIDEOTAPED DEPOSITION OF JON EHLEN
                   New York, New York
17              July 15, 2008
18
19
20
21
22
23
24     Reported by:
       Judi Johnson, RPR, CRR, CLR
25     Job No.: 17735
```

Ehlen, Jon [ROUGH] 7/15/2008 9:00:00 AM

1
2       620 Eighth Avenue
        New York, New York
3
4       July 15, 2008
        9:00 A.M.
5
6
7
8
9
10
11
12
13      Videotaped Deposition of JON EHLEN,
14      held at the offices of COVINGTON AND
15      BURLING, LLP, 620 Eighth Avenue, New York,
16      New York, pursuant to Notice, before Judi
17      Johnson, a Registered Professional Reporter,
18      a Certified Realtime Reporter, a Certified
19      LiveNote Reporter and Notary Public of the
20      State of New York.
21
22
23
24
25

Ehlen, Jon [ROUGH] 7/15/2008 9:00:00 AM

1            ROUGH - JON EHLEN

2       Q    I don't think you answered it, that's
3   why.
4       A    Not that I know of -- oh, I'm sorry.
5   Strike that. They did Lebanon. They were
6   looking for a partner in Lebanon with Francois.
7   There was an introduction of some sort.
8       Q    Was that Grand Stores?
9       A    Yes.
10      Q    And did you have an understanding as
11  to why Roots was involved in introducing Grand
12  Stores to Gap?
13      A    Not at the time. They seemed to be
14  every where Francois went, a representative from
15  Roots.
16      Q    When you say they seemed to be every
17  where Francois went, what do you mean?
18      A    Well, when I met with Francois for the
19  most part, there were very few times that I met
20  with Francois alone. There were usually many
21  people around him and there was usually a
22  representative from Roots.
23      Q    Did there come a point in time when
24  you began to receive requests from Gabana or
25  Roots to approve retailers in the Middle East?

Ehlen, Jon [ROUGH] 7/15/2008 9:00:00 AM

| | |
|---|---|
| 1 | ROUGH - JON EHLEN |
| 2 | A   Gabana, yes. |
| 3 | Q   And which retailers were approved? |
| 4 | A   I'm sorry? |
| 5 | Q   Which retailers were approved in the |
| 6 | Middle East? |
| 7 | A   Oh, were approved? In the beginning, |
| 8 | there was a store in Bahrain. I don't recall |
| 9 | the name. There was a retail location in Saudi |
| 10 | Arabia. I believe it was called Red Square. |
| 11 | There was Roots, I believe they had three |
| 12 | locations in Qatar over the period of time. |
| 13 | There was another retailer, the parent company |
| 14 | was RSH but that wasn't the retailer. Studio R |
| 15 | was the retailer. The parent company was RSH. |
| 16 | Q   That was in UAE? |
| 17 | A   Yes. |
| 18 | Q   And those were the ones that were |
| 19 | approved? |
| 20 | A   As far as I know. I'm sure there |
| 21 | could've been others. |
| 22 | Q   So appear Asians were received by Gap |
| 23 | and they were approved for those retailers? |
| 24 | A   Well, we asked them to submit |
| 25 | photographs and, you know, make sure that the |

Ehlen, Jon [ROUGH] 7/15/2008 9:00:00 AM

1      ROUGH - JON EHLEN
2      provided them, they should -- we asked them to
3      use the exact materials.
4      Q    Uh-huh. And do you know if that
5      involved any construction?
6      A    No, not that I know of.
7      Q    And RSH was approved in --
8      A    Yes.
9      Q    In UAE?
10     A    Absolutely.
11     Q    Now, were there any applications for
12     retailers in the Middle East that were not
13     approved by Gap?
14     A    Oh, I believe so, yes. I don't know
15     which ones they were but I know there were some
16     that were requested.
17     Q    Did there come a point in time where
18     Gap made the decision to slow down the approval
19     of new retailers in the Middle East?
20     A    I think so, yes.
21     Q    And why was that?
22     A    As they started to consider franchise
23     in a different business model.
24     Q    And when was that?
25     A    I believe it was the end of 2005 after

Ehlen, Jon [ROUGH] 7/15/2008 9:00:00 AM

```
 1            ROUGH - JON EHLEN
 2      A    I don't recall.
 3            MR. HANEY: I'd Lyme to mark as 135 an
 4      E-mail from Isabelle Richard to Jon Ehlen
 5      dated July 4, 2003 relating to
 6      B-E-I-D-O-U-N. Trading in Kuwait.
 7            (Whereupon, Bates document GGD
 8      003297-3301 was marked as Plaintiff's
 9      Exhibit 135 for identification, as of this
10      date.)
11   BY MR. HANEY:
12      Q    Is 135 an E-mail that you received
13      from Isabelle Richard dated July 4th, 2003
14      forwarding a retail -- retailer approval request
15      form for company called Beidoun Trading Company
16      in Kuwait?
17      A    Yes.
18      Q    And was that approved by Gap?
19      A    Yes.
20      Q    And were sales ever made to Beidoun
21      Trading?
22      A    No.
23      Q    Why not?
24      A    I don't -- I don't recall.
25      Q    I'd like to show you what's been
```

Ehlen, Jon [ROUGH]  7/15/2008  9:00:00 AM

```
 1              ROUGH - JON EHLEN
 2     marked as Exhibit 4.  (Handing.)
 3           And my first question is whether you
 4     are familiar with Exhibit 4?
 5        A   Yes, I am.
 6        Q   Were you involved in drafting or
 7     negotiation of Exhibit 4?
 8        A   No.
 9        Q   When did you first see it?
10        A   When I first joined ISP.  This
11     particular one is a standard ISP contract.
12     There may be some changes in here for the
13     particular customer which is Gabana gulf
14     distribution LTD.
15        Q   Was Roots a signatory to this
16     document?
17        A   Not that I'm aware.
18        Q   Was Roots intended to be a beneficiary
19     of this document to your knowledge?
20        A   Not that I'm aware.
21        Q   And was Roots agreeing to be bound by
22     this document in any way?
23           MS. DURIE:  Objection.  Calls for
24     speculation.
25        A   Yeah, I don't -- I don't know.
```

Ehlen, Jon [ROUGH]  7/15/2008  9:00:00 AM

1  ROUGH - JON EHLEN
2  at that time.
3  Q  Uh-huh.  I'd like to show you what's
4  been marked as Exhibit 63.  (Handing.)
5      And my first question is whether
6  you've seen 63 before?
7  A  Yes, I have.
8  Q  And what is 63?
9  A  It is a renewal of the previous
10 contract, the ISP contract with Gabana.
11 Q  And were you involved in any
12 discussions relating to this contract?
13 A  Yes, I was.
14 Q  And who were those discussions with?
15 A  Many people.  Jim Bell, who was our
16 Comptroller at the time.  Julie Camberg, our
17 in-house counsel and Francois Larsen, they come
18 to mind.
19 Q  Was Mr. Larsen the only person outside
20 of Gap that you had discussions with about this
21 contract?
22 A  As far as I recollect.
23 Q  So nobody from Roots was involved in
24 any discussions about this contract?
25 A  Not that I'm aware.