# EXHIBIT 10



May 19, 2003

Mr. Jacques Fabre
Mr. Francois Larsen
Gabana Gulf Distribution Ltd.
c/o Merchiston Management
PO Box 1108
1211 Geneva 1
Switzerland

Dear Mr. Fabre and Mr. Larsen:

I received your letter dated May 13, 2003 regarding the change of ownership in Gabana Distribution Ltd. whereby the parent company for Gabana Gulf Distribution Ltd and Gabana Distribution Ltd, will sell 49% of its shares to the Qatari group including:

Sheikh Abdullah Bin Khalid AL-Thani
Sheikh Faisal bin Ahmad Al-Thani
Sheikh Abdulrehman Bin Nasser Al-Thani
Mr. Ashraf Abdel Rahim Abu Issa
Mr. Nabil Abdel Rahim Abu Issa

I hereby confirm that pursuant to paragraphs 9(d) of the Excess Inventory Agreement and 9(e) of the ISP Agreement (collectively the "Agreements") that Gap Inc. agrees to this change in ownership. Furthermore, Gap Inc. retains its full rights under the Agreements regarding any future changes in ownership of Gabana Distribution or Gabana Gulf Distribution Ltd.

Sincerely,

Jim Bell
Director
Gap Inc. Outlet

CONFIDENTIAL

RRMG00008207