# EXHIBIT 11

| | |
|---|---|
| From: | François B. Larsen |
| Sent: | Tuesday, May 20, 2003 10:09 AM |
| To: | 'Jim BELL (jim_bell@gap.com)' |
| Cc: | 'Polina Marklova' |
| Subject: | Visite to San Francisco |

Dear Jim,

Following our conversation I would like to confirm the desire of Jacques Fabre to visit Gap Inc in San Franscisco any time beginning of June.
His objective is to introduce to you the new shareholders of the Gabana group.
Mr. Fabre will be accompanied by the following people :

Jacques Fabre
Sheikh Faisal bin Ahmad Al-Thani (partner and son in law of Sheikh Abdullah Bin Khalid AL-Thani) Director of Gabana
Mr. Ashraf Abdel Rahim Abu Issa (Director and shareholder of Blue Salon)
Mr. Amin El Sokari (representative of Sheikh Abdullah Bin Khalid AL-Thani)
François B. Larsen, Managing director of Gabana

Jacques would very much appreciate if you could organize for him to meet with you and Polina as well as with Mr. Byron H. Pollitt Jr, Mr. Goldberg and the representative for the ISP program.
Jacques' delegation is at your disposal for any dates that would be convenient for Gap inc and looks forward to your proposed date(s).

Many thanks in advance for your help,

regards,

FRANÇOIS
flarsen@gabana-ltd.com
Phone   +41 22 908 34 34
Fax     +41 22 908 34 36
Mobil   +41 79 200 87 53

EXHIBIT 11
Faisal 6/4/08
(WITNESS) (DATE)
JANIS JENNINGS, CSR 3942

GAB_001510
RTS00001511