# EXHIBIT 12

# EXHIBIT 12
# FILED UNDER SEAL