# EXHIBIT 13

# EXHIBIT 13
# FILED UNDER SEAL