# EXHIBIT 17

# EXHIBIT 17
# INTENTIONALLY
# OMITTED