# EXHIBIT 19

# EXHIBIT 19
# FILED UNDER SEAL