# EXHIBIT 22

# EXHIBIT 22
# FILED UNDER SEAL