# EXHIBIT 23

# EXHIBIT 23
# FILED UNDER SEAL