# EXHIBIT 24



Gap
Banana Republic
Old Navy

GPS Services
345 Spear Street
San Francisco, CA 94105
650 952 4400 tel

May 12, 2005

**Via Facsimile and Overnight Courier**

Francois Larsen
Managing Director
Gabana Gulf Distribution LTD
C/o Merchiston Management
Rue du Cendrier 17
CH-1201 Geneva Switzerland

Dear Francois:

Pursuant to paragraph 9(d) of the September 1, 2004 Gap Inc. International Sales Program Distributor License Agreement between Gabana Gulf Distribution LTD ("Gabana") and Gap International B.V. ("Gap"), Gap hereby provides Gabana with 90 days written notice of termination. Thus, the Agreement shall terminate on August 10, 2005 (the "Termination Date").

Please note that Gabana must continue to comply with the continuing obligations under the Agreement, including the terms set forth in paragraph 9(h) of the Agreement, which includes a requirement that Gabana complete all sales of Authorized Goods within 180 days of the Termination Date.

We have appreciated the opportunity to work with Gabana over the last few years and wish you much success in the future.

Regards,

Ron Young
VP, International New Business Development

EXHIBIT 16
(WITNESS)
(DATE)
JANIS JENNINGS, CSR 3942

GAB_008821
RTS00008823