# EXHIBIT 25

# EXHIBIT 25
# FILED UNDER SEAL