# EXHIBIT 26

# EXHIBIT 26
# FILED UNDER SEAL