# EXHIBIT 27

# EXHIBIT 27
# FILED UNDER SEAL