# EXHIBIT 28

# EXHIBIT 28
# FILED UNDER SEAL