# EXHIBIT 29

# EXHIBIT 29
# FILED UNDER SEAL