# EXHIBIT 30


 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

- - - - - - - - - - - - - - - - -

ROOTS READY MADE GARMENTS CO. )
W.L.L. )
 )
 Plaintiff, )
 v. ) Case No.
 ) C 07 3363 CRB
 )
THE GAP, INC., a/k/a, GAP, INC., )
GAP INTERNATIONAL SALES, INC., )
BANANA REPUBLIC, LLC, AND OLD )
NAVY, LLC, )
 )
 Defendants. )

- - - - - - - - - - - - - - - - -

CERTIFIED COPY

VIDEOTAPED DEPOSITION OF KIFAH BALAWI

VOLUME I

Monday, June 23, 2008

AT: 11:04 a.m.

Taken at:

Hotel Shangri-La
Sheikh Zayed Road
P.O. Box 75880
DUBAI, UNITED ARAB EMIRATES

West Court Reporting Services          800.548.3668 Ext. 1

```
 1              THE INTERPRETER:  Where?
 2              MR. HANEY:  Qatar.
 3              MS. DURIE:  I can't pronounce it correctly.
 4              MR. HANEY:  There are two different pronunciations
 5    of it.
 6              A.  No.
 7              MS. DURIE:  I think the correct pronunciation is
 8    somewhere right between two sounds that we can make -- that
 9    we can't make; at least I can't make.
10              MR. HANEY:  I think there is a classic Arabic and
11    there is a Qatari dialect, I am told.
12              BY MS. DURIE:
13         Q.   Were you present for any discussions about the
14    possibility of Roots acquiring franchise rights?
15              THE INTERPRETER:  Acquiring?
16              BY MS. DURIE:
17         Q.   Franchise rights.
18         A.   No.
19         Q.   Did you have any responsibility for preparing
20    any sales projections?
21         A.   One of the team, yes.
22         Q.   Who else had responsibility for preparing the
23    sales projections?
24         A.   Ashraf, Naser, Sheikh Faisal, myself.
25         Q.   What was your role in preparing projections?
```



1   Q.  Discussed with the retailer.
2   A.  The retailer discussed with us, and they asked
3   us for the franchise?  Your question?
4   Q.  My question was just: did any of those trips
5   involve discussions with retailers about a possible
6   franchise relationship?
7   A.  For me -- for myself, no.
8   Q.  None of the trips that you were involved in?
9   A.  No.
10  MS. DURIE:  Okay.  Nothing further.
11  THE VIDEOGRAPHER:  This marks the end of videotape
12  number 2, volume 1, of the video deposition of Kifah Balawi.
13  This concludes the video deposition of Kifah Balawi.  Going
14  off the record.  The time is 15:10.
15  (3:10 p.m.)
16       (Whereupon the deposition concluded)

```
 1                  CERTIFICATE OF COURT REPORTER

 2

 3   I, ROSE HELEN CLAIRE KAY, an Accredited LiveNote Reporter,
     hereby certify that the testimony of the witness KIFAH
 4   BALAWI in the foregoing transcript, numbered pages 1 through
     98, taken on Monday, June 23, 2008 was recorded by me in
 5   machine shorthand and was thereafter transcribed by me; and
     that the foregoing transcript is a true and accurate
 6   verbatim record of the said testimony.

 7

 8   I further certify that I am not a relative, employee,
     counsel or financially involved with any of the parties to
 9   the within cause, nor am I an employee or relative of any
     counsel for the parties, nor am I in any way interested in
10   the outcome of the within cause.

11

12

13

14

15   Signed:   ..................  [signature]

16   ROSE HELEN CLAIRE KAY

17   Dated:    Monday, June 23, 2008

18

19

20

21

22

23

24

25
```