# EXHIBIT 35

# François B. LARSEN

**From:** François B. LARSEN
**Sent:** 5/25/2004 10:07:16 AM
**To:** 'Mr. Naser BEHEIRY, Doha' rootsco@qatar.net.qa; 'Mr. Naser BEHEIRY, Dubai' rmginte@emirates.net.ae;
**Cc:** Isabelle RICHARD /O=MERCHISTON/OU=POWERSERVER/CN=RECIPIENTS/CN=Isabelle ;
**Bcc:**
**Subject:** Ad layouts Dubai/Qatar
**Attachments:** IMSTP.gif;

Dear Naser,

We thank you for the forwarding of the "Dubai Ads".
The issue has been discussed with Gap Inc, who have requested that we forward our example of those "mistaken" Ad to them.

It goes without saying that such ads represents a major breach of contract and that Gap Inc will not allow one single more of these "errors". May we kindly remind you that we have delegated to you the responsibility to verifying that all your clients abido to their signed obligations in this respect.

For what concerns the Qatar Ads, may we kindly require that you provide us, not only with a final Ad copy but more importantly with a copy of your signed proof reading before its goes to publishing.

We thank you in advance.

FRANÇOIS B. LARSEN

-----Original Message-----
From: Isabelle RICHARD [mailto:irichard@amp-partners.com]
Sent: mardi, 25, mai 2004 15:11
To: Naser Beheiry (E-mail)
Cc: François Larsen (E-mail)
Subject: RE: Ad layouts, Qatar
Importance: High

Dear Naser,
Pls be informed that the Ads have been approved. As for RSH please provide us with 2 copies of the ads of each newspaper it gets published in.
Do you already have an idea when these will be published ?

Thanks and regards

Isabelle
Gabana Gulf Distribution Ltd.
irichard@gabana-ltd.com
+4122 839 32 32 (phone)
+4122 839 32 30 (fax)

-----Original Message-----
From: Naser [mailto:naserb@bluesalon.com]
Sent: mardi, 18. mai 2004 14:49
To: irichard@gabana-ltd.com
Subject: Ad layouts, Qatar

Dear Isabelle:


EXHIBIT 59
(WITNESS) (DATE)
JANIS JENNINGS, CSR 3942


EXHIBIT
Richard 16
9-11-07 KH


EXHIBIT
84

GAB_0049386

Any news about the ads from GAP?

Thank you,

Naser

*IncrediMail* - Email has finally evolved - <u>Click Here</u>

GAB_0049387