# EXHIBIT 36

# EXHIBIT 36
# FILED UNDER SEAL