# EXHIBIT 37

# EXHIBIT 37
# FILED UNDER SEAL