# EXHIBIT 38

# EXHIBIT 38
# FILED UNDER SEAL