# EXHIBIT 39

# EXHIBIT 39
# FILED UNDER SEAL