# EXHIBIT 40

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Certified Copy

GABANA GULF DISTRIBUTION,
LTD., A COMPANY ORGANIZED
UNDER THE LAWS OF THE UNITED
KINGDOM, AND GABANA
DISTRIBUTION, LTD., A COMPANY
ORGANIZED UNDER THE LAWS OF
THE UNITED KINGDOM

      Plaintiffs,

                          NO.   C 06 2584 CRB

  vs.

GAP INTERNATIONAL SALES, INC.,
A DELAWARE CORPORATION, THE
GAP, INC., A DELAWARE
CORPORATION, BANANA REPUBLIC,
LLC, A DELAWARE LIMITED
LIABILITY COMPANY, AND OLD
NAVY, LLC, A DELAWARE LIMITED
LIABILITY COMPANY.

      Defendants.
_____/

DEPOSITION OF

RONALD YOUNG

---

Wednesday, May 16, 2007

(Pages 1 - 205)

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California  94105
Phone: (415) 321-2300
Fax: (415) 321-2301

Reported by:   KATHLEEN A. WILKINS, CSR, RPR, CRR
CSR No. 10068

1   Q.   And the expiration of the Gabana agreement
2   was when?
3   A.   I'd have to review the document to see
4   exactly the dates.
5   Q.   Was it August 2005?
6   A.   It was during the summer of 2005.
7   Q.   You continue, "This was not easy as it
8   created additional risk related to the Gabana legal
9   action, and after your misrepresentation of an
10  unsigned agreement that I had our legal team prepare
11  to defend so as we could maintain our ongoing
12  relationship."
13       Is that a true statement as you wrote it?
14  A.   To the best of my knowledge, yes.
15       (Whereupon, Deposition Exhibit 115 was
16       marked for identification.)
17  MR. ROUNSAVILLE:   Q.   Mr. Young, I'm going
18  to show you what has been marked as Exhibit 115,
19  which is a cover -- fax cover page, "Private &
20  Confidential.  Kind attention:  Mr. Ron Young,"
21  attached to which is a memorandum of understanding.
22       It appears this document was faxed on
23  April 19, 2005.  Bears the exhibit number
24  GGD_0014976 to 0014985.
25       I'm also handing you what was marked as

Young, Ronald                                                 5/16/2007

1   Q. Yeah. 115.
2   A. Your question? I'm sorry.
3   Q. Did you receive this document,
4   Exhibit 115, from David Reilly on or about April 19,
5   2005?
6   A. Yes, I believe so.
7   Q. Is this the unsigned agreement that you
8   referred to in the July 28, 2006 e-mail to
9   Mr. Reilly?
10  A. Which exhibit are you looking at? I'm
11  sorry.
12  Q. 115.
13  A. Okay. So 115, and then in which e-mail
14  are you referring to?
15  Q. The one that you were looking at, 113.
16  A. You've handed me five or six e-mails.
17  Q. You were looking at 113.
18      (Reporter interruption.)
19  MR. ROUNSAVILLE: Q. We were -- we were
20  discussing, Mr. Young, paragraph -- the last e-mail
21  on page 113 -- or Exhibit 113, in which you referred
22  to an unsigned agreement, your misrepresentation of
23  an unsigned agreement.
24      And I'm asking you, is the reference to
25  the unsigned agreement this Exhibit 115 --

## CERTIFICATE OF DEPOSITION OFFICER

I, KATHLEEN A. WILKINS, RPR, CSR NO. 10068, duly authorized to administer oaths pursuant to Section 8211 of the California Code of Civil Procedure, hereby certify that the witness in the foregoing deposition was by me sworn to testify to the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of said witness was reported by me and was thereafter transcribed by me or under my direction by means of computer-aided transcription; that the foregoing is a full, complete and true record of said testimony; and that the witness was given an opportunity to read and correct said deposition and to subscribe same. I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, nor in any way interested in the outcome of the cause named in said caption.

IN WITNESS WHEREOF, I have hereunto subscribed by my hand this 29th day of May, 2007.

_____
KATHLEEN A. WILKINS, RPR, CSR NO. 10068