| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| 5 | Telephone:  (415) 391-5400 |
| | Facsimile:  (415) 397-7188 |
| 6 | |
| | Attorneys for Defendants |
| 7 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, |
| 8 | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS GAP INTERNATIONAL SALES, INC., THE GAP, INC., BANANA REPUBLIC, LLC AND OLD NAVY, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

---

421573.01

[PROPOSED] ORDER GRANTING GAP DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN
THE ALTERNATIVE, SUMMARY ADJUDICATION
Case No. C 07-03363 CRB

The motion of Defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") for summary judgment or, in the alternative, summary adjudication, came on for hearing before the Court on August 29, 2008.

The Court having considered the parties' memoranda, the arguments of counsel, the record in this case, and with good cause appearing, hereby GRANTS Gap's motion for summary judgment.

**IT IS SO ORDERED.**

Date: _____

HONORABLE CHARLES R. BREYER

1

[PROPOSED] ORDER GRANTING GAP DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION
Case No. C 07-03363 CRB

421573.01