| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| 5 | Telephone:  (415) 391-5400 |
| | Facsimile:  (415) 397-7188 |
| 6 | |
| | Attorneys for Defendants |
| 7 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, |
| 8 | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC <br><br> Defendants. | Case No. C 07-03363 CRB <br><br> **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL** |

1  After considering the papers submitted, and the papers on file in this case, and good
2  cause appearing,
3  IT IS HEREBY ORDERED that the Clerk of the Court shall file under seal:
4  (1)  Defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC
5  and Old Navy, LLC's Notice of Motion and Motion for Summary Judgment or, in the
6  Alternative, Summary Adjudication; Memorandum of Points and Authorities in Support Thereof;
7  and
8  (2)  Declaration of Rebekah Punak in Support of Defendants Gap International Sales,
9  Inc., The Gap, Inc., Banana Republic, LLC and Old Navy, LLC's Motion for Summary
10  Judgment or, in the Alternative, Summary Adjudication.
11  IT IS SO ORDERED.
12
13  Dated:  July 31, 2008
14  HONORABLE CHARLES R. BREYER
   United S...



1

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENT UNDER SEAL
Case No. C 07-03363 CRB

421574.01