```
 1  RICHARD A. JONES (Bar No. 135248)
    (rjones@cov.com)
 2  COVINGTON & BURLING LLP
    One Front Street
 3  San Francisco, CA 94111
    Telephone: (415) 591-6000
 4  Facsimile: (415) 591-6091

 5

    Attorneys for Plaintiff
 6  Roots Ready Made Garments Co. W.L.L.

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11
```

| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

1  WHEREAS, on July 25, 2008, Defendants The Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively, "Defendants") filed a Motion for Summary Judgment, or, In The Alternative, Summary Adjudication ("Summary Judgment Motion"); and

WHEREAS, the opposition of Plaintiff Roots Ready Made Garments Co. W.L.L. ("Plaintiff"), is currently due on August 8, 2008, Defendants' reply brief is currently due on August 15, 2008 and the hearing has been noticed for August 29, 2008; and

WHEREAS, Plaintiff's counsel has requested an extension of the time to file Plaintiff's opposition brief to accommodate the travel schedules of plaintiff's counsel and to enable counsel to confer with parties located abroad concerning certain issues relating to the motion; and

WHEREAS, Defendants have consented to Plaintiff's request; and

WHEREAS, the extension will not materially impact the schedule for the case, and will not result in any change to the existing trial date;

NOW THEREFORE, THE PARTIES STIPULATE TO AND RESPECTFULLY REQUEST THE COURT TO ORDER the following modifications to the briefing and hearing schedule for the Summary Judgment Motion:

(a) Plaintiff's opposition to the Summary Judgment Motion will be filed on or before August 13, 2008;

(b) Defendants' reply in support of the Summary Judgment Motion will be filed on or before August 22, 2008; and

(c) The Court will hold a hearing on the Summary Judgment Motion on September 5, 2008, or as soon thereafter as the parties may be heard.

| | | |
|---|---|---|
| 1 | Dated: August 1, 2008 | COVINGTON & BURLING LLP |
| 2 | | By: /s/ Richard A. Jones |
| 3 | | RICHARD A. JONES<br>Attorneys for Plaintiff |
| 4 | | ROOTS READY MADE GARMENTS CO. W.L.L. |
| 6 | Dated: August 1, 2008 | KEKER & VAN NEST, LLP |
| 7 | | By: [signature] |
| 8 | | REBEKAH PUNAK<br>Attorneys for Defendants |
| 9 | | THE GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Charles R. Breyer
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TO FILE OPPOSITION BRIEF
Case No. C 07-03363 CRB