RICHARD A. JONES (Bar No. 135248)
(rjones@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Attorneys for Plaintiff*
*Roots Ready Made Garments Co. W.L.L.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., Plaintiff, v. THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC Defendants. | Case No. C 07-03363 CRB **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT** |

UNITED STATES DISTRICT COURT
DENIED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

WHEREAS, on July 25, 2008, Defendants The Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively, "Defendants") filed a Motion for Summary Judgment, or, In The Alternative, Summary Adjudication ("Summary Judgment Motion"); and

WHEREAS, the opposition of Plaintiff Roots Ready Made Garments Co. W.L.L. ("Plaintiff"), is currently due on August 8, 2008, Defendants' reply brief is currently due on August 15, 2008 and the hearing has been noticed for August 29, 2008; and

WHEREAS, Plaintiff's counsel has requested an extension of the time to file Plaintiff's opposition brief to accommodate the travel schedules of plaintiff's counsel and to enable counsel to confer with parties located abroad concerning certain issues relating to the motion; and

WHEREAS, Defendants have consented to Plaintiff's request; and

WHEREAS, the extension will not materially impact the schedule for the case, and will not result in any change to the existing trial date;

NOW THEREFORE, THE PARTIES STIPULATE TO AND RESPECTFULLY REQUEST THE COURT TO ORDER the following modifications to the briefing and hearing schedule for the Summary Judgment Motion:

(a) Plaintiff's opposition to the Summary Judgment Motion will be filed on or before August 13, 2008;

(b) Defendants' reply in support of the Summary Judgment Motion will be filed on or before August 22, 2008; and

(c) The Court will hold a hearing on the Summary Judgment Motion on September 5, 2008, or as soon thereafter as the parties may be heard.

Dated: August 1, 2008

COVINGTON & BURLING LLP

By: /s/ Richard A. Jones
RICHARD A. JONES
Attorneys for Plaintiff
ROOTS READY MADE GARMENTS CO. W.L.L.

Dated: August 1, 2008

KEKER & VAN NEST, LLP

By: [signature]
REBEKAH PUNAK
Attorneys for Defendants
THE GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___________________

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Charles R. Breyer

The Honora[ble] ...
United Stat[es] ...