UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  August 6, 2008                              Start Time: 1:30 p.m.   End Time: 1:45 p.m.

DOCKET NO.         C 07-3363
TITLE OF CASE      *Roots Ready Made Garments v. The Gap, Inc., et al.*

ATTORNEY(S)        Plaintiff:     Bradley Nash, Esq.

                   Defendant:   Christa Anderson, Esq.

REPORTER:

TAPE NO.: FTR 8/6/08   (X) In Person  (X) Telephonic


PROCEEDINGS

[] INITIAL STATUS CONFERENCE              [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE            [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)             [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE              [X] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)     [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)        [] EVIDENTIARY HEARING
[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court


**NOTES**

   Court heard argument in connection with Defendants' Motion for Protective Order.  See separately filed Order.

1