1  BRADLEY J. NASH (*admitted pro hac vice*)
   (bnash@cov.com)
2  COVINGTON & BURLING LLP
   620 Eighth Avenue
3  New York, NY 10018
   Tel.: (212) 841-1000
4  Fax: (212) 841-1010

5  Attorneys for Plaintiff
   Roots Ready Made Garments Co. W.L.L.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, <br><br> Defendants. | Case No: C 07 3363 CRB <br><br> RE: ROOTS READY MADE GARMENTS CO., W.L.L.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF BRADLEY J. NASH (CONFIDENTIAL VERSIONS) <br><br> Trial Date: October 6, 2008 |

**Manual Filing Notification**

Regarding: Roots Ready Made Garments Co., W.L.L.'s OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF BRADLEY J. NASH (CONFIDENTIAL VERSIONS)

Plaintiff Roots Ready Made Garments Co., W.L.L.,'s Opposition to Defendants' Motion for Summary Judgment, or, in the alternative, Summary Adjudication (Confidential Version), and the accompanying Declaration of Bradley J. Nash (Confidential Version) were

1  filed in paper or physical form only, and are being maintained in the case file in the Clerk's
2  office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For
3  information on retrieving this filing directly from the court, please see the court's main web site
4  at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

5  This filing was not efiled for the following reason(s):

6  [_] Voluminous Document (PDF file size larger than the efiling system allows)

7  [_] Unable to Scan Documents

8  [_] Physical Object (description): _____
9  _____

10 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

11 [X] Item Under Seal

12 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

13 [_] Other (description): _____
14 _____

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 8, 2008 | COVINGTON & BURLING LLP |
|  | By: __/s/__Bradley J. Nash_____ |
|  |      BRADLEY J. NASH |

- ii -
ROOTS READY MADE GARMENTS CO., W.L.L.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;
DECLARATION OF BRADLEY J. NASH
(CONFIDENTIAL VERSIONS)
Case No.: C 07 3363 CRB