BRADLEY J. NASH (*admitted pro hac vice*)
(bnash@cov.com)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 841-1000
Fax: (212) 841-1000

**Attorneys for Plaintiff**
**Roots Ready Made Garments Co. W.L.L.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, <br><br> Defendants. | Case No: C 07 3363 CRB <br><br> **DECLARATION OF BRADLEY J. NASH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

## PUBLIC VERSION

Bradley J. Nash declares the following under penalty of perjury:

1. I am an attorney admitted to appear before this Court *pro hac vice* in this action and am counsel to Roots Ready Made Garments Co. W.L.L. ("Roots").

2. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, or, in the Alternative, Summary Adjudication, to place before the Court certain documents that are referred to in Roots' Opposition Brief.

3. I attach as **Exhibit A** true and correct copies of excerpts from the deposition transcript of Ron Young.

4. I attach as **Exhibit B** true and correct copies of selected pages of the deposition transcript of Jon Ehlen.

5. I attach as **Exhibit C** true and correct copies of selected pages of the deposition transcript of Jacque Fabre.

6. I attach as **Exhibit D** true and correct copies of selected pages of the deposition transcript of Jim Bell.

7. I attach as **Exhibit E** true and correct copies of selected pages of the deposition transcript of Ashraf Abu Issa.

8. I attach as **Exhibit F** true and correct copies of selected pages of the deposition transcript of Sheikh Faisal Ahmed Al-Thani.

9. I attach as **Exhibit G** a true and correct copy of a document, dated May 14, 2003, reflecting a wire transfer in the amount of $999,982.00 from Roots to Gabana.

10. I attach as **Exhibit H** a true and correct copy of a document, dated May 14, 2003, reflecting a wire transfer in the amount of $1,000,000.00 from Gabana Gulf Distribution Ltd. to Gap Inc., dated May 14, 2003.

11. I attach as **Exhibit I** a true and correct copy of an email dated March 20, 2003 from Jim Bell to Francois Larsen and others, Bates stamped GAB_0048938-9.

12. I attach as **Exhibit J** a true and correct copy of a letter of credit issued in favor of Gabana Gulf Distribution Ltd. on June 18, 2003.

13. I attach as **Exhibit K** a true and correct copy of a letter of credit issued in favor of Gap Inc. on June 19, 2003.

14. I attach as **Exhibit L** a true and correct copy of a chart produced by Gap titled "Middle East Excess Opportunities," Bates stamped GGD_0009116.

15. I attach as **Exhibit M** an email dated October 10, 2003 from Jim Bell to Naser Beheiry, Bates stamped RRMG00008756.

16. I attach as **Exhibit N** an email dated May 6, 2005 from Jon Ehlen to Francois Larsen, Bates stamped RTS00051065.

17. I attach as **Exhibit O** a true and correct copy of an email dated July 23, 2003 from Jon Ehlen to Ashraf Abu Issa, Bates stamped RTS00043819.

18. I attach as **Exhibit P** a true and correct copy of an agenda dated December 22, 2003, Bates stamped GGD_0007991-2.

19. I attach as **Exhibit Q** a true and correct copy of a Business Plan from Grand Stores dated December 18, 2003, Bates stamped GGD_0006787-6860.

20. I attach as **Exhibit R** a true and correct copy of and email dated October 29, 2003 from David Reilly to Jon Ehlen, Bates stamped GGD_0006292-94.

21. I attach as **Exhibit S** true and correct copies of selected pages of the deposition transcript of Ehab Al-Sharif.

22. I attach as **Exhibit T** true and correct copies of selected pages of the deposition transcript of Andrew Rolfe.

23. I attach as **Exhibit U** true and correct copies of selected pages of the deposition transcript of Naser Beheiry.

24. I attach as **Exhibit V** true and correct copies of selected pages of the deposition transcript of Ashraf Abu Issa in: <u>Gabana Gulf Distribution, Ltd. v. Gap International Sales</u>, Case No. C 06 2584.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of August 2008 in New York, New York.


        /s/ Bradley J. Nash

Bradley J. Nash