# EXHIBIT E

Submitted Under Seal