**CREDIT SUISSE | PRIVATE BANKING**

1211 Genève 70
14 MAY 2003

Your customer adviser:
**Aldo Grossini**
TEL 022 737 1549

Our reference:
PJFE 1   0251-0514-22-82516-0001 0251
Your reference:

**COPY**

19 MAI'03   9:11

AMP Partners SA
Rue du Cendrier 15-17
Case postale 1108
1211 Genève 1

A

**CREDIT ADVICE**

| Account No. | 808300-22 | USD |
|---|---|---|
| IBAN | CH30 0425 1080 8300 2200 0 | |
| CURRENT ACCOUNT | | |

HOLDER
Gabana Gulf Distribution Ltd.

VAL 14 MAY 03   USD                                    999,982.00
                 ******************************

BY ORDER OF:
QATAR ISLAMIC BANK
L/C DEPARTMENT

DETAILS OF PAYMENT:
/RFB/TT200301007460/OBI/ BEN ADDRES
S:2 BABMAES STREET LONDON SW1Y 6NT,
U.K.

YOURS TRULY

CREDIT SUISSE

Form without signature

ZV28E0PB   S0968P47800 00010829 00002/00002 5B1   00022064 B
ZV2800