# EXHIBIT H

**CREDIT SUISSE | PRIVATE BANKING**

1211 Genève 70
14 MAY 2003

**COPY**

19 MAI'03  9:11

Your customer adviser:
Aldo Grossini
TEL 022 737 1549

A Prioritaire   P.P. PJFE1B2 CH-8070 ZUERICH

Our reference:
PJFE 1   F251-0514-22-5022-0000 0251

AMP Partners SA
Rue du Cendrier 15-17
Case postale 1108
1211 Genève 1

Your reference:

**DEBIT ADVICE**

| Account No. | 808300-22 | USD |
| IBAN | CH30 0425 1080 8300 2200 0 | |
| CURRENT ACCOUNT | | |

HOLDER
Gabana Gulf Distribution Ltd.

AS PER ORDER OF  14 MAY 03

```
                                  USD                 1,000,000.00
EXT. CHARGES                      USD                        12.00
OUR CHARGES                       USD                        22.30
                                       ---------------------------
         VAL 14 MAY 03            USD                 1,000,034.30
                                       ***************************

BENEFICIARY:              ACCOUNT WITH:
1233021213                //FW121000358
GAP INC.                  BANK OF AMERICA
USA                       1850 GATEWAY BLVD
                          CONCORD, CA 94520-USA

DETAILS OF PAYMENT:       OUR CORRESPONDENT:
DOWN PAYMENT ON PURCHASE OBLIGATION  BANK OF AMERICA N.A.
FOR EXCESS INVENTORY/ISP AGREEMENT   SAN FRANCISCO
```

YOURS TRULY

CREDIT SUISSE

Form without signature

ZV28E0PB   S0968P47800 00010829 00001/00002 5B1   00022065 B
ZV2800