# EXHIBIT J

**CREDIT SUISSE | FIRST BOSTON**

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 17-19　　Téléphone  022 393 21 11
CH-1211 Geneva 70　　　　Téléfax    022 399 29 94
　　　　　　　　　　　　　Télex      412706 CS CH
　　　　　　　　　　　　　SWIFT      CRESCH-ZZ12A

Trade Finance Service Center
Durussel Ernest

Gabana Gulf Distribution Ltd.

+41 22 393 2082　　　　　　　19 June 2003

Our reference:　BAHA 44-023857

Beneficiary:　GAP INC
Amount:　　　Up to USD 5'000'000.00

Ladies and Gentlemen,

In accordance with your instructions, we issued the documentary credit bearing the above mentioned number. We enclose a copy for your files.

Credit Suisse First Boston

( MT700 - ISSUE OF A DOCUMENTARY CREDIT )
CREDIT SUISSE FIRST BOSTON, GENEVA
700　　　　19 June 2003
ABN AMRO BANK N.V., CHICAGO

:27:Sequence of Total
1/1

:40A:Form of Documentary Credit
IRREVOCABLE

:20:Documentary Credit Number
BAHA 44-023857

:31C:Date of Issue
030619

**CREDIT SUISSE | FIRST BOSTON**

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 17-19
CH-1211 Geneva 70

Téléphone 022 393 21 11
Téléfax   022 898 28 94
Télex     412705 CS CH
SWFT      CRESCHZZ12A

:31D:Date and Place of Expiry
031115ANY BANK IN USA

:50:Applicant
GABANA GULF DISTRIBUTION LTD.

:59:Beneficiary
GAP INC
345 SPEAR STREET
SAN FRANCISCO, CA 94105
USA

:32B:Currency Code, Amount
USD5000000,

:39B:Maximum Credit Amount
NOT EXCEEDING

:41D:Available with ... By ...
ANY BANK IN USA
BY DEF PAYMENT

:42P:Deferred Payment Details
90 DAYS AFTER DATE OF DELIVERY
RECEIPT.

:43P:Partial Shipments
ALLOWED

:44C:Latest Date of Shipment
031030

:45A:Description of Goods and/or Services
1762227 ARTICLES OF APPAREL MERCHANDISE MANUFACTURED UNDER THE
TRADE-MARKS OF GAP, BANANA REPUBLIC AND OLD NAVY AS DETAILLED IN
THE PRO-FORMA ...

EXW PANALPINA WAREHOUSE, JEBEL ALI, DUBAI

:46A:Documents Required
(1) SIGNED COMMERCIAL INVOICE IN ONE ORIGINAL AND THREE COPIES
SHOWING BRAND NAMES OR TRADE MARKS AND THE FULL NAME OF
ADDRESS OF THE MANUFACTURER/PRODUCER OF THE GOODS DELIVERED
UNDER THIS CREDIT.
INVOICE MUST LIST FULL DETAILS OF THE CONSIGNMENT INCLUDING
ITEM NUMBER,QUANTITY, DESCRIPTION, UNIT PRICE AND TOTAL
VALUE.
(2) DELIVERY RECEIPT IN ONE ORIGINAL AND ONE COPY ISSUED BY AGENT
OF M/S.ROOTS READYMADE GARMENTS COMPANY MR. ASHRAF ABDUL
RAHIM ABU ISSA AND OR MR. NABIL ABDUL RAHIM ABU ISSA
CONFIRMING THAT GOODS HAS BEEN RECEIVED ACCORDING TO REQUIRED
SPECIFICATIONS.
DELIVERY RECEIPT MUST LIST FULL DETAILS OF THE CONSIGNMENT
INCLUDING ITEM NUMBER,QUANTITY, DESCRIPTION, UNIT PRICE AND
TOTAL VALUE.
SPECIMEN SIGNATURES OF MR. ASHRAF ABDUL RAHIM ABU ISSA AND
OR MR. NABIL ABDUL RAHIM ABU ISSA WILL BE FORWARDED TO YOU BY

**CREDIT** | **FIRST**
**SUISSE** | **BOSTON**

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 17-19　　Téléphone　022 888 21 11
CH-1211 Geneva 70　　　　Téléfax　　022 999 23 34
　　　　　　　　　　　　Télex　　　412706 CS CH
　　　　　　　　　　　　SWIFT　　 CRESCHZZ12A

AIRMAIL WHICH CONSIST AN INTEGRAL PART OF THIS LETTER OF CREDIT.

