# EXHIBIT K

Trade Finance Service Center
Durussel Ernest

Gabana Gulf Distribution Ltd.

**CREDIT ADVICE**

+41 22 393 2082                                      26 August 2003

Our reference:      BAHA 44-023354
Your reference:     Inv r07-2003/1q-dnb

Applicant:          ROOTS READYMADE GARMENTS CO.
L/C amount:         USD           5'000'000.00
Amount availed:     USD           5'000'000.00      Maturity: 29 Oct 2003

Date of remittance: 15 August 2003

Ladies and Gentlemen,

The net proceeds of the documents are as follows:

| | | | |
|---|---|---|---|
| Document value | | USD | 5'000'000.00 |
| Reimbursement bank charges | | USD | 150.00- |
| | | USD | 4'999'850.00 |
| Confirmation commission from 18.6. - 29.10.03 (133 days) at 0.65 % pa | USD | 12'006.94- | |
| Confirmation reservation commission from 23.5. - 17.6.03 (25 days), min. | USD | 2'500.00- | |
| Amendment commission | USD | 70.00- | |
| Payment commission (in pct.) 0.1 on USD 5'000'000.00 | USD | 5'000.00- | |
| Sundry charges | USD | 153.06- USD | 19'730.00- |

Total amount - Account            Value: 29 Oct 2003    USD    4'980'120.00
0251-808300-22-1
IBAN CH03 0425 1080 8300 2200 1

Credit Suisse First Boston

**CREDIT SUISSE | FIRST BOSTON**

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 17-19　　　Téléphone　022 393 21 11
CH-1211 Geneva 70　　　　 Téléfax　　022 393 28 34
　　　　　　　　　　　　　Télex　　　 412705 CS CH
　　　　　　　　　　　　　SWIFT　　　CRESCHZZ12A

Trade Finance Service Center
Durussel Ernest

Gabana Gulf Distribution Ltd.

+41 22 393 2082　　　　　　　　　15 August 2003

Our reference:　BAHA 44-023354
Your reference:　inv r07-2003/1q-dub

Applicant:　　　ROOTS READYMADE GARMENTS CO.
L/C amount:　　 USD　　　5'000'000.00
Amount availed: USD　　　5'000'000.00　Maturity: 29 Oct 2003

Date of remittance: 15 August 2003

Ladies and Gentlemen,

We acknowledge receipt of your documentary remittance dd. 15.08.03. At maturity we shall credit your account.

Credit Suisse First Boston

**CREDIT SUISSE | FIRST BOSTON**

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 17-19
CH-1211 Geneva 70

Téléphone 022 393 21 11
Téléfax   022 393 23 34
Télex     412705 CS CH
SWIFT     CRESCHZZ12A

Trade Finance Service Center
Francoise Lutel

Gabana Gulf Distribution Ltd.

+41 22 393 2766                                 23 June 2003

Our reference:   BAHA 44-023354

Amendment No:    01

Issuing bank:    Qatar Islamic Bank SAQ
                 P.O. Box 559
                 QA-Doha

Reference No:    QIB/0903/2003

Applicant:       ROOTS READYMADE GARMENTS CO.
                 P.O. BOX 6255
                 DOHA-QATAR. FAX: 4466112
                 AS AGENT OF QATAR ISLAMIC BANK, DOHA

Ladies and Gentleman,

We inform you that the above mentioned documentary credit has been amended as follows.
All other terms and conditions remain unchanged.

QUOTE
( MT707 - AMENDMENT TO A DOCUMENTARY CREDIT )
QATAR ISLAMIC BANK SAQ, DOHA
707
CREDIT SUISSE FIRST BOSTON, GENEVA

:20:Sender's Reference
QIB/0903/2003

:21:Receiver's Reference
BAHA 44-023354

:23:Issuing Bank's Reference
QIB/0903/2003

:52A:Issuing bank
QISBQAQA

**CREDIT SUISSE | FIRST BOSTON**

CREDIT SUISSE FIRST BOSTON

rue de Lausanne 17-19　　Téléphone　022 393 21 11
CH-1211 Geneva 70　　　　Téléfax　　022 393 23 84
　　　　　　　　　　　　　Télex　　　412705 CS CH
　　　　　　　　　　　　　SWIFT　　 CRESCHZZ12A

:31C:Date of Issue
030618

:26E:Number of Amendment
01

:59:Beneficiary (before this amendment)
GABANA GULF DISTRIBUTION LTD.

