# EXHIBIT M

# Submitted Under Seal