# EXHIBIT Q

Submitted Under Seal