# EXHIBIT R

Submitted Under Seal