# EXHIBIT S

Page 1

```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION




- - - - - - - - - - - - - - - - - -

ROOTS READY MADE GARMENTS CO.        )
W.L.L.                               )
                                     )
                   Plaintiff,        )
           v.                        ) Case No.
                                     ) C 07 3363 CRB
                                     )
THE GAP, INC., a/k/a, GAP, INC.,     )
GAP INTERNATIONAL SALES, INC.,       )
BANANA REPUBLIC, LLC, AND OLD        )
NAVY, LLC,                           )
                                     )
                   Defendants.       )


- - - - - - - - - - - - - - - - - -


          VIDEOTAPED DEPOSITION OF EHAB AL SHARIF

                       VOLUME I

                Wednesday, June 25, 2008

                  AT:  10:12 a.m.


                     Taken at:

                  Hotel Shangri-La
                  Sheikh Zayed Road
                   P.O. Box 75880
                       Dubai
                 UNITED ARAB EMIRATES
```

                                                                    15

 1           A.   Yes, we did.
 2           Q.   And what was that?
 3           A.   In the U.A.E. we had an agreement with RSH,
 4   Royal Sporting House.  And we developed shop-in-shop
 5   concepts in 13 different locations, or four different
 6   locations, but three concepts in each concept store.  And
 7   we -- we basically had OP and ISP sold in these locations.
 8           Q.   Now, was Gap aware of your relationship with
 9   Roots and your relationship with RSH?
10           A.   Yes, they were.
11           Q.   And how do you know that?
12           A.   Well, every time they visited the U.A.E.
13   specifically, I had led the tour of all the department
14   stores and all the malls that we were projecting to open in.
15           Q.   Okay.  And were Gap personnel present on those
16   tours?
17           A.   Yes, of course.
18           Q.   Which Gap personnel?
19           A.   To start with, Mr. Jim Bell, and Mr. Jon Ehlen
20   at a later stage.
21           Q.   And did you have discussions with either
22   Mr. Bell or Mr. Ehlen about A.A. Turki's role in
23   distributing Gap products?
24           A.   Yes, with both gentlemen.
25           Q.   Okay.  And what were those discussions?

1      A.   The discussions were related to Saudi Arabia
2  specifically, and we were explaining to them how we were
3  structuring a joint venture between RSH and Atco to
4  duplicate the RSH concept which is called Studio R in
5  Saudi Arabia.  And these discussions were elaborate.
6      Q.   And in those discussions, did you discuss the
7  current relationship that you had with RSH in the U.A.E.?
8      A.   Absolutely.  It was relevant.
9      Q.   And did Gap -- was Gap aware that you were
10 purchasing product from Roots and selling it to RSH?
11      MS. DURIE:  Objection, calls for speculation.
12      A.   Yes.
13      BY MR. HANEY:
14      Q.   Okay.  How do you know that?
15      A.   The nature of -- of the relationship was
16 obvious to everyone.  The product was coming out of Roots'
17 warehouse and it was shipped to the stores in the U.A.E.
18 And Gap knew exactly how the whole mechanism was working.
19      Q.   I am going to mark as -- what is the -- it's
20 103? -- as 103, a series of e-mails with some attachments.
21 The top one is from David@rshme.co.ae to Jon Ehlen and it
22 attaches some e-mails, including some e-mails from Mr. --
23      A.   Can you supply the date, please?
24      Q.   Yes.  The top date is October 29, 2003.  And
25 we are going to give you a copy of this document right now.