# EXHIBIT T

Submitted Under Seal