# EXHIBIT V

Submitted Under Seal