BRADLEY J. NASH (*admitted pro hac vice*)
(bnash@cov.com)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

Attorneys for Plaintiff
ROOTS READY MADE GARMENTS CO. W.L.L.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC,<br><br>　　　　Defendants. | Case No: C 07 3363 CRB<br><br>**NOTICE OF ERRATA**<br><br>Date:　August 29, 2008<br>Time:　10 o'clock a.m.<br>Place:　Courtroom 8, 19th Floor<br>Judge: Charles R. Breyer |

**<u>PUBLIC VERSION</u>**

NOTICE OF ERRATA
CASE NO.: C 07 3363 CRB

Plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots") submits this Notice of Errata to correct the following citations in Roots' Opposition to Defendants' Motion for Summary Judgment ("Opposition Brief") and omissions in the Declaration of Bradley J. Nash in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment ("Nash Declaration"):

1. In the Opposition Brief at page 1, the following sentence has an incorrect citation: "Following a change in Gap's management, in 2002, Gap demanded that Solka pay immediately for the remaining inventory." The correct citation following this sentence is: Exh. C, 22:2-23:10.

2. In the Opposition Brief at pages 1-2, Roots inadvertently omitted citation to a document after the sentence: "When asked whether Gabana had any facilities in the Middle East, Solka's principal, Jacques Fabre, who at one point served as the President of Gabana, responded as follows: 'A. (Laughs). No. . . . They had an office in Geneva, but that's all.'" A true and correct copy of this document is attached hereto as Exhibit 1 to the Notice of Errata.

3. In the Opposition Brief at page 2, the following sentence has an incorrect citation:  "When asked whether Mr. Larsen had any expertise selling garments in the Middle East, Mr. Fabre was similarly unequivocal: 'A (Laughs).  We are wasting . . . time.  No.'"  The correct citation following this sentence is: Exh. C, 34:1-2.

4. In the Opposition Brief at page 2, the citation to Exhibit C after the following sentence is incorrect: "Bell promised that in exchange for purchasing the inventory, Roots would receive ISP rights in 'all the Arabic-speaking countries.'"  The correct citation to Exhibit C is: Exh. C, 30:2-3.

5. In the Opposition Brief at page 3, the citation to Exhibit F after the following sentence is incorrect: "Jim Bell informed Roots that Gap did

NOTICE OF ERRATA                                     1
CASE NO.: C 07 3363 CRB

1      not wish to make sales directly to a Middle Eastern Company." The
2      correct citation to Exhibit F is: Exh. F, 132:23-25.

3.  6. In the Opposition Brief at <u>page 5</u>, Roots' inadvertently cited an incorrect
4.     page number after the sentence: "In June 2003, Roots representatives,
5.     including Abu Issa, traveled to San Francisco for a Gap collection
6.     presentation." The correct citation following this sentence is: Exh. E,
7.     196:20-22.

8.  7. In <u>Exhibit E</u> to the Nash Declaration, Roots inadvertently omitted page
9.     196. A true and correct copy of page 196 to Exhibit E of the Nash
10.    Declaration is attached hereto as Exhibit 2 to the Notice of Errata.

11.  8. In <u>Exhibit F</u> to the Nash Declaration, Roots inadvertently omitted page
12.    84. A true and correct copy of page 84 to Exhibit F of the Nash
13.    Declaration is attached hereto as Exhibit 3 to the Notice of Errata.

DATED:  August 13, 2008          COVINGTON & BURLING LLP

By:  /s/ Bradley J. Nash
      Bradley J. Nash

*Attorneys for Plaintiff Roots Ready Made Garments Co. W.L.L.*