# EXHIBIT 2

# Submitted Under Seal