# EXHIBIT 3

# Submitted Under Seal