BRADLEY J. NASH (*admitted pro hac vice*)
(bnash@cov.com)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 841-1000
Fax: (212) 841-1010

(*Additional Counsel on Signature Page*)

Attorneys for Plaintiff
Roots Ready Made Garments Co. W.L.L.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC, <br><br> Defendants. | Case No: C 07 3363 CRB <br><br> MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER <br><br> Date:  August 29, 2008 <br> Time:  10:00 a.m. <br> Place: Courtroom 8, 19th Floor <br> Judge: Charles R. Breyer |

    Pursuant to Local Rule 79-5(c), Roots Ready Made Garments Co., W.L.L. ("Roots") hereby makes this Miscellaneous Administrative Request to File a document and certain exhibits (the "Documents") Under Seal.

    Plaintiff's Notice of Errata (filed in connection with its recently filed Opposition to Defendants' Motion for Summary Judgment), refers to deposition transcripts that the parties have designated as confidential pursuant to the Protective Order entered by the Court on August 7, 2007, which the Court has previously authorized to be filed under seal in its order dated

8/11/08. Plaintiff's Notice of Errata also refers to a document that Defendants have designated as confidential pursuant to the Protective Order entered by the Court on August 7, 2007.

True and correct copies of the referenced pages of the above-mentioned deposition transcripts and the above-mentioned document are attached as Exhibits 1, 2 and 3 to Plaintiff's Notice of Errata.

Because of their confidential status, Roots respectfully requests that:

(i) Plaintiff's Notice of Errata be filed under seal and lodged in accordance with Civil Local Rule 79-5(c);

(ii) Exhibits 1, 2 and 3 to Plaintiff's Notice of Errata be lodged in accordance with Civil Local Rule 79-5(c).

Respectfully submitted,

Dated: August 13, 2008          COVINGTON & BURLING LLP


                                 __/s/_ Bradley J. Nash_____
                                 BRADLEY J. NASH



**IT IS SO ORDERED.**

Dated: _____          BY: _____
                                 CHARLES R. BREYER
                                 United States District Judge