# Nash, Bradley

| | |
|---|---|
| **From:** | Rose Darling [RDarling@kvn.com] |
| **Sent:** | Thursday, June 26, 2008 1:57 PM |
| **To:** | Nash, Bradley |
| **Cc:** | Haney, Robert |
| **Subject:** | RE: Roots v. Gap-- Expert Discovery Schedule |

Brad,

Unfortunately, those dates don't work for us, but pushing it back one week would work. Therefore, we propose August 4 and August 18 as the dates for expert disclosures and rebuttals, respectively. Please let me know if that works for you.

Thanks,
Rose

-----Original Message-----
From: Nash, Bradley [mailto:bnash@cov.com]
Sent: Thursday, June 26, 2008 9:38 AM
To: Rose Darling
Cc: Haney, Robert
Subject: Roots v. Gap-- Expert Discovery Schedule

Rose:

I write to follow up on our discussion regarding the schedule for expert discovery. You proposed that the dates for the expert disclosures and rebuttals be adjourned to July 21 and August 4. In light of my leave and Bob's travel schedule, we propose July 28 and August 11. Please let us know if that is acceptable, or if you would like to discuss this further.

Brad

1