## Nash, Bradley

**From:** Rose Darling [RDarling@kvn.com]
**Sent:** Tuesday, July 29, 2008 2:48 PM
**To:** Nash, Bradley
**Subject:** RE: Andrew Rolfe deposition

Brad,

We will agree to limit the highly-confidential designation to those portions of the Rolfe transcript that discuss highly-confidential documents. In keeping with this approach, the portions of the transcript that discuss confidential documents should be designated confidential.

We would really like to accommodate your request for a two-week extension on the expert disclosures schedule, but unfortunately the vacation schedules of our expert and attorneys conflict with those dates. Thus, we need to keep the August 4/August 18 schedule as is. If that's impossible for you, please let me know so we can discuss further.

Regards,
Rose

---

**From:** Nash, Bradley [mailto:bnash@cov.com]
**Sent:** Friday, July 25, 2008 1:56 PM
**To:** Rose Darling
**Subject:** RE: Andrew Rolfe deposition

Rose:

Regarding the Rolfe deposition, can we agree to limit the highly-confidential designation to those portions of the transcript that discuss highly-confidential documents?

Separately, we request your consent to adjourn the expert discovery deadlines by two weeks (*i.e.*, to August 18 for the disclosures and September 1 for rebuttals). Please let us know if that is acceptable.

Brad

---

**From:** Rose Darling [mailto:RDarling@kvn.com]
**Sent:** Wednesday, July 23, 2008 10:27 AM
**To:** Nash, Bradley
**Subject:** Andrew Rolfe deposition

Brad,

Given the number of confidential documents discussed at Mr. Rolfe's deposition, we request that his transcript be designated highly confidential.

Thanks,
Rose