1  BRADLEY J. NASH (*admitted pro hac vice*)
   (bnash@cov.com)
2  COVINGTON & BURLING LLP
   620 Eighth Avenue
3  New York, NY 10018
   Telephone: (212) 841-1000
4  Facsimile: (212) 841-1010

5  Attorneys for Plaintiff
   ROOTS READY MADE GARMENTS CO. W.L.L.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | ) ) ) ) |
| Plaintiff, | ) Civil Case No.: C 06 2584 CRB |
| v. | ) ) [PROPOSED] ORDER GRANTING EX |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | ) PARTE APPLICATION TO EXTEND ) TIME TO SERVE EXPERT DISCLOSURE ) ) |
| Defendants. | ) ) |

The Ex Parte Application of Plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots") to Extend Time to Serve Expert Disclosure is GRANTED. Roots shall serve its expert disclosure on or before August 18, 2008.

Dated: _____

_____
United States District Judge