1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Tel.: (415) 591-6000
4  Fax: (415) 591-6091

5

   Attorneys for Plaintiff
6  Roots Ready Made Garments Co. W.L.L.

7

8

9

                    IN THE UNITED STATES DISTRICT COURT
10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 ROOTS READY MADE GARMENTS CO.          )   Case No: C 07 3363 (CRB)
13 W.L.L.,                                )
                                          )   **PROOF OF SERVICE**
14            Plaintiff,                  )
                                          )
15       v.                               )
                                          )
16 THE GAP, INC., a/k/a, GAP, INC., GAP   )
   INTERNATIONAL SALES, INC., BANANA      )
17 REPUBLIC, LLC, AND OLD NAVY, LLC,      )
                                          )
18            Defendants.                 )
                                          )
19                                        )

20

21

22

23

24

25

26

27                                                          SF: 101141-1
28

                                                      Proof Of Service
                                                      Case No. C 07 3363 CRB

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am a citizen of the United States. My business address is One Front Street, 35th Floor, San Francisco, California 94111. I am employed in the City and County of San Francisco where this service takes place. I am over the age of 18 years, and not a party to the within cause. On the date set forth below, I served the foregoing document(s) described as:

1.    NOTICE OF ERRATA

*[CONFIDENTIAL VERSION - DOCUMENT SUBMITTED UNDER SEAL]*

on the following person(s) in this action:

Keker & Van Nest, LLP                          *Attorneys for Defendants*
710 Sansome Street
San Francisco, CA 94111-1704
Daralyn J. Durie
Christa M. Anderson
Dan Jackson
Rose Darling

[_]    **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[X]    **(BY NATIONWIDE MESSENGER SERVICE)** I caused such envelope(s) to be delivered by hand on **August 14, 2008** to the offices of the addressee(s).

[_]    **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier (*Federal Express*) with delivery fees provided for, addressed to the person(s) on whom it is to be served.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on **August 14, 2008**, at San Francisco, California.

                                                                   _____
                                                                   Nicole Gostnell