# EXHIBIT "A"

# Rose Darling

**From:** Nash, Bradley [bnash@cov.com]
**Sent:** Wednesday, August 13, 2008 7:27 PM
**To:** Rose Darling
**Cc:** Haney, Robert
**Subject:** Roots v. Gap

Rose:

I write pursuant to the protective order entered in this action to identify Mokhles Balawi as a consultant/expert for Roots.

Brad

1