| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 5 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 6 | |
| | Attorneys for Defendants |
| 7 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, |
| 8 | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | | Case No. C 07-03363 CRB |
| | Plaintiff, | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER** |
| v. | | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | | Date: August 29, 2008<br>Time: 10:00 a.m.<br>Dept: 8 |
| | Defendants. | Judge: Honorable Charles R. Breyer |
| | | **Trial Date: October 6, 2008** |

1    Pursuant to Civil Local Rule 79-5, defendants The Gap, Inc., Gap International Sales,
2 Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this
3 Miscellaneous Administrative Request to File Documents Under Seal.
4    The documents that are the subject of this request are:
5    1.   Exhibit D to the Declaration of Dan Jackson filed herewith, which consists of
6 excerpts from the September 10, 2007 deposition of Ashraf Abu Issa in the matter of *Gabana*
7 *Gulf Distrib., Ltd. v. Gap Int'l Sales, Inc.*, Case No. C 06 2584 CRB (EDL), which was
8 designated as Confidential by plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots")
9 and/or by plaintiff Gabana Gulf Distribution, Ltd. under the Protective Order in that case; and
10   2.   The Sealed version of Gap's Reply in Support of Defendants' Motion for
11 Summary Judgment, or, in the Alternative, Summary Adjudication ("Gap's Reply").  The Sealed
12 version of Gap's Reply quotes from Exhibit D to the Jackson Declaration (Document (1) above),
13 as well as documents that were filed under seal in connection with Gap's opening brief or in
14 Roots' Opposition, which this Court has previously ordered to be filed under seal in its Orders
15 dated August 11, 2008 and July 31, 2008.
     Accordingly, Gap respectfully requests that the Court permit the sealing of the documents
16
17 set forth above, and order that the Clerk of the Court maintain them in accordance with the
18 provisions of Local Civil Rule 79-5.

19 Dated:  August 15, 2008                                KEKER & VAN NEST, LLP

                                                         By:      /s/ Dan Jackson
                                                              DAN JACKSON
                                                              Attorneys for Defendants
                                                              GAP INTERNATIONAL SALES, INC.,
                                                              THE GAP, INC., BANANA REPUBLIC,
                                                              LLC, and OLD NAVY, LLC

**IT IS SO ORDERED.**

Dated: _____                    _____
                                       CHARLES R. BREYER
                                       United States District Judge

423143.01

1
MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL;
[PROPOSED ORDER]
CASE NO. C 06-2584 CRB