| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|  | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
|  | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
|  | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
|  | San Francisco, CA  94111-1704 |
| 5 | Telephone:  (415) 391-5400 |
|  | Facsimile:  (415) 397-7188 |
| 6 | |
|  | Attorneys for Defendants |
| 7 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
|  | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, |
| 8 | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**DECLARATION OF DAN JACKSON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:     August 29, 2008<br>Time:    10:00 a.m.<br>Dept:    8<br>Judge:   Honorable Charles R. Breyer |

**PUBLIC VERSION**

423209.01

DECLARATION OF DAN JACKSON
Case No. C 07-03363 CRB

I, DAN JACKSON, declare and say that:

1. I am an attorney licensed to practice law in the State of California and before this Court and am employed by Keker & Van Nest, LLP, counsel for defendants The Gap, Inc., a/k/a, Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap").

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. Attached hereto as Exhibit A are true and correct copies of pages from the deposition of Sheikh Faisal Ahmed Al Thani, dated June 4, 2008.

4. Attached hereto as Exhibit B are true and correct copies of pages from the deposition of Ashraf Abu Issa, dated June 6, 2008.

5. Attached hereto as Exhibit C are true and correct copies of pages from the deposition of Naser Beheiry, dated June 24, 2008.

6. Attached hereto as Exhibit D are true and correct copies of pages from the deposition of Ashraf Abu Issa, dated September 10, 2007, taken in the <u>Gabana v. The Gap</u> matter.

7. Attached hereto as Exhibit E are true and correct copies of pages from the deposition of Jon Ehlen, dated July 15, 2008.

8. Attached hereto as Exhibit F are true and correct copies of pages from the deposition of Ron Young, dated June 5, 2008.

Dated: August 15, 2008                                KEKER & VAN NEST, LLP

                                                      By:  /s/ Dan Jackson
                                                      DAN JACKSON
                                                      Attorneys for Defendants
                                                      GAP INTERNATIONAL SALES, INC.,
                                                      THE GAP, INC., BANANA REPUBLIC,
                                                      LLC, and OLD NAVY, LLC

---

423209.01

1
DECLARATION OF DAN JACKSON
Case No. C 07-03363 CRB