# EXHIBIT E

```
 1
 2   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 3   (SAN FRANCISCO DIVISION)
     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
 4   ROOTS READY MADE GARMENTS CO.      )
     W.L.L.                             )
 5                                      )
               Plaintiff,               )
 6                                      )
     -against-                          )
 7                                      ) Index No.
                                        ) C 07 3363
 8   THE GAP INC., ET AL.               )
                                        )
 9             Defendant.               )
     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
10
11
12
13
14
15
16       VIDEOTAPED DEPOSITION OF JON EHLEN
                New York, New York
17                July 15, 2008
18
19
20
21
22
23
24   Reported by:
     Judi Johnson, RPR, CRR, CLR
25   Job No.: 17735
```

1           JON EHLEN
2    wasn't Roots that was considered.  It was the --
3    the exploration was on Gabana, which was our
4    distributor.
5         Q    And when was that?
6         A    I don't recall the time, but Ron Young
7    and I took a trip over to Dubai to look at their
8    facilities in Jabel-Ali, in which Roots actually
9    managed the warehouse, and we looked at some of
10   their current distribution channels, retail
11   doors, of which Roots was one of them in Qatar.
12        Q    So your understanding at that time was
13   that Gabana was Gap's distributor and that Roots
14   was a different company that was one of Gabana's
15   retailers?
16        A    Correct.  Plus they operated the
17   warehouse for Roots -- for Gabana.
18        Q    And who told you that?
19        A    Francois Larsen.
20        Q    Did you have an understanding as to
21   why Gabana was not chosen as a franchisee?
22        A    Lack of operational excellence or lack
23   of any kind of operation, really.
24        Q    When you say lack of any kind of
25   operation, what do you mean?

1    JON EHLEN

2         Why were you responding to Mr. Abu
3    Issa on this topic?
4         A    As I did with many of Mr. Francois'
5    retailers, I would -- they would contact me, and
6    I would give them a quick answer.  Francois
7    ended that eventually and wanted all
8    communication to go through him.
9         Q    Was it your understanding at this
10   point in time that Mr. Abu Issa was involved in
11   all applications for ISP retailers in countries
12   other than Qatar?
13        A    No.  But I mean, if you look at
14   Exhibit 117, he clearly had a vested interest in
15   Gabana with 49 percent interest.  So at this
16   time, I just assumed that he was part of
17   Francois' team.
18        Q    So you were writing to him in his
19   capacity as a part owner of Gabana?
20        A    I didn't know that at the time, I
21   don't think.
22        Q    The third bullet point --
23             MS. DURIE:  Is that the window washer,
24        the music?
25             MR. HANEY:  Yes, it is.  I don't know

1        JON EHLEN

2  somebody from Roots, Naser maybe. But that's
3  where I was introduced to David Reilly.
4       Q    The City Center Mall is in Dubai?
5       A    Correct.
6       Q    And you understood that Mr. Reilly's
7  role was to be a representative of a retailer in
8  Dubai?
9       A    Correct.
10      Q    And that was RSH?
11      A    Correct.
12      Q    And you also met Mr. Al-Turki?
13      A    Yes.
14      Q    And you understood that he had a
15 relationship with RSH -- that his company had a
16 relationship with RSH as well?
17      A    I wasn't quite sure what that
18 relationship was, but yes, there was -- I didn't
19 each know there was a relationship. I just met
20 him that day.
21      Q    Okay. Did you understand what his
22 role was?
23      A    No. It was often always very
24 confusing whose role was what in these deals.
25      Q    Did you ask anybody?

1  PROCEEDINGS

2  C E R T I F I C A T E

3

4   I, JUDI JOHNSON, RPR, CRR, CLR, a Notary Public in

5   and for the State of New York, do hereby certify:

6     THAT the witness whose testimony is hereinbefore

7   set forth, was duly sworn by me; and

8     THAT the within transcript is a true record

9   of the testimony given by said witness.  I further

10  certify that I am not related, either by blood or

11  marriage, to any of the parties to this action; and

12    THAT I am in no way interested in the outcome of

13  this matter.

14    IN WITNESS WHEREOF, I have hereunto set

15  my hand this 25th day of July, 2008.

16

17  _____

18           JUDI JOHNSON, RPR, CRR, CLR

19

20

21

22

23

24

25