# EXHIBIT F

Case 3:07-cv-03363-CRB   Document 211-7   Filed 08/15/2008   Page 1 of 5

CONFIDENTIAL

**CERTIFIED COPY**

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5    ROOTS READY MADE GARMENTS CO.  )
      W.L.L.,                        )
 6                                   )
               Plaintiffs,           )
 7                                   )
               vs.                   )  No. C 07-03363 CRB
 8                                   )      VOLUME I
                                     )
 9    THE GAP, INC., a/k/a, GAP,     )
      INC., GAP INTERNATIONAL SALES, )
10    INC., BANANA REPUBLIC, LLC,    )
      AND OLD NAVY, LLC,             )
11                                   )
               Defendants.           )
12    _____)
13
14              CONFIDENTIAL TRANSCRIPT
15
16    VIDEOTAPED DEPOSITION OF RON YOUNG, taken
17    at One Front Street 33rd Floor San Francisco,
18    CA, commencing at 9:25 a.m., Thursday,
19    June 5, 2008, before  Kenneth T. Brill, CSR
20    No. 12797.
21
22
23
24
25    PAGES 1 - 238
```

1

```
 1        Q.   Now, the -- Gap the ISP merchandise
 2   directly to Roots' warehouse as well; correct?
 3        A.   No.  We delivered -- what we did is -- is
 4   that at the -- we delivered it into Dubai in the
 5   Jebel Ali duty-free zone to EI, made it available
 6   for pick up.  At that point, that inventory was
 7   picked up, and then we billed Gabana for it, and
 8   then Gabana, at that point, would transfer that
 9   inventory to the -- to the facility at Roots.
10        Q.   Mm-hmm.
11        A.   There was some shipments of inventory as
12   it related to later time -- in the transaction, that
13   inventory was actually picked up by some of the
14   retailers directly from the expediters international
15   warehouse with --
16        Q.   Mm-hmm.
17        A.   -- no involvement from Roots --
18        Q.   Mm-hmm.
19        A.   -- or others.
20        Q.   You knew that most of it was ending up in
21   the Roots warehouse; right?
22        A.   Yes, most of it went to the Roots
23   warehouse, where I was instructed that it was then
24   distributed to the various markets.  So it would be
25   sent to Qatar, it would be sent to the warehouse in
```

138

```
 1    the Jebel Ali zone in Dubai -- or in Jebel Ali, the
 2    duty-free zone, to the RSH warehouse.  In addition,
 3    it would be sent to the American Casual store in
 4    Switzerland.
 5              But again, that was completely under the
 6    transaction which Gabana had described as a -- using
 7    them as a service provider, and the inventory
 8    transfer from Gap was to Gabana, which was
 9    stipulated by the contract as a distributor, which
10    we had with Gabana.
11         Q.   Okay.  To your knowledge, the first time
12    that conversation occurred was in 2005; correct?
13         A.   The --
14              MR. JACKSON:  Objection, vague.
15    BY MR. HANEY:
16         Q.   The conversation where Mr. Larsen told you
17    that he was using Roots as a service provider?
18         A.   That is the first time that I had the
19    conversation with Mr. Larsen.
20         Q.   Okay.  And nobody at Gap told you that
21    that was the case prior to that?
22         A.   No, not to my knowledge, no.
23         Q.   What -- before you went to Dubai and had
24    these meetings in 2005, how did you think Gabana was
25    distributing the merchandise, the ISP merchandise
```

139

Case 3:07-cv-03363-CRB   Document 211-7   Filed 08/15/2008   Page 5 of 5
CONFIDENTIAL

```
 1                CERTIFICATE OF REPORTER
 2
 3          I, KENNETH T. BRILL, a Certified Shorthand
 4   Reporter, hereby certify that the witness in the
 5   foregoing deposition was by me duly sworn to tell
 6   the truth, the whole truth, and nothing but the
 7   truth in the within-entitled cause;
 8          That said deposition was taken down in
 9   shorthand by me, a disinterested person, at the time
10   and place therein stated, and that the testimony of
11   the said witness was thereafter reduced to
12   typewriting, by computer, under my direction and
13   supervision;
14          I further certify that I am not of counsel
15   or attorney for either or any of the parties to the
16   said deposition, nor in any way interested in the
17   event of this cause, and that I am not related to
18   any of the parties hereto.
19
20
21   DATED:  June 25, 2008
22
23
24   _____
         KENNETH T. BRILL
         CSR 12797
25
                                                      238
```

Veritext National Deposition & Litigation Services
866 299-5127