BRADLEY J. NASH (*admitted pro hac vice*)
(bnash@cov.com)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 841-1000
Fax: (212) 841-1010

(*Additional Counsel on Signature Page*)

Attorneys for Plaintiff
Roots Ready Made Garments Co. W.L.L.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ROOTS READY MADE GARMENTS CO. W.L.L.,

Plaintiff,

v.

THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC,

Defendants.

Case No: C 07 3363 CRB

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; ~~[PROPOSED]~~ ORDER

Date: August 29, 2008
Time: 10:00 a.m.
Place: Courtroom 8, 19th Floor
Judge: Charles R. Breyer

Pursuant to Local Rule 79-5(c), Roots Ready Made Garments Co., W.L.L. ("Roots") hereby makes this Miscellaneous Administrative Request to File a document and certain exhibits (the "Documents") Under Seal.

Plaintiff's Notice of Errata (filed in connection with its recently filed Opposition to Defendants' Motion for Summary Judgment), refers to deposition transcripts that the parties have designated as confidential pursuant to the Protective Order entered by the Court on August 7, 2007, which the Court has previously authorized to be filed under seal in its order dated

8/11/08. Plaintiff's Notice of Errata also refers to a document that Defendants have designated as confidential pursuant to the Protective Order entered by the Court on August 7, 2007.

True and correct copies of the referenced pages of the above-mentioned deposition transcripts and the above-mentioned document are attached as Exhibits 1, 2 and 3 to Plaintiff's Notice of Errata.

Because of their confidential status, Roots respectfully requests that:

(i) Plaintiff's Notice of Errata be filed under seal and lodged in accordance with Civil Local Rule 79-5(c);

(ii) Exhibits 1, 2 and 3 to Plaintiff's Notice of Errata be lodged in accordance with Civil Local Rule 79-5(c).

Respectfully submitted,

Dated: August 13, 2008

COVINGTON & BURLING LLP

/s/ Bradley J. Nash
BRADLEY J. NASH

**IT IS SO ORDERED.**

Dated: August 18, 2008

BY: ______________________
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer