KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
REBEKAH PUNAK - #248588
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC <br><br> Defendants. | Case No. C 07-03363 CRB <br><br> **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER** <br><br> Date: August 29, 2008 <br> Time: 10:00 a.m. <br> Dept: 8 <br> Judge: Honorable Charles R. Breyer <br><br> **Trial Date: October 6, 2008** |

1   Pursuant to Civil Local Rule 79-5, defendants The Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this Miscellaneous Administrative Request to File Documents Under Seal.

  The documents that are the subject of this request are:

  1.   Exhibit D to the Declaration of Dan Jackson filed herewith, which consists of excerpts from the September 10, 2007 deposition of Ashraf Abu Issa in the matter of *Gabana Gulf Distrib., Ltd. v. Gap Int'l Sales, Inc.*, Case No. C 06 2584 CRB (EDL), which was designated as Confidential by plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots") and/or by plaintiff Gabana Gulf Distribution, Ltd. under the Protective Order in that case; and

  2.   The Sealed version of Gap's Reply in Support of Defendants' Motion for Summary Judgment, or, in the Alternative, Summary Adjudication ("Gap's Reply"). The Sealed version of Gap's Reply quotes from Exhibit D to the Jackson Declaration (Document (1) above), as well as documents that were filed under seal in connection with Gap's opening brief or in Roots' Opposition, which this Court has previously ordered to be filed under seal in its Orders dated August 11, 2008 and July 31, 2008.

  Accordingly, Gap respectfully requests that the Court permit the sealing of the documents set forth above, and order that the Clerk of the Court maintain them in accordance with the provisions of Local Civil Rule 79-5.

Dated: August 15, 2008             KEKER & VAN NEST, LLP

                     By:   /s/ Dan Jackson
                     DAN JACKSON
                     Attorneys for Defendants
                     GAP INTERNATIONAL SALES, INC.,
                     THE GAP, INC., BANANA REPUBLIC,
                     LLC, and OLD NAVY, LLC

**IT IS SO ORDERED.**

Dated: <u>August 18, 2008</u>            _____
                   CHARLES R. BREYER
                  United States District Judge

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]