1 | KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
2 | CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
3 | ROSE DARLING - #243893
710 Sansome Street
4 | San Francisco, CA 94111-1704
Telephone: (415) 391-5400
5 | Facsimile: (415) 397-7188

6 | Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
7 | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
|---|---|
| Plaintiff, | **NOTICE OF ERRATUM** |
| v. | Date:   August 29, 2008<br>Time:   10:00 a.m.<br>Dept:   8<br>Judge:  Honorable Charles R. Breyer |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | **Trial Date: October 6, 2008** |

1  Defendants submit this notice of erratum to correct a mistake in the Sealed version of
2  Defendants' Reply in Support of Defendants' Motion for Summary Judgment or, in the
3  Alternative, Summary Adjudication.  The <u>Corrected</u> Reply in Support of Defendants' Motion for
4  Summary Judgment or, in the Alternative, Summary Adjudication reflects the following
5  correction in the original document:  page 14, line 28, "January" has been changed to "July."
6
7  Dated:  August 19, 2008                              KEKER & VAN NEST, LLP
8
9
10                                                      By:  _____/s/ Dan Jackson_____
                                                            DAN JACKSON
11                                                          Attorneys for Defendants
                                                            GAP INTERNATIONAL SALES, INC.,
                                                            THE GAP, INC., BANANA REPUBLIC,
12                                                          LLC, and OLD NAVY, LLC