| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
|   | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
|   | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
|   | San Francisco, CA  94111-1704 |
| 5 | Telephone:  (415) 391-5400 |
|   | Facsimile:  (415) 397-7188 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
|   | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, |
| 8 | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Date:      August 29, 2008<br>Time:      10:00 a.m.<br>Dept:      8<br>Judge:     Honorable Charles R. Breyer |
| Defendants. | **Trial Date: October 6, 2008** |

---

423411.01

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL;
[PROPOSED] ORDER
Case No. C 07-03363 CRB

1  Pursuant to Civil Local Rule 79-5, defendants The Gap, Inc., Gap International Sales,
2  Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this
3  Miscellaneous Administrative Request to File Document Under Seal.  The document that is the
4  subject of this request is Gap's <u>Corrected</u> Reply in Support of Defendants' Motion for Summary
5  Judgment or, in the Alternative, Summary Adjudication, which should be filed under seal for the
6  same reason as the previously-filed version of the brief, which this Court ordered to be filed
7  under seal on August 18, 2008.

8  Accordingly, Gap respectfully requests that the Court permit the sealing of the document
9  set forth above, and order that the Clerk of the Court maintain it in accordance with the
10 provisions of Local Civil Rule 79-5.

Dated:  August 19, 2008

KEKER & VAN NEST, LLP

By: _____/s/ Dan Jackson_____
DAN JACKSON
Attorneys for Defendants
GAP INTERNATIONAL SALES, INC.,
THE GAP, INC., BANANA REPUBLIC,
LLC, and OLD NAVY, LLC

**IT IS SO ORDERED.**

Dated: _____

_____
CHARLES R. BREYER
United States District Judge

423411.01

1
MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL;
[PROPOSED ORDER]
CASE NO. C 06-2584 CRB