| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
|   | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
|   | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
|   | San Francisco, CA 94111-1704 |
| 5 | Telephone: (415) 391-5400 |
|   | Facsimile: (415) 397-7188 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
|   | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, |
| 8 | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Date: August 29, 2008<br>Time: 10:00 a.m.<br>Dept: 8<br>Judge: Honorable Charles R. Breyer |
| Defendants. | **Trial Date: October 6, 2008** |

423412.01

NOTICE OF MANUAL FILING
Case No. C 07-03363 CRB

1  The Sealed versions of Defendants The Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC and Old Navy, LLC ("Gap")'s <u>Corrected</u> Reply in Support of Defendants' Motion for Summary Judgment, or, in the Alternative, Summary Adjudication was filed in hard copy form only and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated:  August 19, 2008                    KEKER & VAN NEST, LLP


                                           By:  _____/s/ Dan Jackson_____
                                                DAN JACKSON
                                                Attorneys for Defendants
                                                GAP INTERNATIONAL SALES, INC.,
                                                THE GAP, INC., BANANA REPUBLIC,
                                                LLC, and OLD NAVY, LLC