| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendants |
| | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| 7 | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On August 19, 2008, I served the following document(s):

**CORRECTED REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION;**

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Nationwide, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Richard A. Jones, Esq.
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Email: rjones@cov.com

by **ELECTRONIC MAIL (PDF)**, by causing a true and correct copy of such document(s) to be sent via electronic mail transmission to the office(s) of the party(s) stated below, and was transmitted without error.

Robert P. Haney, Esq.
Bradley J. Nash, Esq.
Covington & Burling, LLP
620 Eighth Avenue
New York, NY 10018
Email: rhaney@cov.com
Email: bnash@cov.com

Executed on August 19, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

　　　　　　　　　　　　　　　　　　　　　　/s/  Maria S. Canales
　　　　　　　　　　　　　　　　　　　　　　Maria S. Canales