1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   REBEKAH PUNAK - #248588
4  710 Sansome Street
   San Francisco, CA  94111-1704
5  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
6
   Attorneys for Defendants
7  THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
   SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
8  LLC

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER**<br><br>Date:     August 29, 2008<br>Time:    10:00 a.m.<br>Dept:    8<br>Judge:   Honorable Charles R. Breyer<br><br>**Trial Date: October 6, 2008** |

Pursuant to Civil Local Rule 79-5, defendants The Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this Miscellaneous Administrative Request to File Document Under Seal. The document that is the subject of this request is Gap's <u>Corrected</u> Reply in Support of Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, which should be filed under seal for the same reason as the previously-filed version of the brief, which this Court ordered to be filed under seal on August 18, 2008.

Accordingly, Gap respectfully requests that the Court permit the sealing of the document set forth above, and order that the Clerk of the Court maintain it in accordance with the provisions of Local Civil Rule 79-5.

Dated: August 19, 2008                                    KEKER & VAN NEST, LLP

                                                          By: _____/s/ Dan Jackson_____
                                                          DAN JACKSON
                                                          Attorneys for Defendants
                                                          GAP INTERNATIONAL SALES, INC.,
                                                          THE GAP, INC., BANANA REPUBLIC,
                                                          LLC, and OLD NAVY, LLC

**IT IS SO ORDERED.**

Dated: <u>August 20, 2008</u>                            _____
                                                          CHARLES R. BREYER
                                                          United S[tates]



423411.01

1

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL;
[PROPOSED ORDER]
CASE NO. C 06-2584 CRB