KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
REBEKAH PUNAK - #248588
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>                    Defendants. | Case No. C 07-03363 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SET UP ELECTRONIC EQUIPMENT FOR HEARING ON AUGUST 29, 2008** |

424295.01

1    After considering the papers submitted, and the papers on file in this case, and good

2    cause appearing,

3    IT IS HEREBY ORDERED that Defendants' Request to Set Up Electronic Equipment

4    for Hearing on August 29, 2008 in Courtroom is 8 is hereby granted:  Defendants shall be

5    allowed to set up the following electronic equipment:

6    • one (1) document camera (Elmo)

7    • one (1) projection screen

8

9    IT IS SO ORDERED.

10

11    Dated: _____    _____

12    HONORABLE CHARLES R. BREYER
      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

424295.01