1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   REBEKAH PUNAK - #248588
4  710 Sansome Street
   San Francisco, CA  94111-1704
5  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
6
   Attorneys for Defendants
7  THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
   SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
8  LLC

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13 | ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB
14 | | **[PROPOSED]** ORDER GRANTING
   |                Plaintiff, | **DEFENDANTS' REQUEST TO SET UP**
15 | | **ELECTRONIC EQUIPMENT FOR**
   |      v.  | **HEARING ON AUGUST 29, 2008**
16 | |
   | THE GAP, INC., a/k/a, GAP, INC., GAP |
17 | INTERNATIONAL SALES, INC., BANANA |
   | REPUBLIC, LLC, AND OLD NAVY, LLC |
18 | |
   |                Defendants. |
19

20

21

22

23

24

25

26

27

28

424295.01

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST
TO SET UP ELECTRONIC EQUIPMENT FOR HEARING ON AUGUST 29, 2008
Case No. C 07-03363 CRB

1  After considering the papers submitted, and the papers on file in this case, and good
2  cause appearing,
3  IT IS HEREBY ORDERED that Defendants' Request to Set Up Electronic Equipment
4  for Hearing on August 29, 2008 in Courtroom is 8 is hereby granted:  Defendants shall be
5  allowed to set up the following electronic equipment:
6  - one (1) document camera (Elmo)
7  - one (1) projection screen
8
9  IT IS SO ORDERED.
10
11  Dated:   August 28, 2008



HONORABLE CHARLES R. BREYER
United States District Judge

424295.01

1
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST
TO SET UP ELECTRONIC EQUIPMENT FOR HEARING ON AUGUST 29, 2008
Case No. C 07-03363 CRB