RICHARD A. JONES (Bar No. 135248)
(rjones@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

**Attorneys for Plaintiff**
**Roots Ready Made Garments Co. W.L.L.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC,<br><br>　　　　　　Defendants. | Case No: C 07 3363 CRB<br><br>**PLAINTIFF'S OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 29, 2008<br>Time: 10 o'clock a.m.<br>Place: Courtroom 8, 19th Floor<br>Judge: Charles R. Breyer<br><br>**Trial Date: October 6, 2008** |

Plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots") hereby objects to the following evidence presented by Defendants The Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC in connection with their Motion for Summary Judgment set for hearing on August 29, 2008 before this Court.

## I. OBJECTIONS TO THE DECLARATION OF REBEKAH PUNAK

| Objectionable Evidence | Grounds for Objection |
| --- | --- |
| **Ex. 1:** 110:13-16 | Hearsay. Fed. R. Evid. 802 |
| **Ex. 1:** 123:5-19 | Improper lay opinion. Fed. R. Evid. 701<br>Questions improperly seek inadmissible testimony from a lay witness concerning legal conclusions. |
| **Ex. 1:** 135:20-136:2 | Improper lay opinion. Fed. R. Evid. 701<br>Mr. Abu Issa's testimony concerning legal conclusions is inadmissible. |
| **Ex. 2:** 96:8-15 | Improper lay opinion. Fed. R. Evid. 701<br>Question improperly seeks testimony from lay witness regarding legal conclusions. |
| **Ex. 4:** 25:3-20 | Improper lay opinion. Fed. R. Evid. 701<br>Question improperly seeks testimony from lay witness regarding legal conclusions. |
| **Ex. 4:** 33:18-35:1 | Improperly lay opinion. Fed. R. Evid. 701<br>Question improperly seeks testimony from lay witness regarding legal conclusions. |
| **Ex. 4:** 48:23-49:3 | Improper lay opinion. Fed. R. Evid. 701<br>Question improperly seeks testimony from a lay witness regarding a legal conclusion. |
| **Ex. 4**: 53:22-54:4 | Lack of foundation. Fed. R. Evid. 602<br>Improper lay opinion. Fed. R. Evid. 701 |
| **Ex. 4**: 59:23-60:4 | Best evidence rule. Fed. R. Evid. 1002.<br>Improper lay opinion. Fed. R. Evid. 701. |
| **Ex. 4**: 60:20-61:10 | Best evidence rule. Fed. R. Evid. 1002<br>Improper lay opinion. Fed. R. Evid. 701. |
| **Ex. 4**: 100:24-101:12 | Best evidence rule. Fed. R. Evid. 1002.<br>Lack of foundation. Fed. R. Evid. 602. |
| **Ex. 4**: 141:9-15 | Improper lay opinion. Fed. R. Evid. 701<br>Question improperly seeks testimony from a |

| | |
|---|---|
| | lay witness regarding a legal conclusion. |
| **Ex. 4**: 154:22-155:17 | Improper lay opinion. Fed. R. Evid. 701. |
| | Question improperly seeks testimony from a lay witness regarding a legal conclusion. |
| **Ex. 4**:168:24-169:5 | Improper lay opinion. Fed. R. Evid. 701. |
| | Question improperly seeks testimony from a lay witness regarding a legal conclusion. |
| **Ex. 18**: 88:5-89:12 | Improper lay opinion. Fed. R. Evid. 701. |
| | Question improperly seeks testimony from a lay witness regarding legal conclusions. |

## II.    OBJECTIONS TO DECLARATION OF DAN JACKSON

| | |
|---|---|
| **Ex. A**: 84:21-86:2, 94:13-95:5 | Improper lay opinion Fed. R. Evid. 701<br><br>Question improperly seeks testimony from a lay witness regarding legal conclusions. |
| **Ex. D:** 40:22-25 | Improper lay opinion. Fed. R. Evid. 701<br><br>Question improperly seeks testimony from a lay witness regarding legal conclusions.<br><br>Gap mischaracterizes Mr. Abu Issa's testimony. At his 6/6/08 deposition, Mr. Abu Issa clarified that the termination of the Gap-Gabana ISP agreement "[did] not affect the Gap-Roots agreement." See Nash Decl. Ex. 4, 17:8-15. |

Dated: August 29, 2008          COVINGTON & BURLING LLP

/S/ Richard A. Jones

Richard A. Jones

Attorneys for Plaintiff
Roots Ready Made Garments Co. W.L.L.