**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 29, 2008**

**C-07-03363** CRB

**ROOTS READY MADE GARMENTS v. GAP INC.**

| Attorneys: | Bradley Nash | Daralyn Durie |
|---|---|---|
| | Robert Harvey, Jr. | |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Kathy Sullivan**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. D's Motion for Summary Judgment | Submitted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

Pre Trial conference reset at counsel's request.

( ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge for: _____

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____          Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date October 03, 2008 @ 10:00 a.m. Trial Date _____ Set for _____ days
                Type of Trial:  ( )Jury    ( )Court

Notes: _____