# COVINGTON & BURLING LLP

620 EIGHTH AVENUE
NEW YORK, NY 10018
TEL 212.841.1000
FAX 212.841.1010
WWW.COV.COM

NEW YORK
WASHINGTON
SAN FRANCISCO
LONDON
BRUSSELS

September 10, 2008

BY ECF AND HAND DELIVERY

Hon. Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94111

Re: Further Settlement Conference in *Roots Ready Made Garments Co. W.L.L. v. The Gap, Inc. et al.*, C 07 3363 CRB (N.D. Cal)

Dear Judge Spero:

We represent the Plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots") in this matter, which is scheduled to go to trial before Judge Breyer on October 6, 2008. I write on behalf of both parties to request an adjournment of the Further Settlement Conference presently scheduled for September 18, 2008.

After meeting and conferring concerning the prospects for settlement, the parties are still far apart due to differences in their interpretation of the effect of Judge Breyer's order granting in part Gap's motion for summary judgment, and have agreed that further settlement discussions should be postponed until after the pre-trial conference on October 3, 2008 at 10 a.m., when Judge Breyer will hear argument on motions *in limine*. Accordingly, the parties jointly request that Your Honor reschedule the Further Settlement Conference for October 3, after the pre-trial conference, or as soon thereafter as the parties can be heard.

COVINGTON & BURLING LLP

Hon. Joseph C. Spero
September 10, 2008
Page 2

      Please let us know if Your Honor has any questions or concerns, and we would be happy to set up a conference call with counsel for all parties.

Respectfully submitted,

*[signature]*

Bradley J. Nash