**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS, | No. C 07-03363 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| GAP INC., | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the pre trial conference currently on calendar for October 3, 2008 to Wednesday, October 1, 2008 at 3:00 p.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 11, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Barbara Espinoza
    Courtroom Deputy