1  BRADLEY J. NASH (*admitted pro hac vice*)
   (bnash@cov.com)
2  COVINGTON & BURLING LLP
   620 Eighth Avenue
3  New York, NY 10018
   Telephone: (212) 841-1000
4  Facsimile: (212) 841-1010

5

   *Attorneys for Plaintiff*
6  *Roots Ready Made Garments Co. W.L.L.*

7                         UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9                              SAN FRANCISCO DIVISION

10

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **STIPULATION ADJOURNING PRETRIAL CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | |

---

STIPULATION ADJOURNING PRETRIAL CONFERENCE; [PROPOSED] ORDER
Case No. C 07-03363 CRB

**STIPULATION**

WHEREAS, on September 11, 2008, this Court rescheduled the pretrial conference in this matter from October 3, 2008 to October 1, 2008; and

WHEREAS, one of the trial counsel for Plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots"), Bradley J. Nash, who resides in New York, is unable to appear in San Francisco from September 29 through October 2 because of his observance of the Rosh Hashanah holiday; and

WHEREAS, lead trial counsel for Defendants Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively, "Gap"), Daralyn Durie, is traveling with her family from September 29 through October 1, and during that time will be attending and making a presentation at a meeting of the Association of Business Trial Lawyers;

NOW THEREFORE, Roots and Gap, by and through their counsel of record, hereby stipulate, and respectfully request that the Court order, that the pretrial conference presently scheduled for October 1, 2008 be rescheduled for October 6, 2008.

Dated: September 11, 2008                KEKER & VAN NEST, LLP

By: (Concurrence obtained General Order 45 X.B)
    DAN JACKSON
    Attorneys for Defendants and Counterclaim Plaintiffs

Dated: September 11, 2008                COVINGTON & BURLING LLP

By: ___/s/_____
    BRADLEY J. NASH
    Attorneys for Plaintiff and Counterclaim Defendant

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____
       HON. CHARLES R. BREYER