IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS,<br><br>    Plaintiff,<br><br>  v.<br><br>GAP INC.,<br><br>    Defendant.                   / | No. C 07-03363 CRB<br><br>**ORDER** |

The pretrial conference is hereby rescheduled for September 26, 2008, at 2:30 p.m. in Courtroom 8. The settlement conference will take place on October 2, 2008, and trial is scheduled for October 6, 2008.

**IT IS SO ORDERED.**

Dated: September 12, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\3363\ptc order 2.wpd