1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7
   ROOTS READY MADE GARMENTS                      No. 07-03363 (JCS)
8
             Plaintiff(s),
9
                                          v.
10                                               **O R D E R   R E S C H E D U L I N G
                                                 SETTLEMENT  CONFERENCE**
11
   GAP INC.
12
             Defendant(s).
13   _____/

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15        You are hereby notified that the conference previously scheduled for September 18, 2008 has

16   been rescheduled for **October 2, 2008 at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate

17   Avenue, San Francisco, California 94102.

18        Counsel who will try the case shall appear at the Settlement Conference with the parties and

19   with the person(s) having full authority to negotiate and to settle the case.   All other provisions of

20   this Court's original Notice and Settlement Conference Order shall remain in effect.

21        **On September 29, 2008, each party shall submit by facsimile (415) 522-3636 to the**

22   **chambers of Magistrate  Joseph C. Spero an updated settlement conference letter.**

23        The parties shall notify Magistrate Judge Spero's chambers immediately at (415) 522-3691 if

24   this case settles prior to the date set for settlement conference.

25

26   Dated: September 12, 2008

27                                                 _____
                                                   Joseph C. Spero
28                                                 United States Magistrate Judge

**United States District Court**
For the Northern District of California