1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   REBEKAH PUNAK - #248588
4  710 Sansome Street
   San Francisco, CA  94111-1704
5  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
6
   Attorneys for Defendants
7  THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
   SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
8  LLC

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>                        Plaintiff,<br><br>     v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>                        Defendants. | Case No. C 07-03363 CRB<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER**<br><br>**Trial Date:  October 6, 2008** |

1  Pursuant to Civil Local Rule 79-5(d), defendants The Gap, Inc., Gap International Sales,
2  Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this
3  Miscellaneous Administrative Request to File Document Under Seal.  The document that is the
4  subject of this request is the Sealed version of Defendants' Request for Leave to File an
5  Additional Motion in Limine and for Additional Pages on One of Defendants' Motions.  The
6  unredacted portions of the attachment to that Request contain information from deposition
7  transcripts and documents that were marked CONFIDENTIAL or HIGHLY CONFIDENTIAL
8  by plaintiff Roots Ready Made Garments Co. W.L.L.

Accordingly, Gap respectfully requests that the Court permit the sealing of the document set forth above, and order that the Clerk of the Court maintain it in accordance with the provisions of Local Civil Rule 79-5(d).

Dated:  September 15, 2008                    KEKER & VAN NEST, LLP

By:  _____/s/ Dan Jackson_____
DAN JACKSON
Attorneys for Defendants
GAP INTERNATIONAL SALES, INC.,
THE GAP, INC., BANANA REPUBLIC,
LLC, and OLD NAVY, LLC

**IT IS SO ORDERED.**

Dated:  _____                    _____
CHARLES R. BREYER
United States District Judge

425521.01