KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
REBEKAH PUNAK - #248588
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC <br><br> Defendants. | Case No. C 07-03363 CRB <br><br> **NOTICE OF MANUAL FILING** <br><br><br> **Trial Date:  October 6, 2008** |

1      The Unredacted version of the attachment to Defendants' Request for Leave to File an

2  Additional Motion in Limine and for Additional Pages on One of Defendants' Motions was filed

3  in hard copy form only and is being maintained in the case file in the Clerk's office.  If you are a

4  participant in this case, this filing will be served in hard-copy shortly.  For information on

5  retrieving this filing directly from the court, please see the court's main web site at

6  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7      This filing was not efiled for the following reason(s):

8  [_] Voluminous Document (PDF file size larger than the efiling system allows)

9  [_] Unable to Scan Documents

10  [_] Physical Object (description): _____

11  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

12  [X] Item Under Seal

13  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

14  [_] Other (description): _____

15

16  Dated:  September 15, 2008            KEKER & VAN NEST, LLP

17

18

19             By: _____/s/ Dan Jackson_____

20             DAN JACKSON
   Attorneys for Defendants

21             GAP INTERNATIONAL SALES, INC.,
   THE GAP, INC., BANANA REPUBLIC,

22             LLC, and OLD NAVY, LLC

23

24

25

26

27

28

1

425522.01