| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| 5 | Telephone:  (415) 391-5400 |
| | Facsimile:  (415) 397-7188 |
| 6 | |
| | Attorneys for Defendants |
| 7 | THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL |
| | SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, |
| 8 | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE AN ADDITIONAL MOTION *IN LIMINE* AND FOR ADDITIONAL PAGES ON ONE OF DEFENDANTS' MOTIONS** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | Trial Date:  October 6, 2008 |

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE AN ADDITIONAL
MOTION IN LIMINE AND FOR ADDITIONAL PAGES ON ONE OF DEFENDANTS' MOTIONS
Case No. C 07-03363 CRB

425492.01

Gap's request to file six motions *in limine*, and to exceed the 7-page limit in one of its motions, is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: _____

HONORABLE CHARLES R. BREYER
United States District Judge

1
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE AN ADDITIONAL MOTION IN LIMINE AND FOR ADDITIONAL PAGES ON ONE OF DEFENDANTS' MOTIONS
Case No. C 07-03363 CRB

425492.01