| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 5 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| Plaintiff, | **DECLARATION OF DAN JACKSON IN SUPPORT OF DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE AN ADDITIONAL MOTION IN LIMINE AND FOR ADDITIONAL PAGES ON ONE OF DEFENDANTS' MOTIONS [DOC. 237]** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | |
| Defendants. | **Trial Date: October 6, 2008** |

DECLARATION OF DAN JACKSON
Case No. C 07-03363 CRB

425607.01

I, DAN JACKSON, declare and say that:

1. I am an attorney licensed to practice law in the State of California and before this Court and am employed by Keker & Van Nest, LLP, counsel for defendants The Gap, Inc., a/k/a, Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap").

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. On September 15, 2008, pursuant to Civil Local Rule 7-11, I contacted Bradley Nash, counsel for plaintiff in this action, to ask whether he would stipulate to Defendants' Miscellaneous Administrative Request for Leave to File an Additional Motion *in Limine* and for Additional Pages ("Gap's Request") (Doc. 237, filed September 15, 2008).

4. Mr. Nash stated that he could not commit to a stipulation by the time that I felt it was necessary to get Gap's Request on file given that pre-trial filings are due on September 19, 2008.

5. The facts set forth above are referenced in Gap's Request but inadvertently this Declaration was not filed along with it, so I am filing it today, September 16, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 16, 2008 in San Francisco, California.

        /s/ Dan Jackson
        DAN JACKSON