1  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone: (415) 591-6000
4  Facsimile: (415) 591-6091

5

6

7

8

9              UNITED STATES DISTRICT COURT
10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  _____
                                          )
12  ROOTS READY MADE GARMENTS CO.         )
    W.L.L.,                               )
13                                        )
                          Plaintiff,      )  Civil Case No.: C 06 2584 CRB
14                                        )
              v.                          )
15                                        )  [PROPOSED] ORDER GRANTING
    THE GAP, INC., a/k/a, GAP, INC., GAP  )  EX PARTE APPLICATION TO EXTEND
16  INTERNATIONAL SALES, INC., BANANA     )  TIME TO SERVE OPPOSITIONS TO
    REPUBLIC, LLC, AND OLD NAVY, LLC      )  MOTIONS IN LIMINE
17                                        )
                          Defendants.     )
18                                        )
    _____

19

20         The Ex Parte Application of Plaintiff Roots Ready Made Garments Co. W.L.L.

21  ("Roots") to Extend Time to Serve Oppositions To Defendants' Motions *In Limine* is

22  GRANTED.  Roots shall serve and file its opposition briefs to Defendants' motions *in limine* on

23  September 22, 2008.

24         Dated: _____

25

26                                        _____

27                                        U.S.D.J.

28