1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   REBEKAH PUNAK - #248588
4  710 Sansome Street
   San Francisco, CA  94111-1704
5  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
6
   Attorneys for Defendants
7  THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
   SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
8  LLC

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
| 14                                Plaintiff, | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER** |
| 15  v. | |
| 16  THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | **Trial Date:  October 6, 2008** |
| 17                                Defendants. | |

1  Pursuant to Civil Local Rule 79-5(d), defendants The Gap, Inc., Gap International Sales,
2  Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this
3  Miscellaneous Administrative Request to File Document Under Seal.  The document that is the
4  subject of this request is the Sealed version of Defendants' Request for Leave to File an
5  Additional Motion in Limine and for Additional Pages on One of Defendants' Motions.  The
6  unredacted portions of the attachment to that Request contain information from deposition
7  transcripts and documents that were marked CONFIDENTIAL or HIGHLY CONFIDENTIAL
8  by plaintiff Roots Ready Made Garments Co. W.L.L.

  Accordingly, Gap respectfully requests that the Court permit the sealing of the document set forth above, and order that the Clerk of the Court maintain it in accordance with the provisions of Local Civil Rule 79-5(d).

Dated:  September 15, 2008              KEKER & VAN NEST, LLP

                                        By:  _____/s/ Dan Jackson_____
                                             DAN JACKSON
                                             Attorneys for Defendants
                                             GAP INTERNATIONAL SALES, INC.,
                                             THE GAP, INC., BANANA REPUBLIC,
                                             LLC, and OLD NAVY, LLC

**IT IS SO ORDERED.**

Dated:  Sept . 17, 2008     _____
                            CHARLES R. BREYER
                            United States District Judge



425521.01

1
MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL;
[PROPOSED ORDER]
CASE NO. C 06-2584 CRB