1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   REBEKAH PUNAK - #248588
4  710 Sansome Street
   San Francisco, CA  94111-1704
5  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
6
   Attorneys for Defendants
7  THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
   SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
8  LLC

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | ROOTS READY MADE GARMENTS CO. W.L.L., | Case No. C 07-03363 CRB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE AN ADDITIONAL MOTION *IN LIMINE* AND FOR ADDITIONAL PAGES ON ONE OF DEFENDANTS' MOTIONS** |
| v. | |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | Trial Date:  October 6, 2008 |
| Defendants. | |

425492.01

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE AN ADDITIONAL
MOTION IN LIMINE AND FOR ADDITIONAL PAGES ON ONE OF DEFENDANTS' MOTIONS
Case No. C 07-03363 CRB

1    Gap's request to file six motions *in limine*, and to exceed the 7-page limit in one of its
2    motions, is HEREBY GRANTED.

4    IT IS SO ORDERED.

6    Dated: _Sept. 17, 2008_

HONORABLE CHARLES R. BREYER
United States District



---

1
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE AN ADDITIONAL
MOTION IN LIMINE AND FOR ADDITIONAL PAGES ON ONE OF DEFENDANTS' MOTIONS
Case No. C 07-03363 CRB

425492.01