| | |
|---|---|
| 1 | RICHARD A. JONES (Bar No. 135248) |
| 2 | (rjones@cov.com)<br>COVINGTON & BURLING LLP |
| 3 | One Front Street<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>                                   Plaintiff,<br><br>          v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>                                   Defendants. | Civil Case No.: C 07-03363 CRB<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME TO SERVE OPPOSITIONS TO MOTIONS IN LIMINE |

The Ex Parte Application of Plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots") to Extend Time to Serve Oppositions To Defendants' Motions *In Limine* is GRANTED. Roots shall serve and file its opposition briefs to Defendants' motions *in limine* on September 22, 2008.

Dated: _____

_____
U.S.D.J.