RICHARD A. JONES (Bar No. 135248)
(rjones@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L., | ) ) ) ) |
| Plaintiff, | ) Civil Case No.: C 06 2584 CRB ) |
| v. | ) ) [PROPOSED] ORDER GRANTING |
| THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC | ) EX PARTE APPLICATION TO EXTEND ) TIME TO SERVE OPPOSITIONS TO ) MOTIONS IN LIMINE ) |
| Defendants. | ) ) |

The Ex Parte Application of Plaintiff Roots Ready Made Garments Co. W.L.L. ("Roots") to Extend Time to Serve Oppositions To Defendants' Motions *In Limine* is GRANTED.  Roots shall serve and file its opposition briefs to Defendants' motions *in limine* on September 22, 2008.

Dated: 9/17/08

IT IS SO ORDERED

Judge Charles R. Breyer

U.S.D.J.