1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   REBEKAH PUNAK - #248588
4  710 Sansome Street
   San Francisco, CA  94111-1704
5  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
6
   Attorneys for Defendants
7  THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
   SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
8  LLC
9  ROBERT P. HANEY (*admitted pro hac vice*)
   BRADLEY J. NASH (*admitted pro hac vice*)
10 620 Eighth Avenue
   New York, NY 10018
11 Telephone:  (212) 841-1000
   Facsimile:  (212) 841-1010
12
   Attorneys for Plaintiff
13 ROOTS READY MADE GARMENTS CO. W.L.L.

14             UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17

18 ROOTS READY MADE GARMENTS CO.          Case No. C 07-03363 CRB
   W.L.L.,
19                                        **JOINT PROPOSED VERDICT FORMS**
                        Plaintiff,
20                                        Date:     September 26, 2008
        v.                               Time:     2:30 p.m.
21                                        Dept:     8
   THE GAP, INC., a/k/a, GAP, INC., GAP  Judge:    Honorable Charles R. Breyer
22 INTERNATIONAL SALES, INC., BANANA
   REPUBLIC, LLC, AND OLD NAVY, LLC      **Trial Date: October 6, 2008**
23
                        Defendants.
24

25

26

27

28

1    Attached hereto are Plaintiff Roots Ready Made Garments Co., W.L.L. ("Roots"), and

2  Defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC, and Old Navy,

3  LLC (collectively "Gap" ) proposed verdict farms.  The parties have duly met and conferred but

4  have been unable to agree on a joint proposed verdict form.  According, the parties have attached

5  the following:

6        1. **Attachment A –** Plaintiff's Proposed Special Verdict Forms

7        2. **Attachment B –** Defendants' Proposed Special Verdict Form

8        3. **Attachment C –** Defendants' Proposed Special Verdict Form for Punitive Damages.

9

10  Dated:  September 19, 2008                    KEKER & VAN NEST, LLP

11

12                                    By:  _____/s/ Daralyn Durie_____
                                           DARALYN DURIE
13                                          Attorneys for Defendants
                                           GAP INTERNATIONAL SALES, INC.,
14                                          THE GAP, INC., BANANA REPUBLIC,
                                           LLC, and OLD NAVY, LLC

15

16  Dated:  September 19, 2008                    COVINGTON & BURLING, LLP

17

18                                    By:  ___/s/ Bradley Nash_____
                                           BRADLEY NASH
19                                          Attorneys for Defendants
                                           GAP INTERNATIONAL SALES, INC.,
20                                          THE GAP, INC., BANANA REPUBLIC,
                                           LLC, and OLD NAVY, LLC
21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' PROPOSED JOINT VERDICT FORM
Case No. C 07-03363 CRB

425966.01

# EXHIBIT A

**DRAFT**

1
2  RICHARD A. JONES (Bar No. 135248)
   (rjones@cov.com)
3  COVINGTON & BURLING LLP
   One Front Street
4  San Francisco, CA 94111
   Telephone: (415) 591-6000
5  Facsimile: (415) 591-6091

6  (*Additional Counsel on Signature Page*)

7  Attorneys for Plaintiff
   Roots Ready Made Garments Co. W.L.L.

8
9
10        **IN THE UNITED STATES DISTRICT COURT**
11      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12
13  ROOTS READY MADE GARMENTS CO.              )    Case No: C 07 3363 CRB
    W.L.L.,                                    )
14                                             )
15                    Plaintiff,               )    PLAINTIFF'S PROPOSED SPECIAL
                                               )    VERDICT FORMS
16            v.                               )
                                               )    Date:  September 26, 2008
17  THE GAP, INC., a/k/a, GAP, INC., GAP       )    Time:  2:30 p.m.
    INTERNATIONAL SALES, INC., BANANA          )    Place: Courtroom 8, 19th Floor
18  REPUBLIC, LLC, AND OLD NAVY, LLC,          )    Judge: Charles R. Breyer
                                               )
19                    Defendants.              )
                                               )
20                                             )

21
22        Plaintiff Roots Ready Made Garments Co., W.L.L., ("Roots") hereby submits the

23  following Proposed Special Verdict Forms.

24
25
26
27
28

*BAJI 16.50.2*

**False Promise**

We, the jury in the above entitled action, find the following special verdict on the following questions submitted to us:

Question No. 1: Did the Defendants make a promise as to a material matter?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 1 "no," sign and return this verdict. If you answer Question No. 1 "yes," then answer Question No. 2.

