1   KEKER & VAN NEST, LLP
    DARALYN J. DURIE - #169825
2   CHRISTA M. ANDERSON - #184325
    DAN JACKSON - #216091
3   ROSE DARLING - #243893
    REBEKAH PUNAK - #248588
4   710 Sansome Street
    San Francisco, CA  94111-1704
5   Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
6
    Attorneys for Defendants
7   THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL
    SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY,
8   LLC

9                   UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13   ROOTS READY MADE GARMENTS CO.          Case No. C 07-03363 CRB
     W.L.L.,
14                                          **DECLARATION OF DARALYN J. DURIE
                                            IN SUPPORT OF DEFENDANTS'
15                          Plaintiff,      OPPOSITION TO ROOTS' MOTION IN
                                            LIMINE NO. 2 TO PRECLUDE GAP
16         v.                               FROM ASSERTING AT TRIAL THAT
                                            ROOTS WAS NOT AUTHORIZED TO
17   THE GAP, INC., a/k/a, GAP, INC., GAP   RESELL GAP MERCHANDISE TO
     INTERNATIONAL SALES, INC., BANANA      OTHER FACILITIES**
18   REPUBLIC, LLC, AND OLD NAVY, LLC

19                          Defendants.     Date:      September 26, 2008
                                            Time:      2:30 p.m.
20                                          Dept:      8
                                            Judge:     Honorable Charles R. Breyer
21   ─────────────────────────────
                                            **Trial Date:  October 6, 2008**
22

23                        **PUBLIC VERSION**

24

25

26

27

28

1     I, DARALYN J. DURIE, declare and say that:

2        1.     I am an attorney licensed to practice law in the State of California and before this

3  Court and am employed by Keker & Van Nest, LLP, counsel for defendants The Gap, Inc., a/k/a,

4  Gap, Inc., Gap International Sales, Inc., Banana Republic, LLC, and Old Navy, LLC

5  (collectively "Gap").

6        2.     I have knowledge of the facts set forth herein, and if called to testify as a witness

7  thereto, could do so competently under oath.

8        3.     Attached hereto as Exhibit A are true and correct copies of pages from the

9  deposition of James Bell, dated June 10, 2008.

10       4.     Attached hereto as Exhibit B is a true and correct copy of a page from the

11  deposition of Jon Ehlen, dated July 15, 2008.

12       5.     Attached hereto as Exhibit C is a true and correct copy of a page from the

13  deposition of Ron Young, dated June 5, 2008.

14

15     I declare under penalty of perjury under the laws of the United States that the foregoing is

16  true and correct and that this declaration was executed on September 18, 2008 in San Francisco,

17  California.

18                                      /s/ Daralyn J. Durie
                                        DARALYN J. DURIE
19

20

21

22

23

24

25

26

27

28

1

DECLARATION OF DARALYN J. DURIE
CASE NO. C 06-2584 CRB

# EXHIBIT A

311403.02

# EXHIBIT
# FILED
# UNDER SEAL

401022.01

# EXHIBIT B

Page 1

1

2    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
3    (SAN FRANCISCO DIVISION)
     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
4    ROOTS READY MADE GARMENTS CO.    )
     W.L.L.                           )
5                                     )
                       Plaintiff,     )
6                                     )
     -against-                        )
7                                     ) Index No.
                                      ) C 07 3363
8    THE GAP INC., ET AL.             )
                                      )
9                      Defendant.     )
     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
10

11

12

13

14

15

16          VIDEOTAPED DEPOSITION OF JON EHLEN
                   New York, New York
17                  July 15, 2008
18

19

20

21

22

23

24   Reported by:
     Judi Johnson, RPR, CRR, CLR
25   Job No.: 17735

                    JON EHLEN

1
2        A      Yes.

3        Q      The bottom E-mail, Mr. Larsen writes,

4    "Hi Jon."  I'm quoting.  "Thanks for the

5    authorized retailer approval for Egypt.  Since

6    its wording has changed from the previous one, I

7    just need to understand if this allows Roots to

8    sell directly to the authorized retailer or if

9    it has to go through Gabana.  Both ways are

10   okay, just need clarification."

11              Did you provide an answer to that

12   question?

13       A      I don't know if I provided an answer

14   to his question, but I provided an answer to the

15   E-mail, I guess, in the last one that was sent

16   on May 6th, 2005, where I say, "While we do not

17   recognize Roots as a distributor, we understand

18   that" it is -- "that as an approved retailer of

19   excess inventory, they will be reselling said

20   inventory."

21       Q      What did you mean by that?

22       A      That I understood them as a -- that

23   they had been approved as a retailer and not a

24   distributor.

25       Q      And when you said "that they will be

Page 214

1                    PROCEEDINGS

2                C E R T I F I C A T E

3


4        I, JUDI JOHNSON, RPR, CRR, CLR, a Notary Public in

5     and for the State of New York, do hereby certify:

6        THAT the witness whose testimony is hereinbefore

7     set forth, was duly sworn by me; and

8        THAT the within transcript is a true record

9   of the testimony given by said witness.  I further

10     certify that I am not related, either by blood or

11     marriage, to any of the parties to this action; and

12        THAT I am in no way interested in the outcome of

13     this matter.

14        IN WITNESS WHEREOF, I have hereunto set

15   my hand this 25th day of July, 2008.

16

17                    _____

18                    JUDI JOHNSON, RPR, CRR, CLR

19

20

21

22

23

24

25

# EXHIBIT C

# EXHIBIT
# FILED
# UNDER SEAL

401022.01