BRADLEY J. NASH (*admitted pro hac vice*)
(bnash@cov.com)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 841-1000
Fax: (212) 841-1010

(*Additional Counsel on Signature Page*)

Attorneys for Plaintiff
Roots Ready Made Garments Co. W.L.L.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC,<br><br>Defendants. | Case No: C 07 3363 CRB<br><br>MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER<br><br>Date:   September 26, 2008<br>Time:   2:30 p.m.<br>Place:  Courtroom 8, 19th Floor<br>Judge:  Charles R. Breyer |

Pursuant to Local Rule 79-5(c), Roots Ready Made Garments Co., W.L.L. ("Roots") hereby makes this Miscellaneous Administrative Request to File certain documents under seal.

In connection with Roots' Motion in Limine No. 2, Gap has submitted an opposition brief ("Opposition Brief") which Roots is required, by the Court's order, to attach to its filing. Gap's opposition brief refers to deposition transcripts and documents that Defendants have designated confidential under the terms of the Protective Order entered by the Court on

1  August 7, 2007, which Roots is required to submit under seal. Copies of the referenced pages of
2  these transcripts are attached as Exhibits A and C to the Declaration of Daralyn J. Durie in
3  Support of Defendants' Opposition to Roots' Motion in Limine No. 2 (the "Durie Declaration").

4  Because Gap has designated these deposition transcripts "Confidential" pursuant
5  to Protective Order entered by this Court on August 7, 2007, Roots respectfully requests that:

6  (i) Exhibits A, and C to the Durie Declaration be filed under seal and lodged in
7  accordance with Civil Local Rule 79-5(c);

8  (ii) The sealed version of the Opposition Brief, which refers to the contents of
9  the Documents, be lodged in accordance with Civil Local Rule 79-5(c).

10 Gap has also prepared a public version of the Opposition Brief and Declaration
11 of Daralyn J. Durie in support thereof, which have been filed electronically. In the public
12 version, Gap appears to have redacted only those portions that constitute or refer to the
13 confidential material.

Respectfully submitted,

Dated: September 22, 2008         COVINGTON & BURLING LLP

/s/ Bradley J. Nash
BRADLEY J. NASH

**IT IS SO ORDERED.**

Dated: SEP 2 4 2008

BY: _____
CHARLES R. BREYER
United States District Judge

- ii -
MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER
Case No.: C 07 3363 CRB