1  BRADLEY J. NASH (*admitted pro hac vice*)
   (bnash@cov.com)
2  COVINGTON & BURLING LLP
   620 Eighth Avenue
3  New York, NY 10018
   Tel.: (212) 841-1000
4  Fax: (212) 841-1010

5  (*Additional Counsel on Signature Page*)

6  Attorneys for Plaintiff
   Roots Ready Made Garments Co. W.L.L.

7

8

9

10  **IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12                                                    )
    ROOTS READY MADE GARMENTS CO.     )    Case No: C 07 3363 CRB
13  W.L.L.,                                            )
                                                       )
14            Plaintiff,                                )    PLAINTIFF'S MISCELLANEOUS
                                                       )    ADMINISTRATIVE REQUEST TO FILE
15        v.                                            )    DOCUMENTS UNDER SEAL;
                                                       )    [PROPOSED] ORDER
16  THE GAP, INC., a/k/a, GAP, INC., GAP    )
    INTERNATIONAL SALES, INC., BANANA    )    Date:    September 26, 2008
17  REPUBLIC, LLC, AND OLD NAVY, LLC,    )    Time:    2:30 p.m.
                                                       )    Place:   Courtroom 8, 19th Floor
18            Defendants.                               )    Judge:   Charles R. Breyer
                                                       )
19                                                    )
                                                       )
20

21

22        Pursuant to Local Rule 79-5(c), Roots Ready Made Garments Co., W.L.L.

23  ("Roots") hereby makes this Miscellaneous Administrative Request to File certain exhibits and

    a document (the "Documents") Under Seal.
24
          Plaintiff's Motions in Limine refer to deposition transcripts and documents that
25
    that the parties have designated as confidential pursuant to the Protective Order entered by the
26
    Court on August 7, 2007.  These deposition transcripts and documents contain confidential
27

28
                                              - i -

1  business information, and the business interests of the parties would be adversely affected if the

2  contents of the Documents were revealed to third parties outside this litigation.

3         True and correct copies of the referenced pages of these transcripts and

4  documents are attached as Exhibits 1-6 and 10-18 to the Declaration of Bradley J. Nash in

5  Support of Plaintiff's Motions in Limine (the "Nash Declaration.")

6         Because the deposition transcripts and documents have been designated as

7  "Confidential" pursuant to Protective Order entered by this Court on August 7, 2007, and

8  contain confidential business information, Roots respectfully requests that:

9         (i) Exhibits 1-6 and 10-18 to the Nash Declaration be filed under seal and

10 lodged in accordance with Civil Local Rule 79-5(c);

11        (ii) The sealed versions of Plaintiff's Motion in Limine No. 2, which refers to

12 the contents of the Documents, be lodged in accordance with Civil Local Rule 79-5(c).

13        Public versions of these documents will be filed electronically with the Court. In

14 the public version, only those portions that constitute or refer to the confidential material will be

15 redacted.

16

17                          Respectfully submitted,

18 Dated: September 22, 2008        COVINGTON & BURLING LLP

19

20                          /s/  Bradley J. Nash
                            BRADLEY J. NASH

21

22

23 **IT IS SO ORDERED.**

24 Dated: **SEP 2 4 2008**             BY:
                            CHARLES R. BREYER
                            United States District Judge

25

26

27

28