| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | CHRISTA M. ANDERSON - #184325 |
| | DAN JACKSON - #216091 |
| 3 | ROSE DARLING - #243893 |
| | REBEKAH PUNAK - #248588 |
| 4 | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| 5 | Telephone:  (415) 391-5400 |
| | Facsimile:  (415) 397-7188 |

Attorneys for Defendants
THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOTS READY MADE GARMENTS CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a/k/a, GAP, INC., GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC, LLC, AND OLD NAVY, LLC<br><br>Defendants. | Case No. C 07-03363 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SET UP ELECTRONIC EQUIPMENT FOR PRETRIAL CONFERENCE ON SEPTEMBER 26, 2008** |

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST
TO SET UP ELECTRONIC EQUIPMENT FOR HEARING ON AUGUST 29, 2008
Case No. C 07-03363 CRB

426376.01

1   After considering the papers submitted, and the papers on file in this case, and good
2   cause appearing,
3   IT IS HEREBY ORDERED that Defendants' Request to Set Up Electronic Equipment
4   for Hearing on September 26, 2008 in Courtroom is 8 is hereby granted:  Defendants shall be
5   allowed to set up the following electronic equipment:

- one (1) computer
- one (1) document camera (Elmo)
- one (1) projection screen.

IT IS SO ORDERED.

Dated:  September 25, 2008

HONORABLE CHARLES R. BREYER
United States District Judge

426376.01

1
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST
TO SET UP ELECTRONIC EQUIPMENT FOR HEARING ON AUGUST 29, 2008
Case No. C 07-03363 CRB