:47A:Additional Conditions
(A) ALL DOCUMENTS TO BE ISSUED IN ENGLISH AND MUST INDICATE THIS LETTER OF CREDIT NUMBER.
(B) ALL DOCUMENTS MUST BE DATED AFTER LC DATE. ANY DOCUMENT ISSUED PRIOR TO THE DATE OF THIS CREDIT WILL NOT AND NEVER BE ACCEPTED.
(C) BENEFICIARY MUST FAX US ALL REQUIRED DOCUMENTS ON OUR FAX NUMBER + 41 22 908 34 36 WITHIN 2 DAYS FROM DELIVERY DATE A CERTIFICATE ISSUED BY BENEFICIARY IN ONE ORIGINAL AND ONE COPY TO THIS EFFECT IS REQUIRED.
(D) ANY DOCUMENT PRESENTED UNDER THIS LETTER OF CREDIT (INCLUDING THE NEGOTIATING/REMITTING BANK COVERING SCHEDULE) BEARS A CLAUSE FOR PAYMENT OF INTEREST IS NOT ACCEPTABLE AND IS COMPLETELY REJECTED.
(E) GOOD'S DESCRIPTION ON DELIVERY RECEIPT TO READ
''ARTICLES OF APPAREL MERCHANDISE MANUFACTURED UNDER THE TRADE-MARKS OF GAP, BANANA REPUBLIC AND OLD NAVY.''
(F) LAST DATE OF DELIVERY: 30.OCTOBER.2003.
(G) PARTIAL DELIVERY : ALLOWED
(H) NO DOCUMENT, EXCEPT INVOICE AND FAX CERTIFICATE, ALLOWED TO SHOW YOUR OUR OUR L/C NUMBER, BANK STAMPS, NOR INVOICE NUMBER AND DATE.

INSTRUC TO PAY/ACCPT/NEGOT BNK
----------------------------------

(1) NEGOTIATION UNDER RESERVE OR INDEMNITY IS NOT PERMITTED.
(2) ORIGINAL DOCUMENTS TO BE SENT BY COURIER TO
CREDIT SUISSE FIRST BOSTON
BAHA 44
17, RUE DE LAUSANNE
CH-1201 GENEVA.
(3) DISCREPANY FEE OF USD 50/- WILL BE DEDUCTED FOR EACH DISCREPANT SET OF DOCUMENT PRESENTED UNDER THIS LETTER OF CREDIT.
(4) IF DOCUMENTS PRESENTED UNDER THIS LETTER OF CREDIT ARE FOUND TO BE DISCREPANT, WE SHALL GIVE ITS NOTICE OF REFUSAL AND SHALL HOLD DOCUMENTS AT PRESENTING BANK'S DISPOSAL SUBJECT TO THE FOLLOWING CONDITION:-
'IF WE HAVE NOT RECEIVED PRESENTING BANK'S DISPOSAL INSTRUCTIONS FOR THE DISCREPANT DOCUMENTS PRIRO TO RECEIPT OF THE APPLICANT WAIVER OF DISCREPANCIES, WE SHALL RELEASE THE DOCUMENTS TO THE APPLICANT WITHOUT NOTICE TO PRESENTING BANK'.

:71B:Charges
ALL BANK CHARGES AND COMMISSIONS
OUTSIDE SWITZERLAND ARE FOR THE
ACCOUNT OF BENEFICIARY.

:48:Period for Presentation
LATEST 21 DAYS AFTER DATE OF
SHIPMENT BUT WITHIN THE VALIDITY
OF THE CREDIT.

**CREDIT** | **FIRST**
**SUISSE** | **BOSTON**

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 17-19
CH-1211 Geneva 70

Téléphone  022 393 2111
Téléfax    022 393 2984
Télex      427706 CS CH
SWIFT      CRESCHZZ12A

:49:Confirmation Instructions
WITHOUT

:78:Instructions to Paying Bank
ON RECEIPT OF DOCUMENTS IN CONFORMITY WITH THE TERMS OF THE
CREDIT WE SHALL REMIT COVER IN ACCORDANCE WITH YOUR
INSTRUCTIONS, VALUE MATURITY DATE.