:79:Narrative
(1) FIELD 42P:DEFFERED PAYMENT DETAILS TO READ AS
FOLLOWS INSTEAD OF EXISTING:
NINETY DAYS FROM DELIVERY NOTE DATE
(2) FIELD 46A/DOCUMENTS REQUIRED, DOCUMENT (2) IS
COMPLETELY DELETED AND REPLACED BY:-
A DELIVERY NOTE SIGNED BY PANALPINA GULF LLC,
DUBAI OR THEIR WAREHOUSE PROVIDER RHD RAIS
HASSAN SAADI LOGISTICS, P.O.BOX 7, DUBAI
CONFIRMING THAT THE GOODS HAVE BEEN DELIVERED
TO THE APPLICANT M/S. ROOTS READYMADE GARMENTS
CO. IN GOOD CONDITIONS.
(3) FIELD 47A/ADDITIONAL CONDITIONS CLAUSE (C)
WORDING 'FOUR DAYS' IS DELETED AND REPLACED BY
'SEVEN DAYS'
(4) FIELD 78/INSTR TO PAYG/ACCPTG/NEGOTG BANK
CLAUSE (7) IS DELETED AND REPLACED BY
ALL BANK CHARGES OUTSIDE QATAR ARE FOR
BENEFICIARY'S ACCOUNT.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

REGARDS
LC DEPT.
UNQUOTE

Unless otherwise stated, this documentary credit is subject to the ICC UCP 500,
and reimbursements, if applicable, to ICC URR 525.


Credit Suisse First Boston

**CREDIT SUISSE**

CREDIT SUISSE
Trade Finance Service Center

rue de Lausanne 17-19          Téléphone  022 393 21 11
CH-1211 Genève 70              Téléfax    022 393 29 34
                               Télex      412705 CS CH
                               SWIFT      CRESCHZZ12A

Trade Finance Service Center
Durussel Ernest

GABANA GULF DISTRIBUTION LTD.
BABMAES STREET 2 LONDON SW1Y 6NT
U.K.

+41 22 393 2082                18 June 2003

Our reference:    BAHA 44-023354

Ladies and Gentlemen,

Our correspondent has advised us, that the above mentioned documentary credit has been issued in your favour. Kindly verify carefully the conditions of this credit. Should any of the conditions be unacceptable, please request the applicant to effect an amendment.

Issuing bank:     Qatar Islamic Bank SAQ
                  P.O. Box 559
                  QA-Doha

Reference No:     QIB/0803/2003

Applicant:        ROOTS READYMADE GARMENTS CO.
                  P.O. BOX 6255
                  DOHA-QATAR. FAX: 4468112
                  AS AGENT OF QATAR ISLAMIC BANK, DOHA

Amount:           Up to USD 5'000'000.00

Validity:         30 November 2003 SWITZERLAND

Commission and charges:
Our commissions and charges are for your account.

As requested by our correspondent, we hereby confirm the above mentioned credit.

Our confirmation commission amounts to 0.4 % p.a, min. USD 2'500.00, starting from 23 May 2003, as per our e-mail dd 22.5.03.

Unless otherwise stated, this documentary credit is subject to the ICC UCP 500, and reimbursements, if applicable, to ICC URR 525.