Question No. 2: At the time the Defendants made the promise, did the Defendants intend to perform it?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 2 "yes," sign and return this verdict. If you answer Question No. 2 "no," then answer Question No. 3.

Question No. 3: Did the Defendants make the promise with an intent to defraud the Plaintiff?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 3 "no," sign and return this verdict. If you answer Question No. 3 "yes," then answer Question No. 4.

Question No. 4: Was the Plaintiff at the time Plaintiff acted aware of the Defendants' intention not to perform the promise?

- 2 -

Answer "yes" or "no."

Answer: _____

 If you answer Question No. 4 "yes," sign and return this verdict. If you answer Question

No. 4 "no," then answer Question No. 5.

 Question No. 5: Did the Plaintiff act in reliance upon the promise?

Answer "yes" or "no."

Answer: _____

 If you answer Question No. 5 "no," sign and return this verdict. If you answer Question

No. 5 "yes," then answer Question No. 6.

 Question No. 6: Was the Plaintiff reasonably justified in relying upon the promise?

Answer "yes" or "no."

Answer: _____

 If you answer Question No. 6 "no," sign and return this verdict. If you answer Question

No. 6 "yes," then answer Question No. 7.

 Question No. 7: Did the Defendants' promise cause Plaintiff damage?

Answer "yes" or "no."

Answer: _____

 If you answer Question No. 7 "no," sign and return this verdict. If you answer Question

No. 7 "yes," then answer Question No. 8.

 Question No. 8: What is the total amount of all damage that was suffered by the Plaintiff and

that was caused by Plaintiff's reliance upon Defendants' promise?

Answer: _____

Dated: _____

- 3 -

1
2    _____
     Foreperson
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***BAJI 16.50.2***

**Concealment**

We, the jury in the above entitled action, find the following special verdict on the

following questions submitted to us:

Question No. 1: Did the Defendants conceal or suppress a material fact?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 1 "no," sign and return this verdict. If you answer Question

No. 1 "yes," then answer Question No. 2.

Question No. 2: Did the Defendants intentionally conceal or suppress the fact with the intent

to defraud the Plaintiff?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 2 "no," sign and return this verdict. If you answer Question

No. 2 "yes," then answer Question No. 3.

Question No. 3: Was the Plaintiff aware of the fact at the time Plaintiff acted?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 3 "yes," sign and return this verdict. If you answer Question

No. 3 "no," then answer Question No. 4.

Question No. 4: Would Plaintiff have acted in the way Plaintiff acted if Plaintiff had known

of the concealed or suppressed fact?

Answer "yes" or "no."

- 5 -

Answer: _____

If you answer Question No. 4 "yes," sign and return this verdict. If you answer Question No. 4 "no," then answer Question No. 5.

Question No. 5: Did Defendants' concealment or suppression of the fact cause Plaintiff damage?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 5 "no," sign and return this verdict. If you answer Question No. 5 "yes," then answer Question No. 6.

Question No. 6: What is the total amount of all damage that was suffered by the Plaintiff and that was caused by the concealment or suppression of the fact?

Answer: _____

Dated: _____

_____
Foreperson

- 6 -

*BAJI 16.50*

**Intentional Misrepresentation**

We, the jury in the above entitled action, find the following special verdict on the following questions submitted to us:

Question No. 1: Did the Defendants make a representation as to a past or existing material fact?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 1 "no," sign and return this verdict. If you answer Question No. 1 "yes," then answer the next question.

Question No. 2: Was the representation false?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 2 "no," sign and return this verdict. If you answer Question No. 2 "yes," then answer Questions 3a and 3b.

Question No. 3a:  Did the Defendants know that the representation was false when they made it?

Answer "yes" or "no."

Answer: _____

Question No. 3b: Did the Defendants make the representation recklessly without knowing whether it was true or false?

Answer "yes" or "no."

Answer: _____

-7-

If you answer Questions 3a and 3b "no," sign and return this verdict. If you answer either Question No. 3a or 3b "yes," then answer the next question.

Question No. 4: Did the Defendants make the representation with an intent to defraud the Plaintiff?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 4 "no," sign and return this verdict. If you answer Question No. 4 "yes," then answer the next question.

Question No. 5: Was the Plaintiff aware of the falsity of the representation?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 5 "yes," sign and return this verdict. If you answer Question No. 5 "no," then answer the next question.

Question No. 6: Did the Plaintiff act in reliance upon the truth of the representation?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 6 "no," sign and return this verdict. If you answer Question No. 6 "yes," then answer the next question.