Credit Suisse First Boston

**CREDIT SUISSE**

CREDIT SUISSE
Trade Finance Service Center

rue de Lausanne 17-19
CH-1211 Geneva 70

Téléphone  022 368 21 11
Téléfax    022 393 23 94
Télex      412705 OS CH
SWFT       CRESCHZZ12A

```
( MT700 - ISSUE OF A DOCUMENTARY CREDIT )
QATAR ISLAMIC BANK SAQ, DOHA
700
CREDIT SUISSE FIRST BOSTON, GENEVA

:27:Sequence of Total
1/1

:40A:Form of Documentary Credit
IRREVOCABLE

:20:Documentary Credit Number
QIB/0803/2003

:31D:Date and Place of Expiry
031130 SWITZERLAND

:51A:Applicant bank
QISBQAQA

:50:Applicant
ROOTS READYMADE GARMENTS CO.
P.O.BOX 6255
DOHA-QATAR. FAX: 4466112
AS AGENT OF QATAR ISLAMIC BANK,DOHA

:59:Beneficiary
GABANA GULF DISTRIBUTION LTD.
BABMAES STREET 2 LONDON SW1Y 6NT
U.K.

:32B:Currency Code, Amount
USD5000000,

:39B:Maximum Credit Amount
NOT EXCEEDING

:41A:Available with ... By ...
CRESCHZZ12A
BY DEF PAYMENT

:42P:Deferred Payment Details
NINETY DAYS FROM DATE OF DELIVERY
RECEIPT.

:45A:Description of Goods and/or Services
ARTICLES OF APPAREL MERCHANDISE MANUFACTURED UNDER THE
TRADE-MARKS OF GAP, BANANA REPUBLIC AND OLD NAVY.
```

**CREDIT SUISSE**

CREDIT SUISSE
Trade Finance Service Center

rue de Lausanne 17-19
CH-1211 Geneva 70

Téléphone 022 398 21 11
Téléfax   022 393 29 34
Télex     412705 CS CH
SWFT      CRESCHZZ12A

DELIVERY TERMS: EXW - PANALPINA WAREHOUSE, JEBEL ALI, DUBAI.

:46A: Documents Required
(1) SIGNED COMMERCIAL INVOICE IN ONE ORIGINAL AND THREE COPIES SHOWING BRAND NAMES OR TRADE MARKS AND THE FULL NAME OF ADDRESS OF THE MANUFACTURER/PRODUCER OF THE GOODS DELIVERED UNDER THIS CREDIT.
INVOICE MUST LIST FULL DETAILS OF THE CONSIGNMENT INCLUDING ITEM NUMBER, QUANTITY, DESCRIPTION, UNIT PRICE AND TOTAL VALUE.
(2) DELIVERY RECEIPT IN ONE ORIGINAL AND ONE COPY ISSUED BY AGENT OF M/S. ROOTS READYMADE GARMENTS COMPANY MR. ASHRAF ABDUL RAHIM ABU ISSA AND OR MR. NABIL ABDUL RAHIM ABU ISSA CONFIRMING THAT GOODS HAS BEEN RECEIVED ACCORDING TO REQUIRED SPECIFICATIONS.
DELIVERY RECEIPT MUST LIST FULL DETAILS OF THE CONSIGNMENT INCLUDING ITEM NUMBER, QUANTITY, DESCRIPTION, UNIT PRICE AND TOTAL VALUE.
SPECIMEN SIGNATURES OF MR. ASHRAF ABDUL RAHIM ABU ISSA AND OR MR. NABIL ABDUL RAHIM ABU ISSA WILL BE FORWARDED TO YOU BY AIRMAIL WHICH CONSIST AN INTEGRAL PART OF THIS LETTER OF CREDIT.