Question No. 7: Was the Plaintiff justified in relying upon the representation?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 7 "no," sign and return this verdict. If you answer Question No. 7 "yes," then answer the next question.

- 8 -

1    Question No. 8: Did Defendants' misrepresentation cause Plaintiff damage?

2    Answer "yes" or "no."

3    Answer: _____

4         If you answer Question No. 8 "no," sign and return this verdict. If you answer Question

5    No. 8 "yes," then answer the next question.

6    Question No. 9: What is the total amount of all damage that was suffered by the Plaintiff and

7

8    that was caused by the reliance upon the truth of the representation?

9    Answer: _____

10

11   Dated: _____

12

13

14   _____

     Foreperson

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              - 9 -

*VF-3902*

**Punitive Damages — Entity Defendant**

We answer the questions submitted to us as follows:

    1.  Was the conduct constituting malice, oppression, or fraud committed by one or more

       officers, directors, or managing agents of Defendants acting in a corporate capacity?

              _____Yes            _____No


    If your answer to question 1 is yes, then answer question 2. If you answered no, stop here,

answer no further questions, and have the presiding juror sign and date this form.


    2.  What amount of punitive damages, if any, do you award Roots?_____


Signed:_____
         Presiding Juror


Dated:_____

- 10 -

**Quantum Meruit**

We, the jury in the above entitled action, find the following special verdict on the following questions submitted to us:

Question No. 1: Did Gap request, by words or conduct, that Roots perform services for the benefit of Gap?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 1 "no," sign and return this verdict. If you answer Question No. 1 "yes," then answer Question No. 2.

Question No. 2:  Did Roots perform the services as requested?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 2 "no," sign and return this verdict. If you answer Question No. 2 "yes," then answer Question No. 3.

Question No. 3:  Did Gap pay Roots for the services rendered?

Answer "yes" or "no."

Answer: _____

If you answer Question No. 3 "yes," sign and return this verdict. If you answer Question No. 3 "no," then answer Question No. 4.

Question No. 4: What is the reasonable value of the services rendered by Roots for the benefit of Gap?

Answer: _____

Dated: _____

- 11 -

1

_____

2   Foreperson

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3   Dated:  September 17, 2008                         /s/
4                                          ROBERT P. HANEY
5                                          COVINGTON & BURLING LLP
6                                          620 Eighth Avenue
7                                          New York, NY 10018
                                           Telephone: (212) 841-1000
8                                          Facsimile: (212) 841-1010

9                                          *Attorneys for Plaintiff Roots Ready Made*
                                           *Garments Co. W.L.L.*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 13 -

PLAINTIFF'S PROPOSED SPECIAL VERDICT FORMS
CASE NO.: C 07 3363 CRB

# EXHIBIT B

1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   REBEKAH PUNAK - #248588
4  710 Sansome Street
   San Francisco, CA  94111-1704
5  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
6
   Attorneys for Defendants
7  THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
   SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
8  LLC

9                   UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 ROOTS READY MADE GARMENTS CO.        Case No. C 07-03363 CRB
   W.L.L.,
14                                      **DEFENDANTS' PROPOSED SPECIAL**
                          Plaintiff,    **VERDICT FORM**
15
            v.
16
   THE GAP, INC., a/k/a, GAP, INC., GAP   Date:     September 26, 2008
17 INTERNATIONAL SALES, INC., BANANA      Time:     2:30 p.m.
   REPUBLIC, LLC, AND OLD NAVY, LLC       Dept:     8
18                                        Judge:    Honorable Charles R. Breyer
                          Defendants.
19                                      **Trial Date: October 6, 2008**

20

21

22

23

24

25

26

27

28

DEFENDANTS' PROPOSED SPECIAL VERDICT FORM
                                Case No. C 07-03363 CRB

We the jury answer the questions submitted to us as follows:

## I.    Fraud

1)    Did Gap promise to make Roots a Gap franchisee if Gap pursued a franchise model in the Middle East?

Yes  ＿＿＿        No  ＿＿＿

If you answered yes, go on to the next question.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date the end of this form.

2)    Did Gap intend to perform this promise when it made it?

Yes  ＿＿＿        No  ＿＿＿

If you answered no, go on to the next question.  If you answered yes, then skip to question 7.

3)    Did Gap intend that Roots rely on this promise?

Yes  ＿＿＿        No  ＿＿＿

If you answered yes, go on to the next question.  If you answered no,  then skip to question 7.

4)    Did Roots reasonably rely on this promise?