:47A: Additional Conditions
(A) ALL DOCUMENTS TO BE ISSUED IN ENGLISH AND MUST INDICATE THIS LETTER OF CREDIT NUMBER.
(B) ALL DOCUMENTS MUST BE DATED AFTER LC DATE. ANY DOCUMENT ISSUED PRIOR TO THE DATE OF THIS CREDIT WILL NOT AND NEVER BE ACCEPTED.
(C) BENEFICIARY MUST FAX US ALL REQUIRED DOCUMENTS ON OUR FAX NUMBER 0974-4350610 WITHIN FOUR DAYS FROM DELIVERY DATE A CERTIFICATE ISSUED BY BENEFICIARY IN ONE ORIGINAL AND ONE COPY TO THIS EFFECT IS REQUIRED.
(D) ANY DOCUMENT PRESENTED UNDER THIS LETTER OF CREDIT (INCLUDING THE NEGOTIATING/REMITTING BANK COVERING SCHEDULE) BEARS A CLAUSE FOR PAYMENT OF INTEREST IS NOT ACCEPTABLE AND IS COMPLETELY REJECTED.
(E) DOCUMENTS PRESENTED AFTER TWENTY ONE DAYS FROM DELIVERY DATE BUT WITHIN THE VALIDITY OF THIS LETTER OF CREDIT ARE ACCEPTABLE.
(F) ALL DOCUMENT MUST BE ISSUED IN THE NAME OF M/S. ROOTS READYMADE GARMENTS CO. AS AGENT OF QATAR ISLAMIC BANK, DOHA-QATAR.
(G) LAST DATE OF DELIVERY: 30.OCTOBER.2003.
(H) PARTIAL DELIVERY    : ALLOWED

Instruc to Pay/Accpt/Negot Bnk
---------------------------------
(1) NEGOTIATION UNDER RESERVE OR INDEMNITY IS NOT PERMITTED.
(2) ORIGINAL DOCUMENTS TO BE SENT TO US BY COURIER AND DUPLICATE BY REGISTERED AIRMAIL.
(3) DISCREPANCY FEE OF USD 30/- WILL BE DEDUCTED FOR EACH DISCREPANT SET OF DOCUMENT PRESENTED UNDER THIS LETTER OF CREDIT.
(4) IF DOCUMENTS PRESENTED UNDER THIS LETTER OF CREDIT ARE FOUND TO BE DISCREPANT, WE SHALL GIVE ITS NOTICE OF REFUSAL AND

**CREDIT SUISSE**

CREDIT SUISSE
Trade Finance Service Center

rue de Lausanne 17-19
CH-1211 Geneva 70

Téléphone 022 899 21 11
Téléfax 022 893 23 84
Télex 412705 CS CH
SWIFT CRESCHZZ12A

```
SHALL HOLD DOCUMENTS AT PRESENTING BANK'S DISPOSAL SUBJECT TO
THE FOLLOWING CONDITION:-
'IF WE HAVE NOT RECEIVED PRESENTING BANK'S DISPOSAL
INSTRUCTIONS FOR THE DISCREPANT DOCUMENTS PRIRO TO RECEIPT
OF THE APPLICANT WAIVER OF DISCREPANCIES, WE SHALL RELEASE
THE DOCUMENTS TO THE APPLICANT WITHOUT NOTICE TO PRESENTING
BANK'.
(5) YOU MAY ADD YOUR CONFIRMATION AT THE DISCRETION OF
BENEFICIARY PROVIDED THAT BENEFICIARY PAYS YOUR CONFIRMATION
CHARGES IMMEDIATELY AT THE TIME OF ADDING YOUR CONFIRMATION,
OTHERWISE WE WILL NOT BE LIABLE TO PAY SUCH CONFIRMATION
CHARGES IN CASE OF NON UTILIZATION OF THIS LETTER OF CREDIT.
PLEASE ADVISE US CONFIRMATION STATUS.

(CONTG ON FIELD 78)

:71B:Charges
SEE FIELD 78 CLAUSE (7)

:49:Confirmation Instructions
MAY ADD

:53A:Reimbursement Bank
PNBPUS3NNYC

:78:Instructions to Paying Bank
(6) ALL NEGOTIATION MUST BE ENDORSED ON THE ORIGINAL COPY OF THE
CREDIT.
(7) ALL BANK CHARGES INSIDE AND OUTSIDE QATAR ARE FOR
BENEFICIARY'S ACCOUNT INCLUDING OUR LETTER OF CREDIT OPENING
CHARGES. PLEASE DEDUCT USD 12,912/- AT THE TIME OF
NEGOTIATION. NEGOTIATING BANK COVERING SCHEUDLE MUST SHOW
THIS DEDUCTION.
(8) PLEASE ACKNOWLEDGE RECEIPT THIS LETTER OF CREDIT.

:72:Sender to Receiver Information
/TELEBEN/
```