Yes  ＿＿＿        No  ＿＿＿

If you answered yes, go on to the next question.  If you answered no, then skip to question 7.

5)    Was Roots' reliance on Gap's promise a substantial factor in causing harm to Roots?

Yes  ＿＿＿        No  ＿＿＿

If you answered yes, go on to the next question.  If you answered no, then skip to question 7.

6)    What amount did Roots reasonably spend in reliance on Gap's promise?

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

1

DEFENDANTS' PROPOSED SPECIAL VERDICT FORM
Case No. C 07-03363 CRB

## II.    Quantum Meruit/Quasi-Contract

*To be offered only if the Court determines that Roots can present a claim for quantum meruit or quasi-contract to the jury; for the reasons stated in Gap's trial brief, it should not.*

7)    Did Gap promise to make Roots a Gap franchisee if Gap pursued a franchise model in the Middle East?

        Yes   ____        No   ____

        If you answered yes, go on to the next question.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date the end of this form.

8)    Did Gap ask Roots to perform services in connection with its promise to make Roots its franchisee?

        Yes   ____        No   ____

        If you answered yes, go on to the next question.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date the end of this form.

9)    Did Roots perform the services that Gap requested?

        Yes   ____        No   ____

        If you answered yes, go on to the next question.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date the end of this form.

10)    Did Gap received a benefit from the services that Roots provided?

        Yes   ____        No   ____

        If you answered yes, go on to the next question.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date the end of this form.

11)    Did Roots reasonably expect to be compensated for the services it provided to Gap?

        Yes   ____        No   ____

        If you answered yes, go on to the next question.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date the end of this form.

12)    Did Roots perform the services for Gap after June 25, 2005?

        Yes   ____        No   ____

        If you answered yes, go on to the next question.  If you answered no, stop here, answer

1  no further questions, and have the presiding juror sign and date the end of this form.

2  13)    What is the reasonable value of the services that Roots provided to Gap?  In answering

3  this question, remember that the same damages that resulted from these claims can be awarded

4  only once.

5  _____

6  14)    Did Gap act with malice, oppression, or fraud in promising to make Roots a Gap

7  franchisee?

8      Yes _____        No _____

9

10  Have the presiding juror sign and date this form and provide it to the [clerk/bailiff/marshal].

11

12  Date: _____    _____

13                                               Presiding Juror

14

15                                               Respectfully Submitted,

16  Dated:  September 17, 2008                   KEKER & VAN NEST, LLP

17                                    By: _____/s/ Daralyn J. Durie_____

18                                               DARALYN J. DURIE
                                                 Attorneys for Defendants
19                                               GAP INTERNATIONAL SALES, INC.,
                                                 THE GAP, INC., BANANA REPUBLIC,
20                                               LLC, and OLD NAVY, LLC

21

22

23

24

25

26

27

28

DEFENDANTS' PROPOSED SPECIAL VERDICT FORM
Case No. C 07-03363 CRB

# EXHIBIT C

1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   DAN JACKSON - #216091
3  ROSE DARLING - #243893
   REBEKAH PUNAK - #248588
4  710 Sansome Street
   San Francisco, CA 94111-1704
5  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
6
   Attorneys for Defendants
7  THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
   SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
8  LLC

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 ROOTS READY MADE GARMENTS CO.          Case No. C 07-03363 CRB
   W.L.L.,
14                                         **DEFENDANTS' PROPOSED SPECIAL**
                       Plaintiff,          **VERDICT FORM FOR PUNITIVE**
15                                         **DAMAGES**
16      v.
                                           Date:    September 26, 2008
17 THE GAP, INC., a/k/a, GAP, INC., GAP    Time:    2:30 p.m.
   INTERNATIONAL SALES, INC., BANANA       Dept:    8
18 REPUBLIC, LLC, AND OLD NAVY, LLC        Judge:   Honorable Charles R. Breyer

                       Defendants.         **Trial Date: October 6, 2008**
19

20

21

22

23

24

25

26

27

28

DEFENDANTS' PROPOSED SPECIAL VERDICT FORM FOR PUNITIVE DAMAGES
Case No. C 07-03363 CRB

1
2
               **I.**     **Punitive Damages**

3
        We the jury answer the question submitted to us as follows:

4
1)      What amount of punitive damages, if any, do you award Roots?

5
6
           _____

7
8
Have the presiding juror sign and date this form and provide it to the [clerk/bailiff/marshal].

9
10
11
Date: _____         _____

12
                                     Presiding Juror

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

425585.01